IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** | : |
| | : |
| **ORDER AND NOTICE FOR ALL** | : |
| **CIVIL CASES ASSIGNED TO** | : |
| **DOCKET OF JUDGE TOTENBERG** | : |

## ORDER

Based on the emergency public health and safety conditions posed by the outbreak of the Coronavirus 2019 (COVID-19) disease, the Court issues the following directives and guidance to all counsel handling cases on its docket.

(1) My chambers will continue to operate, work, and handle all civil and criminal matters. At least for the next 30 days, I will not conduct in-person hearings in civil cases absent exceptional circumstances or a properly supported request for time sensitive injunctive relief requiring an evidentiary presentation. To the extent feasible, the Court will handle all hearings required by phone or video.

(2) Chambers staff will work predominantly from home. Currently, we anticipate that one or two staff members will be in the office for at least a part of most work days. The best way to communicate with the Court regarding questions as to pending matters or requests for phone conferences is to email the Court's Deputy Courtroom Clerk, Harry Martin, at:

Harry_Martin@gand.uscourts.gov.  Mr. Martin will then forward your email to the law clerks or to me, as needed.  Mr. Martin's office phone number is: 404-215-1437.

(3)    The time for discovery in all cases in which discovery has already commenced and is in process, or alternatively, will actually commence prior to April 16, 2020, **SHALL BE EXTENDED** by thirty days.[1]

(4)    Counsel will not be required to meet in person in conjunction with the planning and discovery conference required pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.  Counsel shall instead conduct Rule 26(f) conferences by phone or video conference until further order of the Court.

(5)    The Court will continue to be available to handle discovery disputes, motions, and other matters via phone conference.  Counsel are directed to continue to abide by the Standing Order of this Court in connection with its informal, condensed requirements for handling discovery disputes.

(6)    If courtesy copies of filings are delivered to Chambers and no staff member is present, please either leave the documents next to the front door of Chambers or arrange for delivery to be made to the individual Office of James N. Hatten, Clerk of the Northern District of Georgia.  (The intake filing counter of the Clerk's Office will not be accepting packages.)

---

[1] However, to the extent that the Court has already granted an extension in a small number of individual cases on this basis, the extension already granted will control the length of the discovery extension time.

(7) The Court will be in communication with counsel regarding any civil in-person (at Court) hearings already on the schedule for a date falling within the next thirty days.

(8) The Court **GRANTS** an automatic 15 day extension for submission of proposed pretrial orders in cases where discovery has been closed and that are due on or before April 16, 2020.

(9) Be kind to one another in this most stressful of times. Remember to maintain your perspective about legal disputes, given the larger life challenges now besetting our communities and world.  Good luck to one and all.

**SO ORDERED** this 17th day of March, 2020.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**