# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## NOTICE OF APPEARANCE

Maxwell R. Jones of the law firm of Dentons US LLP hereby enters an appearance as counsel for Tyler Technologies, Inc. and requests that all notices in this case, and all papers served or required to be served in this case, be given to and served to the undersigned at the address in the signature block below.

Respectfully submitted, this 18th day of March, 2020.

　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　*/s/ Maxwell R. Jones*
　　　　　　　　　　　　　　　　　　　R. Daniel Beale
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 043880
　　　　　　　　　　　　　　　　　　　dan.beale@dentons.com
303 Peachtree Street, N.E.　　　　　　　Maxwell R. Jones
Suite 5300　　　　　　　　　　　　　　Georgia Bar No. 451289
Atlanta, GA  30308　　　　　　　　　　max.jones@dentons.com
(404) 527-4000
(404) 527-4198 (facsimile)　　　　　　　*Counsel for Tyler Technologies, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on March 18, 2020, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

                                                                                    DENTONS US LLP

                                                                                     */s/ Maxwell R. Jones*
                                                                                     R. Daniel Beale
                                                                                     Georgia Bar No. 043880

303 Peachtree Street, N.E.         dan.beale@dentons.com
Suite 5300                                   Maxwell R. Jones
Atlanta, GA  30308                   Georgia Bar No. 451289
(404) 527-4000                        max.jones@dentons.com
(404) 527-4198 (facsimile)

                                                                  *Counsel for Tyler Technologies, Inc.*