# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## NOTICE OF APPEARANCE

R. Daniel Beale of the law firm of Dentons US LLP hereby enters an appearance as counsel for Tyler Technologies, Inc. and requests that all notices in this case, and all papers served or required to be served in this case, be given to and served to the undersigned at the address in the signature block below.

Respectfully submitted, this 18th day of March, 2020.

                                              DENTONS US LLP

                                              */s/ R. Daniel Beale*

| | |
|---|---|
| | R. Daniel Beale<br>Georgia Bar No. 043880<br>dan.beale@dentons.com |
| 303 Peachtree Street, N.E.<br>Suite 5300<br>Atlanta, GA  30308<br>(404) 527-4000<br>(404) 527-4198 (facsimile) | Maxwell R. Jones<br>Georgia Bar No. 451289<br>max.jones@dentons.com<br><br>*Counsel for Tyler Technologies, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on March 18, 2020, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

                                                DENTONS US LLP

                                                */s/ R. Daniel Beale*
                                                R. Daniel Beale
                                                Georgia Bar No. 043880

303 Peachtree Street, N.E.          dan.beale@dentons.com
Suite 5300                                           Maxwell R. Jones
Atlanta, GA  30308                Georgia Bar No. 451289
(404) 527-4000                           max.jones@dentons.com
(404) 527-4198 (facsimile)

                                                *Counsel for Tyler Technologies, Inc.*