IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>      Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>      Defendant. | No. 1:20-cv-836-AT |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant Tyler Technologies, Inc.'s Motion to Dismiss (the "Motion"). The Court has considered the Motion, all pleadings, responses, replies, and arguments of counsel, if any, and believes the Motion is meritorious. The Motion is therefore **GRANTED**.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is **DISMISSED**.

Signed this _____ day of _____, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

1