# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:20-cv-00836-AT |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant Tyler Technologies, Inc. ("Tyler") to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Defendant Tyler states that it has no corporate parent and that there is no publicly traded corporation that owns 10% or more of its stock.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:   None.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| Counsel for Plaintiff: | Mitchell D. Benjamin |
| | Matthew W. Herrington |
| Counsel for Tyler: | R. Daniel Beale |
| | Maxwell R. Jones |
| | Paulo B. McKeeby |
| | Amanda E. Brown |

Submitted this 24th day of March, 2020.

*/s/ R. Daniel Beale*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com
Maxwell R. Jones
Georgia Bar No. 451289
max.jones@dentons.com
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.4000
Facsimile:  +1.404.527.4198

Paulo B. McKeeby
(*pro hac vice* admission pending)
Texas Bar No. 00784571
pmckeeby@reedsmith.com
Amanda E. Brown
(*pro hac vice* admission pending)
Texas Bar No. 24087839
aebrown@reedsmith.com
REED SMITH LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
Telephone:   +1.469.680.4200
Facsimile:    +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned hereby certifies that a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system on March 24, 2020. I also certify this date that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman, 14 point.

>Mitchell D. Benjamin
>Matthew W. Herrington
>DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC
>3100 Centennial Tower
>101 Marietta Street #2650
>Atlanta, GA 30303

>>*/s/ R. Daniel Beale*
>>R. Daniel Beale