IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WRIGHT, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:20-cv-00836-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Matthew Wright ("Plaintiff"), files this Unopposed Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss [Dkt. 15] for one week through and including April 14, 2020, respectfully showing in support as follows:

1. This lawsuit was filed on February 24, 2020.  [Dkt. 1]

2. On March 24, 2020, Defendant filed the pending Motion to Dismiss. [Dkt. 15] Plaintiff's current deadline to respond to that Motion is April 7, 2020.

3. Given the current pandemic causing counsel and staff to work remotely and the press of other pending litigation, Plaintiff's counsel requests that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss be extended for one week through and including April 14, 2020.

4. Counsel for Defendant has confirmed in writing that Defendant does not oppose this request.

5. This request is being made in good faith and not for the purpose of delay, nor will the relief requested prejudice any party.

6. A proposed order is attached for the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion extending the deadline for Plaintiff to file a response Defendant's Motion to Dismiss [Dkt. 15] through and including April 14, 2020.

Date: April 7, 2020.

                              **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                              *s/ Matthew W. Herrington*
                              Matthew W. Herrington
                              Georgia Bar No. 275411

                              *s/ Mitchell D. Benjamin*
                              Mitchell D. Benjamin
                              Georgia Bar No. 049888

101 Marietta Street
Suite 2650
Atlanta, Georgia 30303
404-979-3150 (o)
404-979-3170 (f)
Matthew.herrington@dcbflegal.com
benjamin@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT, | : |
|    Plaintiff, | :    Civil Action File No. |
| vs. | :    1:20-cv-00836-AT |
| TYLER TECHNOLOGIES, INC., | : |
|    Defendant. | : |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1C

I hereby certify that, in accordance with LR 7.1D, I prepared the foregoing document in Times New Roman, 14 point font, which is one of the formats permitted by LR 5.1C.

Date: April 7, 2020.

**DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC**

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

**COUNSEL FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATTHEW WRIGHT, | : | |
| | : | Civil Action File No. |
| Plaintiff, | : | |
| | : | 1:20-cv-00836-AT |
| vs. | : | |
| | : | |
| TYLER TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 7, 2020, the foregoing UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS was filed electronically with the Clerk of the using this Court's CM/ECF system which will serve notice on all counsel of record.

**DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC**

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

**COUNSEL FOR PLAINTIFF**