IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW WRIGHT, : | |
| : | Civil Action File No. |
| Plaintiff, : | |
| : | 1:20-cv-00836-AT |
| vs. : | |
| : | |
| TYLER TECHNOLOGIES, INC., : | |
| : | |
| Defendant. : | |

### [PROPOSED] ORDER

Plaintiff having filed an Unopposed Motion to Extend the Deadline for Plaintiff to Respond to Defendant's Motion to Dismiss [Dkt. 15], upon consideration of the same and for cause shown, the motion is **GRANTED**.

It is hereby **ORDERED** that the time in which Plaintiff may file a response to Defendant's Motion to Dismiss [Dkt. 15] is hereby extended for one (1) week through and including April 14, 2020.

**IT IS SO ORDERED** this _____day of _____ 2020.

_____
Judge Amy Totenberg
United States District Court