# U.S. District Court
# Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:20−cv−00836−AT

| | |
|---|---|
| Wright v. Tyler Technologies, Inc. | Date Filed: 02/24/2020 |
| Assigned to: Judge Amy Totenberg | Date Terminated: 04/24/2020 |
| Cause: 29:216(b) Labor − Minimum wage or overtime compensation | Jury Demand: Plaintiff |
| | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Matthew Wright**     represented by     **Matthew Wilson Herrington**
DeLong Caldwell Bridgers Fitzpatrick &
Benjamin, LLC
101 Marietta Street NW
Suite 2650
Atlanta, GA 30303
404−596−7972
Fax: 404−596−7972
Email: matthew.herrington@dcbflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Douglas Benjamin**
DeLong Caldwell Bridgers Fitzpatrick &
Benjamin, LLC
101 Marietta Street, NW
2650 Centennial Tower
Atlanta, GA 30303
404−979−3150
Fax: 770−859−0754
Email: benjamin@dcbflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tyler Technologies, Inc.**     represented by     **Amanda E. Brown**
Reed Smith LLP
2501 N. Harwood Street
Suite 1700
Dallas, TX 75201
469−680−4232
Email: aebrown@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paulo B. McKeeby**
ReedSmith

2501 N. Harwood
Ste 1700
Dallas, TX 75201
469−680−4227
Fax: 469−680−4299
Email: pmckeeby@reedsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maxwell R. Jones**
Dentons US LLP−GA Atl
One Peachtree Center, Suite 5300
303 Peachtree Street, N.E.
Atlanta, GA 30308−3201
404−527−4000
Email: max.jones@dentons.com
*ATTORNEY TO BE NOTICED*

**Robert Daniel Beale**
Dentons US LLP−GA Atl
One Peachtree Center, Suite 5300
303 Peachtree Street, N.E.
Atlanta, GA 30308−3201
404−527−4000
Email: dan.beale@dentons.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2020 | Ï 1 | COMPLAINT with Jury Demand filed by Matthew Wright. (Filing fee $400, receipt number AGANDC−9405387) (Attachments: # 1 Civil Cover Sheet) (jed) Please visit our website at http://www.gand.uscourts.gov/commonly−used− forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 02/26/2020) |
| 02/24/2020 | Ï 2 | Electronic Summons Issued as to Tyler Technologies, Inc. (jed) (Entered: 02/26/2020) |
| 02/27/2020 | Ï 3 | Certificate of Interested Persons by Matthew Wright. (Benjamin, Mitchell) (Entered: 02/27/2020) |
| 03/02/2020 | Ï 4 | STANDING ORDER: GUIDELINES TO PARTIES AND COUNSEL PROCEEDING BEFORE THE HONORABLE AMY TOTENBERG. You are required to sign and file a Certificate of Compliance in a format consistent with the Certificate of Compliance attached hereto. To request to file material under seal, the Parties should follow the mechanism described in Section II(J) of Appendix H to the Court's Local Civil Rules. Signed by Judge Amy Totenberg on 3/2/2020. (bnp) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 5 | NOTICE REGARDING FLSA CASES: In the event that a settlement is reached, the parties are DIRECTED to file a joint Motion for Approval of the Settlement Agreement. Signed by Judge Amy Totenberg on 3/2/2020. (bnp) (Entered: 03/02/2020) |
| 03/02/2020 | Ï 6 | CERTIFICATE of Compliance re 4 Order, (Benjamin, Mitchell) (Entered: 03/02/2020) |
| 03/09/2020 | Ï 7 | Return of Service Executed by Matthew Wright. Tyler Technologies, Inc. served on 3/3/2020, answer due 3/24/2020. (Benjamin, Mitchell) (Entered: 03/09/2020) |

