IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW WRIGHT** **PLAINTIFF**

vs. No. 4:20-cv-454-KGB

**TYLER TECHNOLOGIES, INC.** **DEFENDANT**

## NOTICE OF APPEARANCE—JOSH SANFORD

COMES NOW Attorney Josh Sanford of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiff. Mr. Sanford certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Sanford will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

_____
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com