IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW WRIGHT**                                                                                                   **PLAINTIFF**

vs.                                            No. 4:20-cv-454-KGB

**TYLER TECHNOLOGIES, INC.**                                                                    **DEFENDANT**

## NOTICE OF APPEARANCE—COURTNEY LOWERY

COMES NOW Attorney Courtney Lowery of Sanford Law Firm, PLLC, and she does hereby enter her appearance on behalf of Plaintiff. Ms. Lowery certifies that she is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Ms. Lowery will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY COURTNEY LOWERY**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Courtney Lowery
Courtney Lowery
Ark. Bar No. 2019236
courtney@sanfordlawfirm.com