**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MATTHEW WRIGHT**                                                                            **PLAINTIFF**

**V.**                                  **No. 4:20-CV-454-KGB**

**TYLER TECHNOLOGIES, INC.**                                                      **DEFENDANT**

### NOTICE OF APPEARANCE

Comes now, Brian A. Vandiver, of the law firm of Cox, Sterling, McClure & Vandiver, PLLC, and he hereby enters his appearance on behalf of Defendant, Tyler Technologies, Inc.

> Respectfully submitted,
>
> Brian A. Vandiver
> Cox, Sterling, McClure & Vandiver
> 8712 Counts Massie Road
> North Little Rock, AR 72113
> (501) 954-8073
> bavandiver@csmfirm.com
>
> Brian A. Vandiver, Ark Bar No. 2001078
> *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I, Brian A. Vandiver do hereby certify that a true and correct copy of the foregoing pleading was filed with the Clerk of Court and served via ECF to the following on this 1st day of May, 2020:

Josh Sanford
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211
josh@sanfordlawfirm.com

Courtney Lowery
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211
courtney@sanfordlawfirm.com

Matthew Wilson Herrington
DeLong Caldwell Bridgers Firzpatrick & Benjamin, LLC
101 Marietta Street NW
Suite 2650
Atlanta, GA 30303
404-596-7972
Fax: 404-596-7972
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Mitchell Douglas Benjamin
DeLong Caldwell Bridgers Firzpatrick & Benjamin, LLC
101 Marietta Street NW
Suite 2650
Atlanta, GA 30303
404-979-3150
Fax: 770-859-0754
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

                                                        Brian A. Vandiver