IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | No. 4:20-cv-454-KGB |

**DECLARATION OF AMANDA E. BROWN IN SUPPORT OF**
<u>**MOTION TO APPEAR *PRO HAC VICE***</u>

I, Amanda E. Brown, hereby declare as follows:

1.　　I am an attorney at the law firm of Reed Smith LLP located at 2501 N. Harwood Street, Suite 1700, Dallas, Texas 75201.

2.　　I am a resident of Texas.

3.　　I am a member in good standing of the State Bar of Texas.

4.　　I am admitted to practice before all state courts of competent jurisdiction in the State of Texas.  I am admitted to practice before the United States District Court for the Northern, Southern, Eastern and Western District of Texas; and the District of New Mexico.

5.　　I have maintained my good standing in each of the courts in which I am admitted to practice law.  Attached is a certificate of good standing reflecting my good standing.

6.　　I have never been the subject of any disciplinary action or investigation by any court or bar.

7.　　I have been requested by Defendant, Tyler Technologies, Inc., to serve as co-counsel in this matter.

8.　　I submit to all disciplinary procedures applicable to Arkansas lawyers.

EXHIBIT A

I declare under penalty of perjury that the above is true and correct.

*/s/ Amanda E. Brown*
Amanda E. Brown

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Amanda Elizabeth Brown**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

I further certify that the records of this office show that, as of this date

**Amanda Elizabeth Brown**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of April, 2020.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2630C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

EXHIBIT A