IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>    **Defendant.** | No. 4:20-cv-454-KGB |

### MOTION TO APPEAR *PRO HAC VICE*

COMES NOW, Brian A. Vandiver files this Motion for Paulo McKeeby to appear *pro hac vice* on behalf of Defendant Tyler Technologies, Inc., pursuant to Local Rule 83.5(d) and moves for the admission *pro hac vice*, of the following attorney to represent it, and appear and participate on its behalf in this case:

1.   Brian A. Vandiver is an attorney licensed to practice law in the State of Arkansas and has been licensed since 2001.

2.   Mr. McKeeby is a resident of Texas. He was admitted to the State Bar of Texas in 1992. He is a member in good standing of the State Bar of Texas, having graduated from the University of Tennessee in 1992. He is admitted to practice before the Texas Supreme Court; the Court of Appeals in the First, Fifth, Sixth, and Eighth Circuits; and the United States District Court for the Northern, Southern, Eastern and Western Districts of Texas. He is of good moral and professional character.

3.   Mr. McKeeby has not been the subject of any disciplinary proceedings, investigation, action, or grievance procedure, has not been disbarred in other courts, and has not been denied admission to the courts of any states or any court of the United States. Mr. McKeeby

- 2 -

is competent to practice before this Court.  Subject to the investigation of his fitness, competency and qualifications, he should be granted admission to the Bar of this Honorable Court.

4. Mr. McKeeby is a Partner at Reed Smith LLP, 2501 N. Harwood Street, Suite 1700, Dallas, Texas 75201.  Mr. McKeeby submits to all disciplinary procedures applicable to Texas lawyers.

5. Attached as Exhibit A is a Declaration from Mr. McKeeby, which is incorporated herein by reference.

6. Attached to the Declaration is a Certificate of Good Standing from the Texas Supreme Court for Mr. McKeeby, which is incorporated herein by reference.

WHEREFORE, Brian A. Vandiver moves this Honorable Court to admit Paulo McKeeby as counsel for Defendant Tyler Technologies, Inc.

Brian A. Vandiver
AR State Bar No. 2001078
bavandiver@csmfirm.com
Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113-7265
Telephone:  501. 954.8073
Facsimile:  501.954.7856

Paulo B. McKeeby
TX State Bar No. 00784571
(*pro hac vice* pending)
Amanda E. Brown
TX State Bar No. 24087839
(*pro hac vice* pending)
aebrown@reedsmith.com
Reed Smith LLP
2501 N. Harwood Street
Ste. 1700
Dallas, TX 75201
Telephone: +1.469.680.4232
Facsimile:  +1.469.680.4299

**ATTORNEYS FOR DEFENDANT**

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above was filed via the Court's ECF filing system on May 1, 2020, which caused a copy of same to be served electronically on all counsel of record.

                                              Brian A. Vandiver