IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>        **Defendant.** | **No. 4:20-cv-454-KGB** |

**DECLARATION OF PAULO B. McKEEBY IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE***

I, Paulo B. McKeeby, hereby declare as follows:

    1.    I am an attorney at the law firm of Reed Smith LLP located at 2501 N. Harwood Street, Suite 1700, Dallas, Texas 75201.

    2.    I am a resident of Texas.

    3.    I am a member in good standing of the State Bar of Texas.

    4.    I am admitted to practice before all state courts of competent jurisdiction in the State of Texas. I am admitted to practice before the Texas Supreme Court; the Court of Appeals in the First, Fifth, Sixth, and Eighth Circuits; and the United States District Court for the Northern, Southern, Eastern and Western District of Texas.

    5.    I have maintained my good standing in each of the courts in which I am admitted to practice law. Attached is a certificate of good standing reflecting my good standing.

    6.    I have never been the subject of any disciplinary action or investigation by any court or bar.

    7.    I have been requested by Defendant, Tyler Technologies, Inc., to serve as co-counsel in this matter.

8. I submit to all disciplinary procedures applicable to Arkansas lawyers.

I declare under penalty of perjury that the above is true and correct.

<u>/s/ Paulo B. McKeeby</u>
Paulo B. McKeeby

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paulo Byron McKeeby**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Paulo Byron McKeeby**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of April, 2020.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 2626C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

EXHIBIT A