**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MATTHEW WRIGHT**                                                                                           **PLAINTIFF**

**v.**                                        **Case No. 4:20-cv-00454 KGB**

**TYLER TECHNOLOGIES, INC.**                                                                **DEFENDANT**

## ORDER

Pending before the Court are motions for admission *pro hac vice* of attorneys Amanda Brown and Paulo McKeeby filed by defendant (Dkt. Nos. 27, 28). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motions to admit Ms. Brown and Mr. McKeeby *pro hac vice*. Local Rule 83.5(d). Ms. Brown and Mr. McKeeby shall appear as counsel for defendant.

It is so ordered this 4th day of May, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge