Case: 4:20-cv-00454-KGB

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 19 2020

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

MAXWELL R. JONES
DENTONS US LLP
ONE PEACHTREE CENTER
SUITE 5300
ATLANTA GA 30308-3201

--------------------------------------------------------

STATES DISTRICT COURT
    CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
    SUITE A-149
ROCK, ARKANSAS 72201-3325

    OFFICIAL BUSINESS

neopost
05/01/2020
US POSTAGE  $00.65⁰

FIRST-CLASS MAIL

ZIP 72201
041L11248479

2020 MAY 19 A 9 30

NTXTF        300  DF 1           0005/15/20
             RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD

BC: 72201339919      *0155-15592-01-36