IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,**<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>　　　　　　**Defendant.** | No. 4:20-cv-00454-KGB |

**DEFENDANT'S MOTION TO WITHDRAW**

COMES NOW the undersigned counsel of record, R. Daniel Beale and Maxwell Jones, move this Court for an order granting their withdrawal as counsel of record for Defendant Tyler Technologies, Inc. ("Defendant"). In support of this motion, the undersigned state as follows:

1. The undersigned served as counsel for Defendant in the United States District Court for the Northern District of Georgia.

2. On April 24, 2020, the United States District Court for the Northern District of Georgia entered an order transferring this matter to the United States District Court for the Eastern District of Arkansas (Dkt. 20).

3. Based on the transfer order, the undersigned are no longer needed as counsel for the Defendant in the United States District Court for the Eastern District of Arkansas, as they are now represented by Cox, Sterling, McClure & Vandiver, PLLC.

WHEREFORE, PREMISES CONSIDERED, the undersigned requests this Court to enter an order granting the withdrawal of R. Daniel Beale and Maxwell Jones as counsel for the Defendant.

Dated: May 21, 2020

Respectfully submitted

*/s/ R. Daniel Beale*
R. Daniel Beale
Georgia Bar No. 043880
dan.beale@dentons.com

*/s/ Maxwell Jones*
Maxwell Jones
Georgia Bar No. 451289
max.jones@ dentons.com

Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: +1.404.527.8489

Brian A. Vandiver
AR State Bar No. 2001078
bavandiver@csmfirm.com
Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113-7265
Telephone:  501.954.8073
Facsimile:  501. 954.7856

Paulo B. McKeeby
TX State Bar No. 00784571
(*pro hac vice*)
paulo.mckeeby@morganlewis.com
Amanda E. Brown
TX State Bar No. 24087839
(*pro hac vice*)
aebrown@reedsmith.com
Reed Smith LLP
2501 N. Harwood St., Suite 1700
Dallas, TX 75201
Telephone:    +1.469.680.4200
Facsimile:    +1.469.680.4200

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above was filed via the Court's ECF filing system on May 21, 2020, which caused a copy of same to be served electronically on all counsel of record.

              */s/ Paulo B. McKeeby*
              Paulo B. McKeeby