Case: 4:20-cv-00454-KGB

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 2 2020

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

MAXWELL R. JONES
DENTONS US LLP
ONE PEACHTREE CENTER
SUITE 5300
ATLANTA GA 30308-3201

------------------------------------------------------

**STATES DISTRICT COURT**
CLERK'S OFFICE
RD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

neopost
05/04/2020
US POSTAGE   $00.65⁰

FIRST-CLASS MAIL

ZIP 72201
041L11248479

2020 MAY 22  A 9:28

NIXIE       300   DE  1         0005/17/20
         RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 72201339919      *0155-02952-04-37