**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MATTHEW WRIGHT**                                                                                          **PLAINTIFF**

**v.**                               **Case No. 4:20-cv-00454 KGB**

**TYLER TECHNOLOGIES, INC.**                                                                    **DEFENDANT**

## ORDER

Pending before the Court is a motion to withdraw as attorney filed by defendant Tyler Technologies, Inc. ("Tyler") (Dkt. No. 33). R. Daniel Beale and Maxwell Jones have served as counsel for defendant in the United States District Court for the Northern District of Georgia (*Id.*, ¶ 1). On April 24, 2020, the United States District Court for the Northern District of Georgia entered an order transferring this matter to the United States District Court for the Eastern District of Arkansas (Dkt. No. 20). Based on the transfer order, Mr. Beale and Mr. Jones are no longer needed as counsel for Tyler before this Court, as Tyler is now represented by Cox, Sterling, McClure & Vandiver, PLLC (Dkt. No. 33, ¶ 3). Mr. Beale and Mr. Jones request an order granting their withdrawal as counsel of record (Dkt. No. 33). For good cause shown, the Court grants the motion to withdraw as attorney and relieves Mr. Beale and Mr. Jones as counsel for Tyler in this matter (*Id.*).

It is so ordered this 22nd day of May, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge