UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : Civil Action No. 4:20-cv-454-KGB |
| | : |
| **TYLER TECHNOLOGIES, INC.,** | : |
| | : |
| **Defendant.** | : |
| | : |

**MOTION FOR LEAVE TO ADMIT
NON-ADMITTED ATTORNEY PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Plaintiff Matthew Wright moves the Court for admission of Matthew W. Herrington as attorney *pro hac vice* for Plaintiff in the above-captioned action, showing the Court as follows:

1. Matthew W. Herrington is an attorney at DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, 101 Marietta Street, Suite 2650, Atlanta, Georgia 30303. (404) 979-3150. matthew.herrington@dcbflegal.com.

2. Mr. Herrington is a resident of Cobb County, Georgia, and is not currently admitted to practice in the U.S. District Courts in Arkansas.

3. Mr. Herrington is a member in good standing of the State Bar of Georgia (Bar No. 275411), as evidenced by the attached Certificate of Good Standing (Exhibit 1).

4. Plaintiff designates the undersigned attorney, Joshua Sanford, who is a member of the Bar of this Court and who maintains a law office in Arkansas, as an attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case. Mr. Sanford is currently counsel of record in this action.

5. Mr. Sanford's office is located at One Financial Center, 650 South Shackleford, Suite 411, Little Rock, Arkansas, 72211, and he may be reached by phone at (501) 221-0088.

WHEREFORE, in accordance with Local Rule 83.5(d), Plaintiff Wright respectfully requests that Matthew W. Herrington be admitted *pro hac vice* as his attorney in this action

Respectfully submitted this 3rd day of June, 2020,

                                    **SANFORD LAW FIRM, PLLC**

                                    *s/ Joshua Sanford*
                                    Joshua Sanford
                                    Arkansas Bar No. 2001037

                                    One Financial Center
                                    650 S. Shackleford, Suite 411
                                    Little Rock, Arkansas 72211
                                    T: (501) 221-0088
                                    F: (888) 787-2040
                                    josh@sanfordlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,** | : |
| **Plaintiff,** | : |
| vs. | : Civil Action No. 4:20-cv-454-KGB |
| **TYLER TECHNOLOGIES, INC.,** | : |
| **Defendant.** | : |

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system:

R. Daniel Beale
dan.beale@dentons.com
Maxwell R. Jones
max.jones@dentons.com
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308

Dated: June 3, 2020

*s/ Joshua Sanford*
Joshua Sanford
Arkansas Bar No. 2001037
