

# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

June 1, 2020

I hereby certify that Matthew Wilson Herrington, Esq., was admitted on the 1st day of January, 2014, as a member of the bar of the Supreme Court of Georgia, the highest court of the State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court, hereto affixed the day and year first above written.

*Therese S Barnes*, Clerk