# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MATTHEW WRIGHT**                                                                                          **PLAINTIFF**

v.                              **Case No. 4:20-cv-00454 KGB**

**TYLER TECHNOLOGIES, INC.**                                                                **DEFENDANT**

## ORDER

Pending before the Court are two motions for leave to admit non-admitted attorney *pro hac vice* filed by plaintiff Matthew Wright (Dkt. Nos. 36; 37). Mr. Wright moves the Court for admission of Mitchell D. Benjamin and Matthew W. Herrington, attorneys at DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin in Atlanta, Georgia (Dkt. Nos. 36, ¶ 1; 37, ¶ 1). Mr. Benjamin and Mr. Herrington are members in good standing of the State Bar of Georgia (Dkt. Nos. 36, ¶ 3; 37, ¶ 3). Mr. Wright designates Joshua Sanford, who is a member of the Bar of this Court and who maintains a law office in Arkansas, as an attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case (Dkt. Nos. 36, ¶ 4; 37, ¶ 4). Mr. Sanford is currently counsel of record in this action (*Id.*). For good cause shown, the Court grants Mr. Wright's motions for leave to admit non-admitted attorney *pro hac vice* (Dkt. Nos. 36; 37). In accordance with Local Rule 83.5(d), Mr. Benjamin and Mr. Herrington are admitted *pro hac vice* in this action.

So ordered this 4th day of June, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge