UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MATTHEW WRIGHT,** | : | |
| **Plaintiff,** | : | |
| vs. | : | Civil Action No. 4:20-cv-454-KGB |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| **Defendant.** | : | |

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Matthew Wright, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment to Plaintiff dated November 18, 2020, attached hereto as *Exhibit A*. Unless otherwise ordered by the Court, Plaintiff intends to file his Motion for Attorney's Fees and Costs no later than December 16, 2020.

Dated: December 1, 2020

                                              **SANFORD LAW FIRM, PLLC**

                                              *s/ Joshua Sanford*

One Financial Center                Joshua Sanford
650 S. Shackleford, Suite 411    Arkansas Bar No. 2001037
Little Rock, Arkansas 72211
T: (501) 221-0088
F: (888) 787-2040
josh@sanfordlawfirm.com

|  |  |
|---|---|
|  | **DeLong Caldwell Bridgers**<br>**Fitzpatrick & Benjamin, LLC** |
|  | *s/ Matthew W. Herrington* |
| 101 Marietta Street NW | Matthew W. Herrington |
| Suite 2650 | Georgia Bar No. 275411 (pro hac vice) |
| Atlanta, GA 30303 |  |
| (404) 979-3150 |  |
| (404) 979-3170 (f) |  |
| matthew.herrington@dcbflegal.com |  |
|  | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| vs. | : Civil Action No. 4:20-cv-454-KGB |
| | : |
| **TYLER TECHNOLOGIES, INC.,** | : |
| | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the above was served on the following counsel of record via filing on the Court's ECF system:

Brian A. Vandiver (bavandiver@csmfirm.com)
Paulo B. McKeeby (paulo.mckeeby@morganlewis.com)
Amanda E. Brown (aebrown@reedsmith.com)

Dated: December 1, 2020

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411