

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>        Defendant. | No. 4:20-cv-00454-KGB |

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler"), makes the following Offer of Judgment to Plaintiff Matthew Wright ("Plaintiff" or "Wright").

1. Defendant offers to allow judgment to be entered against it in this action, and in favor of Plaintiff, in the amount of $4,500.00 plus Plaintiff's reasonable attorneys' fees and costs incurred as of the date of this Offer of Judgment in an amount to be agreed upon by the parties or to be determined by the Court if the parties cannot agree.

2. This Offer of Judgment is conditioned on its acceptance by Plaintiff, in writing, within fourteen (14) days of the service of this Offer of Judgment. Unless Plaintiff accepts within the foregoing time period, this Offer of Judgment will be deemed rejected and withdrawn.

3. The judgment entered in accordance with this Offer of Judgment shall resolve any and all of Plaintiff's claims in the lawsuit against Defendant, including but not limited to Plaintiff's claims for alleged unpaid overtime under the Fair Labor Standards Act, as well as Plaintiff's claims for liquidated damages, attorneys' fees, and costs. Accordingly, the judgment entered in

accordance with this Offer of Judgment shall include the dismissal with prejudice of all of Plaintiff's claims in the lawsuit.

4. This Offer of Judgment is made solely for the purposes specified in FED. R. CIV. P. 68 and shall not be construed as an admission that Defendant is liable in this action or has committed a violation of any law, rule, or regulation. Any judgment entered pursuant to this Offer of Judgment shall not constitute a determination of liability, which is expressly denied by Defendant, but will reflect only mutual concessions and the compromise and settlement of disputed claims related to this lawsuit. Further, because the judgment does not involve a resolution of the issues through actual litigation, it shall not have collateral estoppel or res judicata effect. *See, e.g.*, *Asus Computer Int'l v. CompSolutions VA, Inc.*, No. C 07-02204 WHA, 2008 WL 2344819, at *3 (N.D. Cal. June 5, 2008); *Int'l Star Registry of Illinois, Ltd. v. Bowman-Haight Ventures, Inc.*, No. 01 C 4687, 2003 WL 21640473, at *4 (N.D. Ill. July 10, 2003).

5. If Plaintiff does not accept the Offer of Judgment within the timeframe described herein, it may become obligated to pay Defendant's costs incurred after this Offer of Judgment is made, in accordance with and to the extent authorized by FED. R. CIV. P. 68.

November 18, 2020          /s/ Amanda E. Brown
                           Brian A. Vandiver
                           AR State Bar No. 2001078
                           bavandiver@csmfirm.com
                           Cox, Sterling, McClure & Vandiver, PLLC
                           8712 Counts Massie Road
                           North Little Rock, AR 72113-7265
                           Telephone:  501.954.8073
                           Facsimile:  501. 954.7856

                           Paulo B. McKeeby
                           TX State Bar No. 00784571
                           (*pro hac vice*)
                           pmckeeby@reedsmith.com
                           Amanda E. Brown
                           TX State Bar No. 24087839
                           (*pro hac vice*)
                           aebrown@reedsmith.com
                           Reed Smith LLP
                           2850 N. Harwood St., Suite 1500
                           Dallas, TX 75201
                           Telephone:     +1.469.680.4200
                           Facsimile:     +1.469.680.4200

                           **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 18th day of November, 2020, a true and correct copy of the foregoing document was served, via e-mail and certified mail, return receipt requested, on the following counsel of record:

Matthew.herrington@dcbflegal.com
Matthew W. Herrington
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

josh@sanfordlawfirm.com
Joshua Sanford
courtney@sanfordlawfirm.com
Courtney Lowery
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211

                                                             */s/ Amanda E. Brown*
                                                             Amanda E. Brown