UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MATTHEW WRIGHT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | Civil Action No. 4:20-cv-454-KGB |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

---

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS
PURSUANT TO 29 U.S.C. § 216(B) AND BRIEF IN SUPPORT**

---

Attorney Matthew W. Herrington hereby submits his declaration, pursuant to 28

U.S.C. § 1746, in support of Plaintiff Matthew Wright's Motion for Attorney's

Fees and Costs of Litigation.

1.

My name is Matthew W. Herrington. I am over the age of twenty-one (21) and

suffer from no legal disabilities. I make the following Declaration based on my

personal knowledge as well as the contemporaneous business records of my firm.

2.

I have been practicing law since my graduation, *cum laude*, from the University of

Georgia School of Law in 2013. I am admitted in all state courts in Georgia, the

United States District Court for the Northern, Middle, and Southern Districts of

Georgia, as well as the United States Court of Appeals for the Eleventh Circuit. I

1

have practiced employment law—primarily Fair Labor Standards Act litigation—since approximately October 2013, primarily in the Atlanta metropolitan area but also throughout the state of Georgia. I have been an invited presenter at a CLE session organized by the Georgia chapter of the National Employment Lawyers Association. I have served as counsel in over 100 FLSA cases, including several collective actions.

3.

During my seven years as an attorney, I have acted as lead counsel on two jury trials and one bench trial. In May 2018, for instance, a jury awarded my five clients contractually owed overtime wages, liquidated damages and attorneys' fees and costs of approximately $814,000 in *Casey et al. v. 1400 Northside Drive, Inc.,* Civil Action No. 1:16-cv-4517-SCJ (N.D. Ga.). Other representative employment matters where I served as lead counsel include *Dean v. 1715 Northside Drive, Inc.* et al., 1:14–CV–3775–CAP (N.D. Ga.); *Martin v. Jobo's, Inc. et al.*, 1:13-cv-4242-RWS (N.D. Ga.); and *Fowler et al. v. OSP Prevention Group et al.*, 1:17-cv-3911 (N.D. Ga.). Additionally, I have conducted oral argument before the Eleventh Circuit Court of Appeals on two occasions in FLSA matters.

4.

I, together with local counsel, have represented the Plaintiff on a contingency basis in this action since January 2020. I had primarily responsibility for all aspects of

the litigation, with minimal oversight by partners Charles R. Bridgers and Mitchell D. Benjamin on several occasions.

5.

I initially filed this action in the Northern District of Georgia due to that Court's experience with the Greene matter (which has been pending summary judgment since May 2020). Defendant Tyler filed a motion to dismiss, or in the alternative to transfer that case based on jurisdiction and venue. Plaintiff opposed the request for dismissal but consented to transferring the case to this Court. The Court denied the motion as to dismissal but granted it as to transfer. Georgia Dkt. 20.

6.

I currently represent another employee of Defendant Tyler Technologies—Suzanne Greene—in a similar FLSA overtime action in the Norther District of Georgia, *Greene v. Tyler Technologies, Inc.*, 1:19-cv-1338-AT (N.D. Ga.). While not identical to the present action, Greene's job duties were similar to those of Plaintiff Wright. My participation in the *Greene* litigation—which included several depositions, voluminous document production, extensive written discovery, and summary judgment briefing—thus allowed me to represent Plaintiff Wright in this case far more efficiently than would be possible under other circumstances or by other attorneys less familiar with Defendant Tyler's employment practices.

7.

Defendant Tyler was represented by the same lead counsel—Paulo McKeeby of Reed Smith in Houston, Texas in both the Greene action (Georgia) and this action (Arkansas).

8.

Our firm has a practice of keeping contemporaneous time and expense records as part of our regular business activity. Individual slips (or records of activities and costs) are created by persons with knowledge of the activities described. The information is tracked in Timeslips, our time and billing software. A true and correct copy of the firms billing records for fees is attached hereto as Attachment "A". A true and correct copy of the firm's billing records for costs is attached hereto as Attachment "B". These records are an accurate representation of the time, effort, and costs incurred in prosecuting this matter, with the exception of several hours of work that I personally performed in identifying potential local counsel in Arkansas and making initial contact with our local counsel, Josh Sanford, which was not recorded.

9.

