IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATTHEW WRIGHT**                                                    **PLAINTIFF**

vs.                                         No. 4:20-cv-454-KGB

**TYLER TECHNOLOGIES, INC.**                                          **DEFENDANT**

### DECLARATION OF ATTORNEY JOSH SANFORD

Pursuant to 28 U.S.C. § 1746, Josh Sanford declares, subject to the penalties for perjury, as follows:

1.      My name is Josh Sanford, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2.      I am an attorney licensed and in good standing in the State of Arkansas.  I practice law with the law firm of Sanford Law Firm, PLLC (hereinafter "Sanford Law Firm"), which is located in Little Rock, which I founded in Russellville in 2001. I opened an office in Little Rock in 2009 and now predominantly practice in the Arkansas District Courts, together with a busy Western District of Texas practice.

3.      I practice law full-time, and I manage the other fifteen (15) attorneys in the Sanford Law Firm.

4.      Including cases now pending, I have prosecuted over 200 wage lawsuits in Texas in the last five years. Some of these were arbitrations.

5.      Including cases now pending, I have prosecuted over 500 wage lawsuits in Arkansas in the last ten years.

6.      In the course of my law practice, I engage in a significant amount of wage

and hour litigation—specifically cases arising under the Fair Labor Standards Act (FLSA) and the comparable Arkansas Minimum Wage Act (AMWA).  A significant portion of my case load is in various federal courts around the United States, including trial work in cases arising under Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the FLSA, and the Family and Medical Leave Act.

7.      I am licensed to practice law in all state and federal courts in the States of Arkansas, Colorado and Texas. I am also actively engaged in appellate practice.  I have handled cases before almost all county Circuit Courts in the Central and River Valley regions of Arkansas, the United States District Courts for the Eastern and Western Districts of Arkansas, the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas, United States District Court for the Northern District of Oklahoma, United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the United States District Court for the District of Oregon, the Fifth, Sixth and Eighth Circuit Courts of Appeals.

8.      In the past few years we have also filed cases in Ohio, Kentucky, Tennessee, North Carolina, South Carolina, Florida, Georgia, Alabama, Mississippi, Louisiana, Missouri and Illinois.  There is no group of attorneys within 600 miles of Little Rock who have experience comparable to Sanford Law Firm in wage litigation.  Including cases currently being prosecuted throughout the country today, Sanford Law Firm has prosecuted over 1,000 wage cases in federal and state courts and in arbitration proceedings.  In 2018, only one firm in the United States initiated more wage violation prosecutions than Sanford Law Firm.

9.      In 2005, I was voted "Best Attorney" (tie) in a readers' poll published by *The Courier* in Russellville, Arkansas. Subsequently, in 2008, I served as the President of the Pope County Bar Association. In addition, I am or have been a member of the American, Arkansas, and Pope County Bar Associations, the Arkansas Trial Lawyers Association and the National Employment Lawyers Association.

10.      I have been lead counsel on numerous wage and hour cases filed in United States District Courts throughout the nation, including the following: *Craig Lyons, et al. v. Con Agra*, 4:12-cv-245-JM (E.D. Ark.) (over 790 plaintiffs); *Keyli Cruthis, et al. v. Visions, et al.*, 4:12-cv-244-KGB (E.D. Ark.); *James Finley v. Universal Pressure Pumping, Inc.*, SA:12-ca-0654-OG (Western District of Texas); *Michael Alexander v. Hahn Appliance Center, Inc.*, 12-CV-257-CVE-TWL (N.D. Okla.); *Chad Lochridge, et al. v. Lindsey Management, et al.*, 5:12-CV-5047-JLH (W.D. Ark.); *Bill Hollomon, et al. v. AT&T Mobility Services, LLC*, 4:11-cv-600-BRW (E.D. Ark.); *Jeffrey Bacon, et al. v. Eaton Aeroquip, LLC*, 2:11-cv-14103-GD (E.D. Mich.); *Karen "Kay" Roland v. Sharp County Post 336, et al.*, 1:11-CV-85-DPM (E.D. Ark.); *Bennie Watson, et al. v. Surf-Frac Wellhead Equipment Company, Inc.*, 4:11-CV-843 (JLH) (E.D. Ark.); *Robert Terry, et al. v. City of Ola*, 4:11-cv-11-645 (JLH) (E.D. Ark.); *Donald Bateman, et al. v. Frac Tech Services, LLC*, 6:11-cv-708 (E.D. Tex.); *Kalie Brown, et al. v. Barney's Barn, Inc., d/b/a/ Peaches Gentlemen's Club*, 4:11-cv-224 (SWW) (E.D. Ark.); *Jason Phillips v. Oil Patch Water and Sewer Services, LLC, et al.*, 4:11-cv-776 (JLH) (E.D. Ark.); *David Delock, et al. v. Securitas Security Services USA, et al.*, 4:11-CV-520 (DPM) (E.D. Ark.); *Karen Springs, et al. v. First Student, Inc.*, 4:11-CV-00240 (BSM) (E.D. Ark.); *Teramura v. Walgreen Co.*, 5:12-cv-5244-JLH (W.D. Ark.), and many others.

