IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**TYLER TECHNOLOGIES, INC.,**<br><br>　　　　**Defendant.** | Civil Action No. 4:20-cv-454-KGB |

**PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Matthew Wright makes the following Amended Initial Disclosures.

**(4)　In the space provide below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileges or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent material available for inspection and copying as under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

　　To date, Plaintiff has not received from Defendant time and pay records that would permit him to calculate his damages with precision. Based on Plaintiff's own recollection of his typical workweek and the paystubs provided by Defendant, showing the sick time and vacation days taken in each bi-weekly pay period, Plaintiff preliminarily estimates that he worked in excess of 40 hours per week in a total of 64 workweeks for which payment was due in the three years prior to the effective date of the Parties' tolling agreement (Jan. 10, 2020). Based on regular hourly rates derived from Plaintiff's weekly gross pay divided by 44 hours per week, multiplied by an average of four hours overtime worked in each applicable workweek, Plaintiff estimates that his unpaid overtime premiums total $2,729.46 (see chart below). Plaintiff is entitled to recover liquidated damages in the same amount, as well as his reasonable attorney's fees and costs.

| Pay Period Ending | Hrs. Recorded | Weeks in which OT worked | Weekly gross pay | Regular Rate based on 44 hours per week | Biweekly OT Hours worked | Half Time Premium Unpaid |
|---|---|---|---|---|---|---|
| 1/14/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 1/28/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 2/11/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 2/25/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 3/11/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 3/25/2017 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 4/8/2017 | 76 | 1 | $961.54 | $21.85 | 8 | $87.41 |
| 4/22/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 5/6/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 5/20/2017 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 6/3/2017 | 72 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 6/17/2017 | 72 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 7/1/2017 | 72 | 1 | $961.54 | $21.85 | 8 | $87.41 |
| 7/15/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 7/29/2017 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 8/12/2017 | 72 | 1 | $961.54 | $21.85 | 8 | $87.41 |
| 8/26/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 9/9/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 9/23/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 10/7/2017 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 10/21/2017 | 40 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 11/4/2017 | 72 | 1 | $961.54 | $21.85 | 8 | $87.41 |
| 11/18/2017 | 80 | 2 | $961.54 | $21.85 | 8 | $87.41 |
| 12/2/2017 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 12/16/2017 | 48 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 12/30/2017 | 40 | 1 | $961.54 | $21.85 | 8 | $87.41 |
| 1/13/2018 | 80 | 2 | $961.54 | $21.85 | 4 | $43.71 |
| 1/27/2018 | 76.5 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 2/10/2018 | 69.5 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 2/24/2018 | 77.5 | 1 | $961.54 | $21.85 | 4 | $43.71 |
| 3/10/2018 | 75 | 1 | $990.38 | $22.51 | 4 | $45.02 |
| 3/24/2018 | 53.5 | 1 | $990.38 | $22.51 | 4 | $45.02 |
| 4/7/2018 | 75 | 1 | $990.38 | $22.51 | 4 | $45.02 |
| 4/21/2018 | 69.5 | 1 | $990.38 | $22.51 | 8 | $90.03 |
| 5/5/2018 | 80 | 2 | $990.38 | $22.51 | 4 | $45.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/19/2018 | 64 | 1 | $990.38 | $22.51 | 8 | $90.03 |
| 6/2/2018 | 80 | 2 | $990.38 | $22.51 | 8 | $90.03 |
| 6/16/2018 | 80 | 2 | $990.38 | $22.51 | 8 | $90.03 |
| 6/30/2018 | 80 | 2 | $990.38 | $22.51 | 4 | $45.02 |
| 7/14/2018 | 77 | 1 | $990.38 | $22.51 | 4 | $45.02 |
| 7/28/2018 | 40 | 1 | $990.38 | $22.51 | 4 | $45.02 |
| 8/11/2018 | 72 | 1 | $990.38 | $22.51 | 0 | $0.00 |
| 8/25/2018 | 19 | 0 | $990.38 | $22.51 | 0 | $0.00 |
| **64 weeks** | | | | | **248 OT hours worked** | **$2,729.46 unpaid OT premiums** |

Dated: September 3, 2020

                                                  **SANFORD LAW FIRM, PLLC**

| | |
|---|---|
| One Financial Center | Joshua Sanford |
| 650 S. Shackleford Rd. | Arkansas Bar No. 2001037 |
| Suite 411 | Courtney Lowery |
| Little Rock, AR 72211 | Arkansas Bar No. 2019236 |
| (501) 221-0088 | |
| (888) 787-2040 (f) | Counsel for Plaintiff |
| josh@sanfordlawfirm.com | |
| courtney@sanfordlawfirm.com | |
| | **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** |
| 101 Marietta Street | *s/ Matthew W. Herrington* |
| Suite 2650 | Mitchell D. Benjamin (*pro hac vice*) |
| Atlanta, Georgia 30303 | Ga. Bar No. 049888 |
| (404) 979-3150 | Matthew W. Herrington (*pro hac vice*) |
| (404) 979-3170 (f) | Georgia Bar No. 275411 |
| benjamin@dcbflegal.com | |
| matthew.herrington@dcbflegal.com | Counsel for Plaintiff |