UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,** | : |
| **Plaintiff,** | : |
| vs. | : Civil Action No. 4:20-cv-454-KGB |
| **TYLER TECHNOLOGIES, INC.,** | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Motion for Attorney's Fees and Costs with the Clerk using the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

*s/ Matthew W. Herrington.*
Matthew W. Herrington
Georgia Bar No. 275411

1