| | | |
|---|---|---|
| 03/17/2020 | Ï 8 | ORDER AND NOTICE FOR ALL CIVIL CASES ASSIGNED TO DOCKET OF JUDGE TOTENBERG. Signed by Judge Amy Totenberg on 3/17/2020. (rjs) (Entered: 03/17/2020) |
| 03/18/2020 | Ï 9 | NOTICE of Appearance by Maxwell R. Jones on behalf of Tyler Technologies, Inc. (Jones, Maxwell) (Entered: 03/18/2020) |
| 03/18/2020 | Ï 10 | NOTICE of Appearance by Robert Daniel Beale on behalf of Tyler Technologies, Inc. (Beale, Robert) (Entered: 03/18/2020) |
| 03/19/2020 | Ï 11 | CERTIFICATE of Compliance *(for Robert Beale and Maxwell Jones)* by Tyler Technologies, Inc. re 4 Order, (Beale, Robert) Modified on 3/19/2020 to edit event text(bnp). (Entered: 03/19/2020) |
| 03/23/2020 | Ï 12 | General Order 20–01 re: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/16/2020. (bnp) (Entered: 03/23/2020) |
| 03/24/2020 | Ï 13 | APPLICATION for Admission of Paulo B. McKeeby Pro Hac Vice (Application fee $ 150, receipt number AGANDC–9515068).by Tyler Technologies, Inc.. (Beale, Robert) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/24/2020) |
| 03/24/2020 | Ï 14 | APPLICATION for Admission of Amanda E. Brown Pro Hac Vice (Application fee $ 150, receipt number AGANDC–9515147).by Tyler Technologies, Inc.. (Beale, Robert) Documents for this entry are not available for viewing outside the courthouse. (Entered: 03/24/2020) |
| 03/24/2020 | Ï 15 | MOTION to Dismiss with Brief In Support by Tyler Technologies, Inc.. (Attachments: # 1 Brief (Tyler Technologies, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss), # 2 Exhibit (Ex. A – Declaration of Gregory Savard), # 3 Exhibit (Ex. B – Declaration of Hillary Pasch), # 4 Text of Proposed Order (Proposed Order))(Beale, Robert) (Entered: 03/24/2020) |
| 03/24/2020 | Ï 16 | Certificate of Interested Persons by Tyler Technologies, Inc.. (Beale, Robert) (Entered: 03/24/2020) |
| 03/27/2020 | Ï | APPROVAL by Clerks Office re: 13 APPLICATION for Admission of Paulo B. McKeeby Pro Hac Vice (Application fee $ 150, receipt number AGANDC–9515068).. Attorney Paulo B. McKeeby added appearing on behalf of Tyler Technologies, Inc. (nmb) (Entered: 03/27/2020) |
| 03/27/2020 | Ï | APPROVAL by Clerks Office re: 14 APPLICATION for Admission of Amanda E. Brown Pro Hac Vice (Application fee $ 150, receipt number AGANDC–9515147).. Attorney Amanda E. Brown added appearing on behalf of Tyler Technologies, Inc. (nmb) (Entered: 03/27/2020) |
| 03/30/2020 | Ï | ORDER, by docket entry only, granting 13 and 14 Applications for Admission Pro Hac Vice. By Judge Amy Totenberg on 3/30/20. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(hfm) (Entered: 03/30/2020) |
| 04/02/2020 | Ï 17 | Amended General Order 20–01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. (jpa) (ADI) (Entered: 04/02/2020) |
| 04/07/2020 | Ï 18 | Unopposed MOTION for Extension of Time to File Response re: 15 MOTION to Dismiss by Matthew Wright. (Attachments: # 1 Text of Proposed Order)(Herrington, Matthew) (Entered: 04/07/2020) |
| 04/07/2020 | Ï | Submission of 18 Unopposed MOTION for Extension of Time to File Response re: 15 MOTION to Dismiss to District Judge Amy Totenberg. (bnp) (Entered: 04/07/2020) |
| 04/07/2020 | Ï | ORDER, by docket entry only, granting 18 Motion for Extension of Time, through and including April 14, 2020, to file a response re 15 MOTION to Dismiss . By Judge Amy Totenberg on 4/7/20. (hfm) (Entered: 04/07/2020) |

| | | |
|---|---|---|
| 04/14/2020 | ï 19 | RESPONSE re 15 MOTION to Dismiss filed by Matthew Wright. (Herrington, Matthew) (Entered: 04/14/2020) |
| 04/24/2020 | ï 20 | ORDER granting in part and denying in part 15 Motion to Dismiss. The Court GRANTS in part Defendant's Motion as it pertains to transferring this case to the Eastern District of Arkansas, but DENIES in part Defendant's Motion as it pertains to dismissing Plaintiff's Complaint. The Clerk of the Court is DIRECTED to transfer this case to the Eastern District of Arkansas. Signed by Judge Amy Totenberg on 4/24/2020. (bnp) (Entered: 04/24/2020) |
| 04/24/2020 | Ï | Civil Case Terminated. (bnp) (Entered: 04/24/2020) |