As of November 18, 2020, the date of the offer of judgment served in this matter, our firm tracked and incurred $14,087.95 in attorney fees (see Attachment A) and $523.00 in expenses (see Attachment B) in prosecuting this action, for a total of

$14,610.95. After reviewing the billing records and exercising my billing

judgment, I determined not to seek 1.35 hours hours of time ($333.75) billed by

myself and other members of my firm's staff deeming them to be possibly outside

the scope of fees properly recoverable under 29 U.S.C. § 216(b). These amounts

are listed as "no charge" in Attachment A. Additionally, several hours of attorney

work performed in prepare the fee petition and this declaration are not being

sought.

10.

The following persons recorded billed time in this matter (per Attachment C):

| Timekeeper | Position | Billable Rate | Total Billed |
|---|---|---|---|
| Charles R. Bridgers | Partner | $425 | $1,783.70 |
| Mitchell D. Benjamin | Partner | $425 | $191.25 |
| Matthew W. Herrington | Senior Associate | $350 | $11,092.50 |
| Jessica Sorrenti | Senior Paralegal | $165 | $148.50 |
| Sarah Toenes | Paralegal | $125 | $356.25 |
| Kelsey Hyatt | Legal Assistant | $65 | $182.00 |

11.

Based on my experience in litigating labor and employment claims including the

FLSA, I am familiar with the hourly rates charged by other labor and employment

attorneys (and their staff), including attorneys who represent primarily plaintiffs and attorneys who represent primarily employers.

12.

My hourly rate of $350 per hour is reasonable and in line with the rates charged by other attorneys in the Atlanta area who possess similar skill, experience and training. I charge my clients $350 per hour whether paid hourly or on a contingency fee basis, and although the bulk of my practice consists of representing Plaintiffs, I also regularly perform defense work for hourly clients and bill them at the same $350 hourly rate. This is a modest increase from my previous rate of $325, which had remained unchanged for two years until January 1, 2020. My current $350 per hour rate recently has been approved as reasonable in *Ogier v. M-Entertainment Properties, LLC, et al.*, 1:19-cv-372-TWT, Dkt. 50 (N.D. Ga. May 15, 2020) and in *Jackson et al. v. American Disposal Service of Georgia, Inc.*, 1:19-cv-4428-AT, Dkt. 33 (N.D. Ga. July 30, 2020).

13.

The hourly rate of $425 for partners Charles R. Bridgers and Mitchell D. Benjamin is also reasonable and in line with the rates charged by other attorneys in the Atlanta area who possess similar skill, experience and training. Both Messrs. Bridgers and Benjamin charge clients $425 per hour whether paid hourly or on a contingency fee basis and have done so since January of 2018. Although the bulk

of their practice consists of representing Plaintiffs, both Messrs. Bridgers and Benjamin also regularly perform defense work for hourly clients and bill them at the same $425 hourly rate. This rate was specifically approved in *Villa-Garcia v. Latin Mundo #2, Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018) (approving $425 for all partners, $165 for senior paralegal Jessica Sorrenti, and $125 for paralegal Sarah Toenes); *see also Smith et.al. v. Childfirst 24 Hour Childcare, et.al*., 1:18-cv-3786-WMR, Dkt. 56 (N.D. Ga. June 4, 2019). It has also been approved as reasonable in the Middle District of Georgia, which is less urban, does not include the metropolitan Atlanta area, and in which typical hourly rates are closer to those in Little Rock. *See Haddock v. Jasper County, Georgia*, 5:18-cv-292-MTT, Dkt. 14 (M.D. Ga. June 13, 2019); *Cooper et.al., v. Parker Promotions, Inc*, 4:17-cv-116-CDL, Dkt. 65 (M.D. Ga. August 6, 2019).

14.

In representing the Plaintiff, my firm also utilized the services of Ms. Jessica Sorrenti, senior paralegal. Ms. Sorrenti billed at a rate of $165 per hour. I am familiar with her backgrounds and skills. Ms. Sorrenti has worked as a paralegal for approximately twenty (20) years and with our firm for over nine years. She is fluent in Spanish and English. Ms. Sorrenti's rate of $165 is reasonable for a person of her experience in Atlanta, Georgia. *See Villa-Garcia v. Latin Mundo #2,*

*Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018) (approving her rate at $125 per hour). This rate has been implicitly approved in numerous other FLSA settlements since that time.

15.