11.     I have also been lead counsel on numerous wage and hour cases that resulted in settlements or judgments in favor of my clients including the following: *Coby Pearce v. Frac Tech Services, LLC*, No. 4:12-cv-651-JLH (E.D. Ark.); *Nicole Collins v. Barney's Barn, Inc., et al.*, No. 4:12-cv-685-SWW (E.D. Ark.); *Joseph Gauthier, et al. v. Trican Well Service, L.P.*, No. 6:13-cv-46-LED (E.D. Tex.); *Jason Roche, et al. v. S-3 Pump Service, Inc.*, No. 5:15-cv-268-XR (W.D. Tex.); *Kristen Whitworth, et al. v. French Quarter Partners, LLC*, No. 6:13-cv-6003-RTD (W.D. Ark.); *Robert Terry v. Yell County Ark.*, No. 4:13-cv-408-SWW (E.D. Ark.); *Jessica Guinn v. D J Trucking*, No. 4:13-cv-559-KGB (E.D. Ark.); *Maria Romero de Lopez, et al. v. Ozark Mountain Poultry, Inc.*, No. 5:13-cv-5272-TLB (W.D. Ark.); *Sean Jordan v. Big E. Foods, Inc.*, No. 4:14-cv-205-BRW (E.D. Ark.); *Patricia Hernandez, et al. v. Simmons Foods, Inc.*, No. 5:14-cv-5159-JLH (W.D. Ark.); *Sean Schneider v. Habitat for Humanity International, Inc.*, No. 5:14-cv-5230-TLB (W.D. Ark.); *Pedro Espinoza v. Car-Son Construction, LLC*, No. 4:14-cv-467-KGB (E.D. Ark.); *Sheila Lyles v. City of Trumann, Ark.*, No. 3:14-cv-210-DPM (E.D. Ark.); and *Kellie McCartney v. Baily and Thompson Tax and Accounting, P.A.*, No. 4:14-cv-561-SWW (E.D. Ark.).

12.     More recently, I have also been lead counsel on several wage and hour cases in which collective actions have been granted including *Sam Adams v. United Cerebral Palsy of Central Ark., Inc.*, No. 4:16-cv-930-JLH (E.D. Ark.); *James Harris, et al. v. Express Courier International, Inc.*, No. 5:16-cv-5033-TLB (W.D. Ark.); and *Dustin Moore, et al. v. Performance Pressure Pumping Services, LLC*, No. 5:15-cv-432-XR (W.D. Tex.), and dozens of others.

13.     Since January of 2015, Sanford Law Firm has filed and prosecuted over

800 distinct wage lawsuits throughout Arkansas and Texas.  Many of these lawsuits are or were group or collective actions, as well as several class actions under Rule 23.

14.     Collectively, cases filed by the Sanford Law Firm since 2009 have resulted in far more than $13,000,000.00 in settlements and judgments for wage and hour violations for more than three thousand clients across the nation.

15.     I am familiar with the customary and reasonable fees charged by myself and by other attorneys in federal courts in Arkansas. Generally, the customary and reasonable fee charged for federal court work in U.S. District Courts in Arkansas is $150.00 to $350.00 per hour, depending upon experience and specialty.

16.     **However, some attorneys charge far more than this**.  I am personally familiar with employment defense attorneys who charge $440.00 and also $410.00 per hour in cases in the Eastern District of Arkansas, and I have more experience in wage litigation than do those attorneys.