In representing the Plaintiff, my firm has also utilized the services of Ms. Sarah Toenes, paralegal. Ms. Toenes billed at a rate of $125 per hour. I am familiar with her backgrounds and skills. Ms. Toenes has worked as a paralegal for approximately ten years. As the primary responsible attorney in our firm for this case, I have directed and supervised her efforts in this matter. Ms. Toenes's rate of $125 is reasonable for a person of her experience in Atlanta, Georgia. *See Villa-Garcia v. Latin Mundo #2, Inc. et al.*, Civil Action No. 1:17-cv-1834-TWT, Dkt. 23 (N.D. Ga. Feb. 21, 2018) (approving her rate at $125 per hour). This rate has been implicitly approved in numerous other FLSA settlements since that time.

16.

In representing the Plaintiff, my firm has also utilized the services of Ms. Kelsey Hyatt, legal assistant. Ms. Hyatt is a 2019 graduate of the University of Alabama and has worked with our firm since August 2019. Ms. Hyatt assisted me in this case with damages calculation and discovery issues. Her hourly rate of $65 is reasonable and in line with that charged by other firms in the Atlanta area for similarly experienced professionals.

17.

I organized time billed (not expenses) into broad categories that reflect the phase of the litigation for both management, client budget, and fee application purposes. I have prepared a summary of those categories using the records of our firm.  See Attachment D hereto. The substance of Attachment D is the same as Attachment A except Attachment D is organized by category. The categorization is reasonably accurate for providing an overview of the effort incurred during each phase of the litigation given the limitation that it is sometimes difficult to categorize an individual entry with 100 percent certainty.

18.

Based on my experience and training, I possess the requisite skills and knowledge to adequately represent my client and to offer my professional opinion concerning the reasonableness of the number of hours expended in this case and the reasonableness of the hourly rates sought to be recovered.

19.

The expenses and the effort incurred were reasonable to prosecute this matter and to obtain an excellent result for the Plaintiff. As demonstrated in attachments to this declaration, none of the hours expended by counsel or staff has been "excessive," "redundant" or "unnecessary." To the contrary, at every opportunity, Plaintiff's attorneys attempted to economize and to minimize expenses. As the

Court will note, our staff members bill at different rates depending on their experience level. We attempt to assign tasks to the appropriate person to reduce the overall bill.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of December 2020.

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411

# Attachment A

| 12/28/2020 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | | |
|---|---|---|---|
| 9:27 AM | Slip Listing | Page | 1 |

---

## Selection Criteria

| Slip.Transaction Date | 1/1/2020 - 11/18/2020 |
|---|---|
| Clie.Selection | Include: Wright, Matthew P. |
| Slip.Transaction Type | Time |
| Slip.Classification | Open |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 140911          TIME<br>1/8/2020<br>WIP<br>Intake with PC; witness in  suzi greene case;<br>determined to attempt negotiation ███████<br>████████████████████; prepared<br>intake documents; discuss fee structure and<br>exemption issues with PC. | M. Herrington<br>Intake<br>Wright, Matthew P. | 0.90<br>0.00 | 325.00<br>T@1 | 292.50 |
| 140908          TIME<br>1/9/2020<br>WIP<br>Wright, Matthew: Review completed intake<br>documents; email OC re: tolling; communication<br>with client re: intake documents and settlement<br>attempt | M. Herrington<br>Intake<br>Wright, Matthew P. | 0.20<br>0.00 | 325.00<br>T@1 | 65.00 |
| 140948          TIME<br>1/10/2020<br>WIP<br>Drafting tolling agreement; communication with<br>client re: plan to toll | M. Herrington<br>Misc<br>Wright, Matthew P. | 0.40<br>0.00 | 325.00<br>T@1 | 130.00 |
| 141682          TIME     12:22 PM<br>2/18/2020<br>WIP<br>Communication with client and with Greene re:<br>venue issue; discuss with CRB; begin preparing<br>complaint; send draft complaint to client and  MDB<br>for review. | M. Herrington<br>ClientComm<br>Wright, Matthew P. | 0.80<br>0.00 | 350.00<br>T@1 | 280.00 |
| 141685          TIME<br>2/18/2020<br>WIP<br>Review status of case with Herrington. | C.R. Bridgers<br>Compl_COIP_Ser<br>Wright, Matthew P. | 0.10<br>0.00 | 425.00<br>T@1 | 42.50 |