17.     The rates charged by Sanford Law Firm's attorneys are reasonable. The rates are reflective of the number of years each attorney has practiced, the attorneys' expertise in employment issues such as the FLSA, the contingent nature of an award of fees, and the rates charged by other attorneys specializing in FLSA work. The staff time and hourly rate for the Sanford Law Firm below are likewise reasonable and comparable.

18.     The Sanford Law Firm's work focuses on representing workers in employment matters, and its lawyers focus their practices in the area of the FLSA and similar wage-and-hour cases. In the community of attorneys who focus their practice in this area of the law, the Sanford Law Firm has a strong reputation for its quality of work and diligent representation of its clients.

19.     I am aware of the customary rates for attorneys of various skill levels who focus their practice in the area of labor and employment within the Little Rock area and the hourly rates charged by Sanford Law Firm attorneys are in line with those rates.

20.     I have gained my knowledge of hourly rates charged through my own practice in Little Rock, as well as by practicing with or having conversations with other attorneys who practice in the Little Rock, including Brent Wakefield, John Brown and Paul Pfeifer.

21.     Lawsuits brought under the FLSA and the AMWA are time-consuming and rigorous, and the amount of time spent by our firm at each step in this case is reasonable. It is not uncommon in the course of my practice for clients with similar cases to incur attorney's fees that are as much as or more than those in this case.

22.     With these matters in mind, I reviewed the hourly rates for the attorneys and staff that the Sanford Law Firm is seeking in this case.

23.     Based on my experience and knowledge, it is my opinion that these hourly rates are reasonable given the attorneys' skills, expertise, and reputations, and they are within the range of rates awarded to attorneys with similar backgrounds and experience.

24.     The request for attorney's fees and costs is based upon contemporaneous time and expenses records maintained by Sanford Law Firm as a matter of ordinary and customary business practice. The time and billing records identify the amount of time expended, the tasks performed, the rate of the particular timekeeper involved, and the costs incurred. A true and accurate copy of a spreadsheet reflecting relevant legal services rendered and time expended on this case through the date of this Declaration, is attached hereto as Attachment A.

25.     Each task reflected in the attached Invoice was necessary to the successful resolution of this matter; the hours expended were actually expended on the topics stated; the time spent on each task was reasonable; and the rates claimed are also reasonable.

26.     In preparing to support Plaintiff's Motion for Costs and Attorneys' Fees, my firm exercised billing judgment in calculating the lodestar, reviewing records of hours worked and writing off entries for time spent on tasks which could reasonably be viewed as unproductive, excessive, redundant, or which were otherwise deemed as appropriate for writing off completely or reducing as part of Plaintiff's request for attorneys' fees in this case. Items deducted or reduced also included items for which billing was insufficiently clear to describe how the time was spent, a portion of in-house conferences, and a portion of time related to case management and other items where appropriate. As a result of this good faith review, the total billing was reduced from $6,601.00 to $5,618.00, which is a 15% reduction.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 11th day of December, 2020.

*/s/ Josh Sanford*
**JOSH SANFORD**

# Attachment A

## Matter Time Entries Report

As of 2020-12-10 11:47:39 Central Standard Time/CST • Generated by Courtney Lowery • Sorted by Date Billed On (Descending)