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 141711 | TIME | M. Herrington | 0.70 | 350.00 | 245.00 |
| 2/18/2020 | 5:13 PM | ClientComm | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Call with client on factual issues in complaint; research on computer professional exemption. | | | | | |
| 141769 | TIME | M. Herrington | 0.90 | 350.00 | 315.00 |
| 2/21/2020 | 1:25 PM | Research-Legal | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Further research on computer professional exemption | | | | | |
| 141790 | TIME | M. Herrington | 0.50 | 350.00 | 175.00 |
| 2/24/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review communication from client re: facts for complaint; finalize complaint for filing | | | | | |
| 141909 | TIME | S. Toenes | 0.25 | 125.00 | 31.25 |
| 2/27/2020 | | Compl_COIP_Ser | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Draft COIP; file electronically | | | | | |
| 141935 | TIME | S. Toenes | 0.20 | 125.00 | 25.00 |
| 2/28/2020 | | ServiceofP | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Create service package; email process server | | | | | |
| 141934 | TIME | S. Toenes | 0.25 | 125.00 | 31.25 |
| 3/2/2020 | | Ans_Discl_JPS | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Draft Certificate of Compliance; electronically file same after approval. | | | | | |
| 142051 | TIME | S. Toenes | 0.25 | 125.00 | 31.25 |
| 3/9/2020 | | ServiceofP | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Electronically file Proof of Service; calendar answer due date | | | | | |
| 142571 | TIME | M. Herrington | 0.20 | 350.00 | 70.00 |
| 3/14/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Communication with Josh Sanford re: local counsel | | | | | |

12/28/2020              DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:27 AM                                 Slip Listing                               Page     3

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 142585 | TIME | M. Herrington | 0.40 | 350.00 | 140.00 |
| 3/24/2020 | | Mtn-Dismiss | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review motion to dismiss; discuss with CRB | | | | | |
| 142417 | TIME | J. Sorrenti | 0.90 | 165.00 | 148.50 |
| 4/7/2020 | | Motions | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Emails to and from MH; file review; drafted Motion to extend time to file response to MTD and proposed Order; review Totenberg's Standing Order; finalized Motion and filed with Court | | | | | |
| 142438 | TIME | M. Herrington | 3.80 | 350.00 | 1330.00 |
| 4/7/2020 | | Research-Legal | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Research on forum non conveniens; research on venue; call with CRB; further research on venue | | | | | |
| 142562 | TIME | C.R. Bridgers | 0.91 | 425.00 | 386.75 |
| 4/13/2020 | | Research-Legal | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review issue of personal jurisdiction with Herrington. Research same; | | | | | |
| 142564 | TIME | M. Herrington | 4.30 | 350.00 | 1505.00 |
| 4/13/2020 | | Mtn-Dismiss | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Drafting response to MTD; research on local counsel in Little Rock; multiple calls with client re: same | | | | | |
| 142565 | TIME | M. Benjamin | 0.20 | 425.00 | 85.00 |
| 4/14/2020 | | Mtn-Dismiss | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Research need for local counsel in U.S. District Court in Arkansas. | | | | | |
| 142626 | TIME | M. Benjamin | 0.17 | 425.00 | 70.83 |
| 4/16/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review draft of local counsel agreement proposed by the Sanford law firm; email to Herrington re: same. | | | | | |
| 142790 | TIME | S. Toenes | 0.50 | 125.00 | 62.50 |
| 4/23/2020 | | Misc | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |

12/28/2020 DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:27 AM Slip Listing Page 4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| Emails with MWH & MDB; phone call to Eastern District of Arkansas; research ED of Arkansas rules; phone call with NDGA in re: certificate of good standing; draft letter to NDGA to request Certificates of Good Standing | | | | | |
| 142813<br>4/27/2020<br>WIP<br>Review filings, request for pro-hac; emails with Josh Sanford, update One Note. | TIME | C.R. Bridgers<br>Misc<br>Wright, Matthew P. | 0.87<br>0.00 | 425.00<br>T@1 | 369.75 |
| 142928<br>5/5/2020<br>WIP<br>Review incoming order ondeadlines; Assign to Toenes and follow up with Benjamin/Herrington. | TIME<br>11:06 AM | C.R. Bridgers<br>Misc<br>Wright, Matthew P. | 0.24<br>0.00 | 425.00<br>T@1 | 100.11 |
| 142952<br>5/5/2020<br>WIP<br>Schedule all deadlines from Scheduling Order | TIME | S. Toenes<br>Misc<br>Wright, Matthew P. | 0.50<br>0.00 | 125.00<br>T@1 | 62.50 |
| 143027<br>5/11/2020<br>WIP<br>Review issue of certificates of good standing and finalize payment. | TIME | C.R. Bridgers<br>Intake<br>Wright, Matthew P. | 0.10<br>0.10 | 425.00<br>T@1<br>No Charge | 42.50 |
| 143243<br>5/20/2020<br>WIP<br>Emails with local counsel in re: Motion for Pro Hac Vice; discuss with MWH | TIME | S. Toenes<br>Motions<br>Wright, Matthew P. | 0.20<br>0.20 | 125.00<br>T@1<br>No Charge | 25.00 |
| 143244<br>5/21/2020<br>WIP<br>Draft Motion for Pro Hac Vice; discuss with MWH; research Eastern Arkansas District Court rules on Pro Hac Vice | TIME | S. Toenes<br>Motions<br>Wright, Matthew P. | 0.90<br>0.00 | 125.00<br>T@1 | 112.50 |
| 143316<br>6/1/2020<br>WIP<br>Finalize motion for pro hac vice admission. Email local counsel. Discuss delay in obtaining certificate of good standing with CRB | TIME | M. Herrington<br>Motions<br>Wright, Matthew P. | 0.60<br>0.60 | 350.00<br>T@1<br>No Charge | 210.00 |