**Filtered By**
Show: All matters
Matter Name contains wright (matthew)

| Date Billed On | Duration | Value | Description | Actual Billing | % reduction | Billed By | Rate | Billable | Matter Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2020 | 0.1 | $10.00 | Conference with CL re offer of judgment | $ - | 100% | Kaylee Gould | $100.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/7/2020 | 0.1 | $15.00 | Conference with KG re OOJ | $ - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/7/2020 | 0.1 | $32.50 | Compose electronic communication CO-C: fee demand | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/7/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-Cs: demand | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/1/2020 | 0.1 | $6.00 | Work on Client's file: process ECFs. | $ - | 100% | Tracy Freeman | $60.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/1/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 12/1/2020 | 0.1 | $32.50 | Examination of filed-aCo-Ceptance of offer | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/30/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-Cs | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/25/2020 | 0.1 | $32.50 | Compose electronic communication CO-C | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/23/2020 | 0.1 | $32.50 | Compose electronic communication OC-offers to settle | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/23/2020 | 0.1 | $32.50 | Examination of CO-C email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/20/2020 | 0.1 | $32.50 | Examination of OC email, CO-C email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $15.00 | Examination of offer of judgment | $ - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $6.00 | Work on Client's file: set deadline for response to Offer of Judgment | $ - | 100% | Tracy Freeman | $60.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.2 | $20.00 | Work on Client's file: Attempt to run matter billing report for CL, unsuCo-Cessful | $ - | 100% | Marley Cash-Powell | $100.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $15.00 | Conference with KG re billing | $ - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from Co-C | $ - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.3 | $45.00 | Compose electronic communication to OC; review billing records | $ 45.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.3 | $45.00 | Receive, read and prepare response to email(s) from OC re fees; review fee report; cont | $ 45.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.2 | $65.00 | Receive, read and prepare response to email(s) from CO-C; OC: R68 offer | $ 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from OC: fees, etc | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C: demand | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $32.50 | Examination of CO-C email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/19/2020 | 0.1 | $32.50 | Examination of emails with OCs | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/18/2020 | 0.1 | $32.50 | Examination of emails with CO-C, OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/18/2020 | 0.2 | $65.00 | Examination of R68 offer; draft memo to CO-C | $ 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/17/2020 | 0.1 | $32.50 | Examination of emails with OCs | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $15.00 | Telephone Conference(s) with Co-C (left vm) | $ 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from Co-C re settlement | $ 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $32.50 | Examination of emails with OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $32.50 | Examination of CO-C email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $32.50 | Telephone Conference(s) with CO-C (left VM) | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/16/2020 | 0.1 | $32.50 | Examination of email to OC (counter) | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/12/2020 | 0.5 | $75.00 | Examination of depo transcript of Suzanne Greene; respond to OC email re depo prep | $ 75.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/12/2020 | 1.2 | $180.00 | Work on Client's file: deposition prep | $ 180.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/12/2020 | 0.1 | $32.50 | Examination of emails with OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/12/2020 | 0.1 | $32.50 | Conference with CL: depo prep | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/12/2020 | 0.1 | $32.50 | Examination of emails with OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/11/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from Co-C re phone call | $ 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/11/2020 | 0.2 | $30.00 | Telephone Conference(s) with Co-C re counteroffer and deposition | $ 30.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/11/2020 | 0.1 | $32.50 | Examination of email to OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/11/2020 | 0.1 | $32.50 | Examination of email to OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/10/2020 | 0.1 | $15.00 | Conference with JS re depo prep | $ - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/9/2020 | 0.1 | $32.50 | Examination of email from CO-C to client | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/9/2020 | 0.1 | $32.50 | Examination of Intra-office memo regarding case events and deadlines | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/9/2020 | 0.1 | $32.50 | Examination of CO-C email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/6/2020 | 0.1 | $32.50 | Examination of email to OC | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/4/2020 | 0.1 | $32.50 | Examination of OC email | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/3/2020 | 0.1 | $32.50 | Examination of Co-CR | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.1 | $15.00 | Receipt and review of Co-C's response to good faith letter | $ 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.4 | $60.00 | Examination of Co-C's discovery requests | $ 60.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.1 | $32.50 | Examination of email to OC-discovery | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.1 | $32.50 | Examination of discovery transmittal to OC | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.1 | $32.50 | Examination of Intra-office memo regarding case events and deadlines | $ - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 11/2/2020 | 0.1 | $32.50 | Examination of discovery emails with CO-C | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/29/2020 | 0.1 | $6.00 | Work on Client's file: calendar deposition | $ 6.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/29/2020 | 0.1 | $32.50 | Examination of emails with CO-C and client | $ 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |

| Date | Hours | Amount | Description | | Billed | % | Timekeeper | Rate | Billable | Case |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/27/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from Co-C to JS re depo dates | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/27/2020 | 0.1 | $32.50 | Conference with CL: depos | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/27/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/27/2020 | 0.1 | $32.50 | Examination of email to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/26/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/26/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/12/2020 | 0.1 | $32.50 | Examination of CO-C email to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/12/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/12/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C: demand | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/12/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C discovery dispute | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/12/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C: offer from OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/9/2020 | 0.1 | $32.50 | Examination of CO-C email to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 10/9/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/28/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from co-counsel re settlement demand | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/28/2020 | 0.1 | $32.50 | Work on Client's file: demand | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/28/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C: demand | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/28/2020 | 0.1 | $32.50 | Examination of demand to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/21/2020 | 0.1 | $15.00 | Receipt and review of supplemental production from OC | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/18/2020 | 0.1 | $15.00 | Receipt and review of letter from OC re confidentiality and deficient responses | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/18/2020 | 0.1 | $32.50 | Examination of OC letter re: discovery | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/18/2020 | 0.1 | $32.50 | Examination of disclosures from OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/16/2020 | 0.1 | $32.50 | Examination of email to OC | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.2 | $30.00 | Telephone Conference(s) with CoC re depositions | $ | - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Conference with CL: case strategy | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Telephone Conference(s) with CO-C: case strategy | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Conference with CL: docs from CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/14/2020 | 0.1 | $32.50 | Examination of email to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/11/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from CoC re doc review | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/11/2020 | 0.1 | $32.50 | Examination of transmittal of discovery | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/10/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from CoC re client document production | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/10/2020 | 0.1 | $10.00 | Receipt and review of email from CL re discovery, save same to file | $ | 10.00 | 0% | Kaylee Gould | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/10/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/10/2020 | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/10/2020 | 0.1 | $32.50 | Examination of CO-C memo: discovery | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $15.00 | Conference with JS re discovery responses | $ | - | 100% | Courtney Lowery | $150.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $15.00 | Compose electronic communication to OC re discovery responses | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $22.50 | Telephone Conference(s) with CL regarding responses to Def.'s discovery requests | $ | - | 100% | Steve Rauls | $225.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.3 | $45.00 | Receive, read and prepare response to email(s) from CoC re discovery objection; resear | $ | 45.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $32.50 | Conference with CL: answering discovery | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/9/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/8/2020 | 0.6 | $36.00 | Work on Client's file: format discovery, save to file, and email KG re: same | $ | - | 100% | Sara Oels | $60.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 9/3/2020 | 0.3 | $45.00 | Receipt and review of CoC's initial disclosures; review damages caCo-Culations | $ | 45.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/3/2020 | 0.1 | $32.50 | Examination of disclosures transmittal to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 9/3/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CO-C: damage caCo-Culations | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/24/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from staff re formatting discovery reqs | $ | - | 100% | Kaylee Gould | $100.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/13/2020 | 0.1 | $15.00 | Receipt and review of email from OC re document production | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/13/2020 | 0.1 | $7.50 | Receipt and review of Def discovery documents | $ | - | 100% | Anne Paul | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/13/2020 | 0.1 | $6.00 | Work on Client's file: download discovery documents | $ | 6.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/13/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/13/2020 | 0.1 | $32.50 | Examination of CO-C email, with production | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $7.50 | Conference with KG re discovery requests from OC | $ | - | 100% | Anne Paul | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $15.00 | Conference with KG re discovery | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $7.50 | Conference with KG and CL re discovery requests from OC | $ | - | 100% | Anne Paul | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.2 | $15.00 | Conference with AP, CL re case details | $ | - | 100% | Anne Paul | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $7.50 | Receipt and review of email from OC re discovery requests | $ | - | 100% | Anne Paul | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $6.00 | Work on Client's file: calendar discovery answers | $ | 6.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $32.50 | Read and review ECF #, | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $7.50 | Compose electronic communication to staff re formatting discovery requests | $ | 7.50 | 0% | Anne Paul | $75.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/12/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/10/2020 | 0.5 | $30.00 | Work on Client's file: calendar deadlines on FSO | $ | 30.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 8/7/2020 | 0.4 | $24.00 | Work on Client's file: calendar deadlines on FSO | $ | - | 100% | Tracy Freeman | $60.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/7/2020 | 0.1 | $6.00 | Work on Client's file: process ECF - FSO | $ | - | 100% | Tracy Freeman | $60.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 8/6/2020 | 0.1 | $32.50 | Examination of FSO | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/28/2020 | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |

| Date | Hours | Amount | Description | $ | Amount | % | Name | Rate | Billed | Case |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27/2020 | 0.2 | $65.00 | Examination of def's disclosures | $ | 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/16/2020 | 0.3 | $45.00 | Examination of Co-C's Initial Disclosures; respond to Co-C email re same | $ | 45.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/16/2020 | 0.1 | $22.50 | Telephone Conference(s) with CL regarding initial disclosures | $ | 22.50 | 0% | Steve Rauls | $225.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/16/2020 | 0.1 | $32.50 | Examination of  transmittal of initial disclosures | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/16/2020 | 0.1 | $32.50 | Examination of  email to CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/13/2020 | 0.1 | $32.50 | Examination of  CO-C email-disclosures, etc. | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/13/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C: disclosures | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/10/2020 | 0.1 | $32.50 | Examination of  emails with OC and CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/10/2020 | 0.1 | $32.50 | Examination of  26f report-filed | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/10/2020 | 0.1 | $32.50 | Examination of  OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/10/2020 | 0.1 | $6.00 | Work on Client's file: process ECF - Rule 26(f) Report; calendar Initial Disclosure deadline | $ | 6.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/9/2020 | 0.1 | $32.50 | Examination of  emails with OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/8/2020 | 0.1 | $32.50 | Examination of  email to OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 7/6/2020 | 0.1 | $32.50 | Examination of  OC email | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $15.00 | Receive, read and prepare response to email(s) from Co-C re 26(f) report | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.4 | $60.00 | Work on Client's file: review OC edits to 26(f) report in preparation for phone call with C | $ | 60.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $32.50 | Work on Client's file: emails with OC-26f edits | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $32.50 | Conference with  CL: 26f report | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $32.50 | Examination of emails with OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $32.50 | Examination of  emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/26/2020 | 0.1 | $32.50 | Conference with  CL: 26f report issues | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/23/2020 | 0.1 | $15.00 | Receipt and review of email and 26(f) edits from OC | $ | 15.00 | 0% | Courtney Lowery | $150.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/22/2020 | 0.1 | $32.50 | Examination of OC email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/13/2020 | 0.2 | $65.00 | Examination of CO-C emails | $ | 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/12/2020 | 0.2 | $20.00 | Receipt and review of 26(f) report from Co-C; respond to email from Co-C re same | $ | 20.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/10/2020 | 0.1 | $7.50 | Editing and revision of 26(f) report | $ | 7.50 | 0% | Michael Stiritz | $75.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/8/2020 | 0.1 | $10.00 | Conference with JS re potential depositions | $ | - | 100% | Courtney Lowery | $100.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 6/8/2020 | 0.1 | $32.50 | Conference with  CL: call with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/5/2020 | 0.4 | $40.00 | Telephone Conference(s) with Matthew Herrington re discovery; conference with JW re | $ | 40.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/5/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from Co-C re FRCP discovery limitations | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/5/2020 | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/5/2020 | 0.1 | $32.50 | Examination of emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/5/2020 | 0.1 | $22.50 | Conference with CL re: timing of discovery; | $ | - | 100% | Josh West | $225.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 6/4/2020 | 0.1 | $32.50 | Examination of  order | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/4/2020 | 0.1 | $10.00 | Receipt and review of Order granting PHV motions; send to Co-C | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/3/2020 | 0.2 | $20.00 | Work on Client's file: efile PHV Motion for Matthew Herrington | $ | 20.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/3/2020 | 0.1 | $32.50 | Examination of  IOM re: PHV motion (second) | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/3/2020 | 0.1 | $32.50 | Examination of filed PHV motion | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/3/2020 | 0.1 | $32.50 | Examination of  C.G.S. from CO-C via email | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 6/3/2020 | 0.1 | $32.50 | Examination of  CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/2/2020 | 0.1 | $32.50 | Examination of  emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.2 | $20.00 | Work on Client's file: finalize and efile PHV Motion for Mitchell Benjamin | $ | 20.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.1 | $10.00 | Receipt and review of PHV Motion from Co-C | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from Co-C re PHV motions | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.1 | $32.50 | Examination of  emails with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.1 | $32.50 | Examination of  Benjamin PHV motion-filed | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 6/1/2020 | 0.1 | $32.50 | Examination of  email and PHVs from CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/26/2020 | 0.1 | $32.50 | Examination of ORDER | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/22/2020 | 0.1 | $32.50 | Examination of  clerk's notice | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/21/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from MCP re 26(f) report | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/21/2020 | 0.2 | $20.00 | Preparation and drafting of 26(f) | $ | 20.00 | 0% | Marley Cash-Powell | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/20/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C: PHV | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/19/2020 | 0.1 | $32.50 | Examination of  clerk's notice | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.2 | $15.00 | Examination of file | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.1 | $32.50 | Examination of  IOM: files from OC | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.1 | $32.50 | Examination of CO-C mail | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from Co-C and AP re saving files | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.1 | $7.50 | Receipt and review of email from OC | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/13/2020 | 0.1 | $7.50 | Compose electronic communication to CL | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $32.50 | Examination of  CO-C email: case materials | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $10.00 | Receive, read and prepare response to email(s) from Co-C and AP | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C: PHV | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C: case file | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $10.00 | Work on Client's file: review status of case and Def's Answer | $ | 10.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.3 | $22.50 | Work on Client's file: upload files, organize | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.4 | $30.00 | Work on Client's file: organize files | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.7 | $52.50 | Work on Client's file: save files from co-counsel, organize file | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | 0.1 | $7.50 | Work on Client's file: organize | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |

| Date | | Hours | Amount | Description | | Amount | Percent | Staff | Rate | Billable | Case |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2020 | | 0.1 | $7.50 | Compose electronic communication to CL re client's file | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/11/2020 | | 0.1 | $7.50 | Compose electronic communication to CL re files | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/7/2020 | | 0.1 | $32.50 | Examination of  clerk's notice | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/6/2020 | | 0.3 | $22.50 | Preparation and drafting of annotated complaint | $ | - | 100% | Law Clerk | $75.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 5/4/2020 | | 0.1 | $32.50 | Examination of clerk's notice | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/4/2020 | | 0.1 | $32.50 | Examination of order-PHV | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/1/2020 | | 0.2 | $12.00 | Work on Client's file: update filed pleadings | $ | 12.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 5/1/2020 | | 0.2 | $12.00 | Receipt and review of filed ISO; save in file; calendar deadlines | $ | 12.00 | 0% | Tracy Freeman | $60.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/30/2020 | | 0.1 | $32.50 | Examination of  ISO | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.2 | $20.00 | Work on Client's file: efile NOAs for JS and CL; read and respond to email from TF re add | $ | 20.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.1 | $32.50 | Work on Client's file: CL: NOAs | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.1 | $10.00 | Conference with JS re NOAs | $ | - | 100% | Courtney Lowery | $100.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.1 | $32.50 | Conference with CL: Drafting, deadlines | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.1 | $32.50 | Examination of  CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/27/2020 | | 0.1 | $32.50 | Examination of CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/24/2020 | | 0.1 | $32.50 | Receive, read and prepare response to email(s) from CL: NOA to file | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/24/2020 | | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C: transfer to AAA | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/24/2020 | | 0.3 | $30.00 | Preparation and drafting of NOAs for JS and CL; review Complaint | $ | 30.00 | 0% | Courtney Lowery | $100.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Preparation and drafting of  IOM: NOAs | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Preparation and drafting of  IOLM: case management | $ | - | 100% | Josh Sanford | $325.00 | FALSE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Telephone Conference(s) with call with CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.2 | $65.00 | Receive, read and prepare response to email(s) from CO-C rep agreement | $ | 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Conference with  AS: case management | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Examination of  email from referring attorney | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Examination of  IOMS: new case | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Examination of  email from chambers | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.1 | $32.50 | Examination of  CO-C  email re: trasnfer | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.2 | $65.00 | Examination of  rep agreement | $ | 65.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/23/2020 | | 0.4 | $130.00 | Examination of lawsuit; related lawsuit | $ | 130.00 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/22/2020 | | 0.1 | $32.50 | Examination of  CO-C email | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/21/2020 | | 0.1 | $32.50 | Receive, read and prepare response to email(s) from  CO-C | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| 4/15/2020 | | 0.1 | $32.50 | Preparation and drafting of  CO-Counsel agreement | $ | 32.50 | 0% | Josh Sanford | $325.00 | TRUE | Wright (Matthew) v. Tyler Technologies |
| **Total** | Sum | 30.7 | $6,601.00 | | $ | 5,618.00 | 15% | | | | |
| | Count | 225 | | | | | | | | | |