12/28/2020                          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:27 AM                                            Slip Listing                                      Page      5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 143379<br>6/4/2020<br>WIP<br>Register MWH & MDB for Eastern Arkansas ECF online | TIME | S. Toenes<br>Misc<br>Wright, Matthew P. | 0.25<br>0.25 | 125.00<br>T@1<br>No Charge | 31.25 |
| 143602<br>6/11/2020<br>WIP<br>Verify that MDB & MWH are active for electronic filing in Eastern District | TIME | S. Toenes<br>Misc<br>Wright, Matthew P. | 0.10<br>0.10 | 125.00<br>T@1<br>No Charge | 12.50 |
| 143497<br>6/12/2020<br>WIP<br>Review template JPPR; begin adapting; communicate with local counsel; finalize draft and send to opposing counsel | TIME | M. Herrington<br>Ans_Discl_JPS<br>Wright, Matthew P. | 0.80<br>0.00 | 350.00<br>T@1 | 280.00 |
| 143930<br>7/9/2020<br>WIP<br>Review revisions to JPPR. Respond to OC. | TIME | M. Herrington<br>Ans_Discl_JPS<br>Wright, Matthew P. | 0.20<br>0.00 | 350.00<br>T@1 | 70.00 |
| 143935<br>7/10/2020<br>WIP<br>Finalize 26(f) report; emails with OC. | TIME | M. Herrington<br>Ans_Discl_JPS<br>Wright, Matthew P. | 0.30<br>0.00 | 350.00<br>T@1 | 105.00 |
| 144277<br>7/13/2020<br>WIP<br>Research Eastern Arkansas docket. | TIME | S. Toenes<br>Misc<br>Wright, Matthew P. | 0.10<br>0.10 | 125.00<br>T@1<br>No Charge | 12.50 |
| 143999<br>7/14/2020<br>WIP<br>Draft disclosures; communication with local counsel re: same; review local rules. | TIME | M. Herrington<br>Ans_Discl_JPS<br>Wright, Matthew P. | 1.40<br>0.00 | 350.00<br>T@1 | 490.00 |
| 144072<br>7/16/2020<br>WIP<br>Review Plaintiff's Initial Disclosures. | TIME | M. Benjamin<br>Discovery_Wr<br>Wright, Matthew P. | 0.08<br>0.00 | 425.00<br>T@1 | 35.42 |

12/28/2020        DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:27 AM                      Slip Listing                         Page     6

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 144858 | TIME | M. Herrington | 1.40 | 350.00 | 490.00 |
| 8/27/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Continue work on outgoing discovery requests | | | | | |
| 144960 | TIME | Kelsey Hyatt | 0.38 | 65.00 | 24.92 |
| 9/3/2020 | | DamageEst | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Started inputting data into damages excel per MWH. | | | | | |
| 144963 | TIME | M. Herrington | 0.70 | 350.00 | 245.00 |
| 9/3/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Work on damages calculations; discuss with KLH; review data compiled by KLH; modify spreadsheet; email co-counsel to discuss method of calculating regular rate; revise disclosures; email to OC | | | | | |
| 145053 | TIME | C.R. Bridgers | 0.13 | 425.00 | 55.25 |
| 9/9/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review Herrington question re objection to request for all documents reviewed in drafting complaint; respond. | | | | | |
| 145055 | TIME | Kelsey Hyatt | 2.42 | 65.00 | 157.08 |
| 9/10/2020 | | Client Dvlp | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Process evidentiary files per MWH regarding discovery reponses. | | | | | |
| 145061 | TIME | C.R. Bridgers | 0.40 | 425.00 | 170.00 |
| 9/10/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Work with Herrington on final production. | | | | | |
| 145103 | TIME | C.R. Bridgers | 0.61 | 425.00 | 259.25 |
| 9/11/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Review and edit RPD responses drafted by Herrington. | | | | | |
| 145118 | TIME | M. Herrington | 2.30 | 350.00 | 805.00 |
| 9/11/2020 | | Discovery_Wr | 0.00 | T@1 | |
| WIP | | Wright, Matthew P. | | | |
| Finalize Pla RFP responses; calls with client re: production; correspondence with local counsel re: same; coordinate document production with SMT | | | | | |

12/28/2020            DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC

9:27 AM                        Slip Listing                               Page     7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 145128<br>9/14/2020<br>WIP<br>Call with CoC to discuss deposition of McKeeby | TIME | M. Herrington<br>Misc<br>Wright, Matthew P. | 0.20<br>0.00 | 350.00<br>T@1 | 70.00 |
| 145568<br>9/28/2020<br>WIP<br>Review disclosures and fees; email co-counsel re:<br>settlement demand | TIME | M. Herrington<br>Settlement<br>Wright, Matthew P. | 0.10<br>0.00 | 350.00<br>T@1 | 35.00 |
| 145580<br>9/28/2020<br>WIP<br>Review issue of proposed settlement agreement<br>with Herrington. | TIME | C.R. Bridgers<br>Settlement<br>Wright, Matthew P. | 0.10<br>0.00 | 425.00<br>T@1 | 42.50 |
| 145590<br>9/28/2020<br>WIP<br>Draft settlement demand to OC | TIME | M. Herrington<br>Settlement<br>Wright, Matthew P. | 0.20<br>0.00 | 350.00<br>T@1 | 70.00 |
| 146178<br>11/1/2020<br>WIP<br>Respond to conferral letter; review discovery<br>responses; review Rule 34; discuss same and<br>settlement issues with C.  Bridgers. | TIME | M. Herrington<br>Conferral_Disco<br>Wright, Matthew P. | 0.60<br>0.00 | 350.00<br>T@1 | 210.00 |
| 146182<br>11/1/2020<br>WIP<br>Schedule depositions; call with client re: same | TIME | M. Herrington<br>Depositions<br>Wright, Matthew P. | 0.10<br>0.00 | 350.00<br>T@1 | 35.00 |
| 146188<br>11/1/2020<br>WIP<br>Continue work on outgoing interrogatories; begin<br>work on RFPs and RTAs. | TIME | M. Herrington<br>Discovery_Wr<br>Wright, Matthew P. | 2.30<br>0.00 | 350.00<br>T@1 | 805.00 |
| 146257<br>11/1/2020<br>WIP<br>Discuss  settlement strategy and positions with<br>Herrington. | TIME | C.R. Bridgers<br>Settlement<br>Wright, Matthew P. | 0.25<br>0.00 | 425.00<br>T@1 | 106.25 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 146308                    TIME<br>11/6/2020<br>WIP<br>Further discussion with Herrington on response to<br>question as to retention of documents. | C.R. Bridgers<br>Misc<br>Wright, Matthew P. | 0.31<br>0.00 | 425.00<br>T@1 | 131.75 |
| 146368                    TIME<br>11/6/2020<br>WIP<br>Draft email re: client keeping employer emails;<br>discuss with CRB | M. Herrington<br>Conferral_Disco<br>Wright, Matthew P. | 0.40<br>0.00 | 350.00<br>T@1 | 140.00 |
| 146402                    TIME<br>11/9/2020<br>WIP<br>Arrange deposition preparation with client; send<br>Greene deposition to review. | M. Herrington<br>ClientComm<br>Wright, Matthew P. | 0.20<br>0.00 | 350.00<br>T@1 | 70.00 |
| 146450                    TIME<br>11/11/2020<br>WIP<br>Telephone call to opposing counsel re: settlement<br>issues; email co-counsel to arrange call; call with<br>co-counsel; draft counteroffer; call with client for<br>approval | M. Herrington<br>Settlement<br>Wright, Matthew P. | 0.40<br>0.00 | 350.00<br>T@1 | 140.00 |
| 146483                    TIME<br>11/12/2020<br>WIP<br>Preparation for deposition prep. meeting with client | M. Herrington<br>Depositions<br>Wright, Matthew P. | 1.80<br>0.00 | 350.00<br>T@1 | 630.00 |
| 146484                    TIME<br>11/12/2020<br>WIP<br>Conference with client concerning deposition<br>preparation. | M. Herrington<br>Depositions<br>Wright, Matthew P. | 1.30<br>0.00 | 350.00<br>T@1 | 455.00 |
| 146505                    TIME<br>11/14/2020<br>WIP<br>Review client documents (emails) for potential<br>deposition issues; pull documents. | M. Herrington<br>Depositions<br>Wright, Matthew P. | 3.30<br>0.00 | 350.00<br>T@1 | 1155.00 |
| 146520                    TIME<br>11/16/2020<br>WIP<br>call with client re: settlement; draft counteroffer;<br>discuss with CRB | M. Herrington<br>Settlement<br>Wright, Matthew P. | 0.30<br>0.00 | 350.00<br>T@1 | 105.00 |

12/28/2020          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:27 AM                                 Slip Listing                               Page      9

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 146531 11/16/2020 WIP Review offer with Herrington and respond to Herrington with strategy. | TIME | C.R. Bridgers DamageEst Wright, Matthew P. | 0.10 0.00 | 425.00 T@1 | 42.50 |
| 146547 11/18/2020 WIP Discuss possible incoming OOJ with Herrington. | TIME 9:52 AM | C.R. Bridgers Settlement Wright, Matthew P. | 0.18 0.00 | 425.00 T@1 | 77.09 |
| 146551 11/18/2020 WIP Call with OC re: rescheduling deposition due to forthcoming OOJ; call with client to discuss rescheduling deposition and meaning of OOJ; follow up with OC confirming the rescheduling; discuss logistics of OOJ and allocation with CRB | TIME | M. Herrington Depositions Wright, Matthew P. | 0.40 0.00 | 350.00 T@1 | 140.00 |

Grand Total

|  | | | Units | | Slip Value |
|---|---|---|---|---|---|
| Billable | | | 43.00 | | 13754.20 |
| Unbillable | | | 1.35 | | 333.75 |
| Total | | | 44.35 | | 14087.95 |

Attachment B

12/18/2020          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3:22 PM              --DCBFB Fee Split - Expenses by TK v2          Page     1

---

Selection Criteria

---

| Slip.Slip Type | Expense |
| Clie.Selection | Include: Wright, Matthew P. |

| ID | Date | Type | Description | Slip Value |
|----|------|------|-------------|-----------|
| **Timekeeper: W & H Project** | | | | |
| 141799 | 2/24/2020 | EXP | Filing Fee | $400.00 |
| 144270 | 3/5/2020 | EXP | Service Fee | $85.00 |
| 143024 | 5/11/2020 | EXP | Filing Fees/certificate of good Standing/Pro Hac | $38.00 |

Total: W & H Project

$523.00

**Grand Total**

$523.00

Attachment C

| 12/28/2020 | DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC | |
|---|---|---|
| 9:26 AM | --DCBFB Fee Split and Fee App Time Summary Listing-By Timekeeper | Page      1 |

---

### Selection Criteria

| Slip.Slip Type | Time |
|---|---|
| Clie.Selection | Include: Wright, Matthew P. |
| Slip.Transaction Date | 1/1/2020 - 11/18/2020 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value | Billed SV<br>Adjustment<br>Markup |
|---|---|---|---|---|---|
| **C.R. Bridgers** | | | | | |
| | Billable | 4.20 | | 1783.70 | 1783.70 |
| | Unbillable | 0.10 | | 42.50 | |
| | Total | 4.30 | | 1826.20 | |
| **J. Sorrenti** | | | | | |
| | Billable | 0.90 | | 148.50 | 148.50 |
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 0.90 | | 148.50 | |
| **Kelsey Hyatt** | | | | | |
| | Billable | 2.80 | | 182.00 | 182.00 |
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 2.80 | | 182.00 | |
| **M. Benjamin** | | | | | |
| | Billable | 0.45 | | 191.25 | 191.25 |
| | Unbillable | 0.00 | | 0.00 | |
| | Total | 0.45 | | 191.25 | |
| **M. Herrington** | | | | | |
| | Billable | 31.80 | | 11092.50 | 11092.50 |
| | Unbillable | 0.60 | | 210.00 | |
| | Total | 32.40 | | 11302.50 | |
| **S. Toenes** | | | | | |
| | Billable | 2.85 | | 356.25 | 356.25 |
| | Unbillable | 0.65 | | 81.25 | |
| | Total | 3.50 | | 437.50 | |
| **Grand Total** | | | | | |
| | Billable | 43.00 | | 13754.20 | 13754.20 |
| | Unbillable | 1.35 | | 333.75 | |
| | Total | 44.35 | | 14087.95 | |

Attachment D

12/28/2020          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:25 AM          --DCBFB Slip Summary by Activity-Summary Only-No Detail          Page       1

---

### Selection Criteria

| | |
|---|---|
| Slip.Billing Status | Billable |
| Slip.Slip Type | Time |
| Clie.Selection | Include: Wright, Matthew P. |
| Slip.Transaction Date | 1/1/2020 - 11/18/2020 |

---

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **01-Intake** | | | | |
| Fees: Slip Value | 357.50 | 2.60% | 1.10 | 2.56% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 357.50 | 2.60% | 1.10 | 2.56% |
| **02-Complaint_COIP_Service** | | | | |
| Fees: Slip Value | 248.75 | 1.81% | 0.85 | 1.98% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 248.75 | 1.81% | 0.85 | 1.98% |
| **02.5-Efforts re Serv Process** | | | | |
| Fees: Slip Value | 56.25 | 0.41% | 0.45 | 1.05% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 56.25 | 0.41% | 0.45 | 1.05% |
| **03-Answer_Disclosures_JPR** | | | | |
| Fees: Slip Value | 976.25 | 7.10% | 2.95 | 6.86% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 976.25 | 7.10% | 2.95 | 6.86% |
| **05-Mtn to Dismiss** | | | | |
| Fees: Slip Value | 1730.00 | 12.58% | 4.90 | 11.40% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1730.00 | 12.58% | 4.90 | 11.40% |
| **06-Damage Estimate** | | | | |
| Fees: Slip Value | 67.42 | 0.49% | 0.48 | 1.12% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 67.42 | 0.49% | 0.48 | 1.12% |
| **07-Written Discovery** | | | | |
| Fees: Slip Value | 2864.92 | 20.83% | 7.92 | 18.42% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 2864.92 | 20.83% | 7.92 | 18.42% |
| **10-Conferral on Discovery** | | | | |
| Fees: Slip Value | 350.00 | 2.54% | 1.00 | 2.33% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 350.00 | 2.54% | 1.00 | 2.33% |
| **12-Depositions** | | | | |
| Fees: Slip Value | 2415.00 | 17.56% | 6.90 | 16.05% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 2415.00 | 17.56% | 6.90 | 16.05% |
| **13-Motions** | | | | |
| Fees: Slip Value | 261.00 | 1.90% | 1.80 | 4.19% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 261.00 | 1.90% | 1.80 | 4.19% |
| **16-Settlement** | | | | |
| Fees: Slip Value | 575.84 | 4.19% | 1.53 | 3.56% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 575.84 | 4.19% | 1.53 | 3.56% |

12/28/2020          DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
9:25 AM          --DCBFB Slip Summary by Activity-Summary Only-No Detail      Page    2

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| 26-Client Communication | | | | |
| Fees: Slip Value | 595.00 | 4.33% | 1.70 | 3.95% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 595.00 | 4.33% | 1.70 | 3.95% |
| 27-Legal Research Other | | | | |
| Fees: Slip Value | 2031.75 | 14.77% | 5.61 | 13.05% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 2031.75 | 14.77% | 5.61 | 13.05% |
| 28-Client Development | | | | |
| Fees: Slip Value | 157.08 | 1.14% | 2.42 | 5.63% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 157.08 | 1.14% | 2.42 | 5.63% |
| 29-Misc. Case Efforts | | | | |
| Fees: Slip Value | 1067.44 | 7.76% | 3.39 | 7.88% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 1067.44 | 7.76% | 3.39 | 7.88% |
| Grand Total | | | | |
| Fees: Slip Value | 13754.20 | 100.00% | 43.00 | 100.00% |
| Costs: Slip Value | 0.00 | 0.00% | | |
| Total: Slip Value | 13754.20 | 100.00% | 43.00 | 100.00% |