# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MATTHEW WRIGHT,**

        **Plaintiff,**

   **vs.**

**TYLER TECHNOLOGIES, INC.,**

        **Defendant.**

**No. 4:20-cv-00454-KGB**

---

**<u>DECLARATION OF AMANDA E. BROWN IN SUPPORT OF DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS</u>**

     I, Amanda E. Brown, hereby submit my declaration in support of Defendant Tyler Technologies, Inc.'s Response to Plaintiff's Motion for Attorney's Fees and Costs and declare as follows:

     1.     I am over the age of twenty-one (21) and I am fully competent in all respects to make this declaration.  I have personal knowledge of the facts set forth herein, and they are true and correct.

     2.     I am an associate at the law firm of Reed Smith LLP, attorneys of record for Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler").  I am licensed to practice in the State of Texas and I am admitted *pro hac vice* to this Court.

     3.     On August 12, 2020, Defendant served requests for production to Plaintiff, to which Plaintiff responded on September 11, 2020.   True and correct copies of Plaintiff's responses to Defendant's requests for production are attached as are attached as **<u>Exhibit A.</u>**

     4.     Defendant then noticed Plaintiff's deposition on November 2, 2020.  True and correct copies of Defendant's transmittal letter and deposition notice to Plaintiff are attached as

**<u>Exhibit B.</u>**

**Declaration of Amanda E. Brown In Support of Defendant Tyler Technologies, Inc.'s
Response to Plaintiff's Motion for Attorney's Fees and Costs – Page 1**    <span style="font-size:small">US_ACTIVE-152353857</span>

5.      Plaintiff served interrogatories and requests for production to Defendant on November 2, 2020.  True and correct copies of Plaintiff's requests for production to Defendant are attached as **Exhibit C** and true and correct copies of Plaintiff's interrogatories to Defendant are attached as **Exhibit D**.

6.      Defendant served an offer of judgment on Plaintiff on November 18, 2020.  A true and correct copy of Defendant's offer of judgment is attached as **Exhibit E**.

7.      I prepared redline comparisons of Plaintiff's discovery requests to Defendant in this matter and the discovery requests served on Tyler by the plaintiff in *Greene v. Tyler Technologies, Inc.*, No. 1:19-cv-1338 (N.D. Ga.).  True and correct copies of the redline comparisons are attached as **Exhibit F** (interrogatories) and **Exhibit G** (requests for production).

8.      I ran searches on Bloomberg Law for all open federal cases in which Plaintiff's counsel are attorneys of record.  True and correct copies of those search results are attached as **Exhibit H** (Plaintiff's local counsel) and **Exhibit I** (Plaintiff's Atlanta counsel).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Executed in Dallas County, State of Texas, on January 11, 2021.


*/s/ Amanda E. Brown*
Amanda E. Brown
Attorney for Defendant Tyler Technologies, Inc.


**Declaration of Amanda E. Brown In Support of Defendant Tyler Technologies, Inc.'s Response to Plaintiff's Motion for Attorney's Fees and Costs – Page 2**          US_ACTIVE-152353857

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WRIGHT, | |
| **Plaintiff,** | |
| vs. | Civil Action No. 4:20-cv-454-KGB |
| TYLER TECHNOLOGIES, INC., | |
| **Defendant.** | |

---

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO THE FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS OF DEFENDANT TYLER TECHNOLOGIES, INC.**

---

Plaintiff Matthew Wright, by and through the undersigned counsel, hereby responds to the First Requests for Production of Documents of Defendant Tyler Technologies, Inc. as follows:

**REQUEST FOR PRODUCTION NO. 1**: All documents you referred to, relied upon, consulted, or used in any way to draft the Complaint or your Initial Disclosures.

**RESPONSE**: To the extent that this request seeks documents referred to, relied upon, consulted, or used in any way by Plaintiff personally, Plaintiff states that he has no responsive documents because he reviewed no documents in connection with the preparation of his Complaint or Initial Disclosures. To the text that this request seeks documents "referred to, relied upon, consulted, or used in any way" by Plaintiff's *counsel* in drafting Plaintiff's Complaint or Initial Disclosures, Plaintiff objects on the basis of proportionality, attorney-client privilege, attorney work-product doctrine, and relevance. Plaintiff has not withheld any documents other than core work product and privileged documents created in the course of or in preparation for this litigation.

**REQUEST FOR PRODUCTION NO. 2**: Documents relating to the allegations in the Complaint, including, but not limited to, paragraphs 22, 24, 26, 28-31, 33, 36, that Plaintiff did not perform exempt work.

**RESPONSE**: Plaintiff objects to this request as an overbroad, omnibus request that is potentially unlimited in scope. "Requests for production should identify categories of documents with reasonable precision." *Pirnie v. Cather & Sons Constr., Inc.*, 2006 U.S. Dist. LEXIS 67983, at *14 (D. Neb. Sep. 21, 2006). Numerous courts have held that "omnibus" or "blockbuster" discovery requests for all information or documents that "relate to" a particular claim or event are overly broad on their face. *See, e.g., Cotracom Commodity Trading Co. v. Seaboard Corp.*, 189 F.R.D. 655, 665 (D. Kan. 1999); *Milburn v. Life Inv'rs Ins. Co. of Am.*, 2005 U.S. Dist. LEXIS 47362, at *5 (W.D. Okla. Jan. 19, 2005). Based on the terms of this Request, it could be interpreted to cover all documents relating to every aspect of Plaintiff's employment. Plaintiff cannot and will not attempt to respond to this request as written. Plaintiff also notes that Defendant has the burden of proving that Plaintiff had exempt job duties. It is not Plaintiff's burden to prove the absence of exempt duties.

**REQUEST FOR PRODUCTION NO. 3**: Documents relating to the allegations in paragraph 38 of the Complaint that Plaintiff worked more than 40 hours in any workweek.

**RESPONSE**: Plaintiff is unaware of any documents explicitly recording that he worked more than 40 hours in any week. Plaintiff's counsel have not yet completed their review of all documents in Plaintiff's possession relating to Plaintiff's work for Tyler and additional documents may be identified during the course of the litigation. All documents relating to Plaintiff's work for Tyler are being produced.

**REQUEST FOR PRODUCTION NO. 4**: Documents relating to allegations in paragraph 39 of the Complaint that Plaintiff was not properly compensated for overtime hours worked.

**RESPONSE**: Plaintiff identifies the documents produced by Defendant bates numbered Tyler 000056 through Tyler 000147. Plaintiff is also producing all work emails in his possession which

will tend to show times when Plaintiff was working, but which will not necessarily indicate all hours worked. Plaintiff believes that Defendants are in possession of timesheets that may further reflect some, but not all hours worked.

**REQUEST FOR PRODUCTION NO. 5**: Documents relating to the allegations in paragraphs 44 and 45 of the Complaint that Defendant did not act in good faith.

**RESPONSE**: Plaintiff identifies the deposition testimony and interrogatory responses of Tyler Technologies from the Suzanne Green litigation. Plaintiff believes that Defendant and its counsel are in possession of additional documents that tend to show that Tyler did not conduct any meaningful investigation into its overtime obligations, even after being sued previously.

**REQUEST FOR PRODUCTION NO. 6**: Documents relating to the allegations in paragraphs 40-43 of the Complaint that Defendant willfully violated the FLSA.

**RESPONSE**: Plaintiff identifies the deposition testimony and interrogatory responses of Tyler Technologies from the Suzanne Green litigation. Plaintiff believes that Defendant and its counsel are in possession of additional documents that tend to show that Tyler did not conduct any meaningful investigation into its overtime obligations, even after being sued previously.

**REQUEST FOR PRODUCTION NO. 7**: Documents recording or relating to the number of hours you worked for Defendant at any time between December 2016 to August 2018, including, but not limited to, schedules, calendars, planners, time sheets, time cards, payroll reports, diaries, and journals.

**RESPONSE**: Plaintiff identifies the documents produced by Defendant bates numbered Tyler 000056 through Tyler 000147. Plaintiff is also producing all work emails in his possession which will tend to show times when Plaintiff was working, but which will not necessarily indicate all

hours worked. Plaintiff believes that Defendants are in possession of timesheets that may further reflect some, but not all hours worked.

**REQUEST FOR PRODUCTION NO. 8**: Documents relating to any expert witness you intend to call at trial in this action, including, but not limited to, any oral or written report and any supporting data or information.

**RESPONSE**: Plaintiff objects to this Request in that it requests material and documents from experts not yet designated to give testimony at trial and therefore constitutes protected work product. If an expert is designated to give testimony at trial, information required by Fed. R. Civ. P. 26 will be seasonably supplemented. No documents are, therefore, produced in response to this Request.

**REQUEST FOR PRODUCTION NO. 9**: All documents you intend to use as exhibits in this Lawsuit.

**RESPONSE**: Plaintiff objects to this Request because it calls for trial preparation material and/or protected work product material. In addition, Plaintiff has not yet determined which documents, if any, Plaintiff may introduce at trial. No documents are, therefore, produced in response to this Request.

**REQUEST FOR PRODUCTION NO. 10**: Documents evidencing or relating to any facts you believe or contend refute or contradict Defendant's defenses as asserted in its Original Answer.

**RESPONSE**: Plaintiff objects to this request as an overbroad, omnibus request that is potentially unlimited in scope. "Requests for production should identify categories of documents with reasonable precision." *Pirnie v. Cather & Sons Constr., Inc*., 2006 U.S. Dist. LEXIS 67983, at *14 (D. Neb. Sep. 21, 2006). Numerous courts have held that "omnibus" or "blockbuster" discovery requests for all information or documents that "relate to" a particular claim or event

are overly broad on their face. *See, e.g., Cotracom Commodity Trading Co. v. Seaboard Corp*., 189 F.R.D. 655, 665 (D. Kan. 1999); *Milburn v. Life Inv'rs Ins. Co. of Am*., 2005 U.S. Dist. LEXIS 47362, at \*5 (W.D. Okla. Jan. 19, 2005). Based on the terms of this Request, it could be interpreted to cover all documents relating to every aspect of Plaintiff's employment. Plaintiff cannot and will not attempt to respond to this request as written. Plaintiff also notes that Defendant has the burden of proving that Plaintiff had exempt job duties. It is not Plaintiff's burden to prove the absence of exempt duties.

**REQUEST FOR PRODUCTION NO. 11**: Documents relating to your claim for damages, including, but not limited to, documents relating to the claim for damages in paragraphs 49, 50, and 51 of the Complaint, and the calculation of those damages.

**RESPONSE**: Plaintiff identifies the documents produced by Defendant bates numbered Tyler 000056 through Tyler 000147.

**REQUEST FOR PRODUCTION NO. 12**: Documents you obtained from any person relating to the allegations in the Complaint, including, but not limited to, any written statements, affidavits, declarations, notes, or sworn testimony.

**RESPONSE**: Plaintiff identifies all documents produced in the Suzanne Greene litigation, which are already in Defendants' possession, and all documents filed on the record in the Kudatsky collective action, which are equally accessible to the Parties. As to any statements, affidavits or declarations that have not yet been filed on the public record, Plaintiff objects to this request because any such efforts to interview witnesses or obtain statements would be protected by the work product doctrine. See generally *Brantley v. Ferrell Elec., Inc*., 112 F. Supp. 3d 1348, 1357 (S.D. Ga. 2015) ("Recent cases have generally held that draft affidavits, and communications with counsel relating to affidavits, are covered by the work-product rule.").

**REQUEST FOR PRODUCTION NO. 13**: All documents that constitute or relate to any communication between you and any person (other than your attorney), entity, or federal, state, or local agency relating to the allegations in the Complaint.

**RESPONSE**: As to Plaintiff and his communications, no responsive documents exist. As to Plaintiff's counsel, such communication would be protected by the work product doctrine, but no such documents currently exist.

**REQUEST FOR PRODUCTION NO. 14**: Documents in which you characterize the position, duties, authority, or responsibilities you have as an employee of Defendant, including, but not limited to, self-evaluations, performance reviews, requests or proposals for a job transfer, promotion, raise, or bonus, all versions of your resume, cover letters, and social medial profiles and posts (including on LinkedIn and Facebook).

**RESPONSE**: Plaintiff is producing three previous versions of his resume in Word format and his current LinkedIn profile.

Dated: September 11, 2020

SANFORD LAW FIRM, PLLC

One Financial Center
650 S. Shackleford Rd.
Suite 411
Little Rock, AR 72211
(501) 221-0088
(888) 787-2040 (f)
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

Joshua Sanford
Arkansas Bar No. 2001037
Courtney Lowery
Arkansas Bar No. 2019236

DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC

_s/ Matthew W. Herrington_

101 Marietta Street
Suite 2650
Atlanta, Georgia 30303

Mitchell D. Benjamin (_pro hac vice_)
Ga. Bar No. 049888
Matthew W. Herrington (_pro hac vice_)

(404) 979-3150                          Georgia Bar No. 275411
(404) 979-3170 (f)
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

                                        Counsel for Plaintiff

# EXHIBIT B



**Driving progress**
**through partnership**

**Amanda E. Brown**
Direct Phone:  +1 469 680 4232
Email:  aebrown@reedsmith.com

Reed Smith LLP
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
+1 469 680 4200
Fax +1 469 680 4299
reedsmith.com

November 2, 2020

**VIA EMAIL:  matthew.herrington@dcbflegal.com**

Matthew Herrington
DeLong, Caldwell, Bridgers, Fitzpatrick,
Benjamin
101 Marietta Street NW
Ste. 2650
Atlanta, GA 30303

**Re:  *Wright v. Tyler Technologies, Inc.*; 4:20-cv-00454-KGB**

Dear Matthew:

Enclosed please find *Defendant's Notice of Oral Deposition of Plaintiff* scheduled for November 20, 2020 at 10:00 a.m.  Please note this deposition will be conducted remotely.

Please let me know if you have any questions.

Very truly yours,


*/s/ Amanda E. Brown*

Amanda E. Brown
AEB:rs

Enclosure

cc:      josh@sanfordlawfirm.com
         Josh Sanford
         courtney@sanfordlawfirm.com
         Courtney Lowery
         bavandiver@csmfirm.com
         Brian Vandiver

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **MATTHEW WRIGHT,** | |
| **Plaintiff,** | |
| **vs.** | **No. 4:20-cv-00454-KGB** |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

## <u>DEFENDANT'S NOTICE OF ORAL DEPOSITION OF PLAINTIFF</u>

TO:   Plaintiff, Matthew Wright, by and through his attorney of record, Matthew W. Herrington, Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC, 3100 Centennial Tower, 101 Marietta Street, Atlanta, GA 30303.

   **PLEASE TAKE NOTICE** that on **Friday, November 20, 2020 at 10:00 a.m. Central Standard Time** Defendant will take the oral deposition of Plaintiff Matthew Wright.   The undersigned, the witness, and the witness's counsel shall be participating from separate locations to take the testimony upon oral examination of the Plaintiff Matthew Wright with respect to all matters relevant to the subject matter of this action.   The deposition will be conducted via video teleconference in light of the ongoing COVID-19 pandemic.   The deposition will take place on the designated date and will continue from day to day until completed.

   PLEASE TAKE FURTHER NOTICE that this deposition will be conducted remotely utilizing video teleconferencing, web-based deposition technologies, or other video or audio recording technologies to ensure that the parties, witness, and court reporter may participate remotely.   The court reporter will report and record the deposition from a location separate from the witness, and counsel for the parties and their clients will be participating from various locations also separate from the witness. The court reporter will administer the oath to the witness remotely.

-1-

The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. Defendant reserves the right to provide exhibits simultaneously and electronically to the witness and all participants. Further, counsel for all parties will be required to stipulate on the record: (1) their consent to this manner of deposition; and (2) their waiver of any objection to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.


November 2, 2020                    */s/ Amanda E. Brown*
                                    Brian A. Vandiver
                                    AR State Bar No. 2001078
                                    bavandiver@csmfirm.com
                                    Cox, Sterling, McClure & Vandiver, PLLC
                                    8712 Counts Massie Road
                                    North Little Rock, AR 72113-7265
                                    Telephone:  501.954.8073
                                    Facsimile:  501. 954.7856

                                    Paulo B. McKeeby
                                    TX State Bar No. 00784571
                                    (*pro hac vice*)
                                    pmckeeby@reedsmith.com
                                    Amanda E. Brown
                                    TX State Bar No. 24087839
                                    (*pro hac vice*)
                                    aebrown@reedsmith.com
                                    Reed Smith LLP
                                    2850 N. Harwood St., Suite 1500
                                    Dallas, TX 75201
                                    Telephone:      +1.469.680.4200
                                    Facsimile:      +1.469.680.4200

                                    **ATTORNEYS FOR DEFENDANT**

US_ACTIVE-156132164.2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 2nd day of November, 2020, a true and correct copy of the above was served on the following via email:

Matthew.herrington@dcbflegal.com
Matthew W. Herrington
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

josh@sanfordlawfirm.com
Joshua Sanford
courtney@sanfordlawfirm.com
Courtney Lowery
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211


***Counsel for Plaintiff***

*/s/ Amanda E. Brown*
Amanda E. Brown

US_ACTIVE-156132164.2

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW WRIGHT,

       Plaintiff,

    vs.

TYLER TECHNOLOGIES, INC.,

      Defendant.

Civil Action No. 4:20-cv-454-KGB

---

**PLAINTIFF'S FIRST CONTINUING REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Plaintiff Matthew Wright, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 34, requests that Tyler Technologies, Inc. produce for inspection and copying within the time allowed under the Federal Rules of Civil Procedure, the following Documents

**Introduction**

1.    If privilege (including work product) is claimed as to any Document otherwise covered by this request for production, Plaintiff requests that Defendant provide sufficient information for the Court to determine the validity of that claim including the specific privilege claimed, the author, recipient, date and general substance of that Document.

2.    This request for production seeks inspection and copying of Documents in the possession of Defendant, including originals, drafts or Documents with handwritten notations, unless otherwise specifically stated.

3.    If Defendant seeks a protective Order or Confidentiality Order before responding, please notify undersigned counsel as soon as possible and then provide undersigned counsel with a draft prior to the due date of the responses.

4.      Each of the following requests is continuing in nature so as to require You to file supplemental responses in accordance with Fed. R. Civ. P. 26(e).

5.      All responsive Document(s) must be produced in the manner and form in which they are normally kept by Defendant in the course of conducting business and should be marked or otherwise organized so as to be easily ascertainable by number which of the following requests the Document(s) are being produced in response to.

6.      If any Document(s) request to be produced was, but is no longer, in existence, state whether it is:

7.      Missing or lost;

8.      Destroyed;

9.      Transferred voluntarily or involuntarily to others, and if so, to whom; or

10.     Otherwise disposed of, and in each instance, explain the circumstance surrounding an authorization for such disposition, and state the approximate date thereof.

**Definitions**

1.      The term **Plaintiff** means Matthew Wright, and includes Plaintiff's agents, representatives or attorneys.

2.      The term **Company or You or Your** means Tyler Technologies, Inc., and includes its agents, representatives and attorneys.

3.      The term **Relevant Time Period** means each workweek from the pay period ending on December 17, 2016 through the pay period ending on or after August 25, 2018.

4.      The term **Answer** refers to Your Answer filed in this case, including any counterclaims asserted therein and any amendments thereto.

5.       The term **Document or Documents** means any written, recorded, filmed or graphic matter, whether produced or reproduced in paper, cards, tapes, film, electronic facsimile, computer storage device, or other media, including but not limited to, memoranda, notes, minutes, records, photographs, electronic mails ("e-mails"), correspondence, telegrams, diaries, bookkeeping entries, financial statements, tax returns, checks, check stubs, reports, studies, charts, graphs, statements, notebooks, handwritten notes, applications, agreements, books, pamphlets, periodicals, appointment calendars, notes, records and recordings of oral conversations, work papers, also including but not limited to originals and all copies which are different in any form from the original, whether by interlineations, receipt stamp, notations, indications of copies sent or received, or otherwise, and any other tangible compilation of information which can be obtained or translated, if necessary.

6.       The terms **Communication** or **Communicate** means any transmission of thoughts, opinions, or information by speech, writing, or sign.

7.       The term **Person** means any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

8.       Use of feminine pronouns shall be deemed to include the masculine and neuter and use of masculine pronouns shall be deemed to include the feminine and neuter.

9.       Terms in the singular shall be deemed to include the plural and terms in the plural shall be deemed to include the singular.

**Electronic Document Definitions**

1.       **Documents** or records that reside in the form of electronic files are to be produced as electronic files rather than on paper and are included in the definition of **Documents**.

2. **Documents** that reside both in electronic form and on paper, but where a paper version has been signed or otherwise annotated by hand, is to be produced electronically and, in addition, each separately signed or hand annotated version should also be produced.

3. E-mail correspondence from commercially available e-mail systems including, without limitation, Microsoft Outlook, Groupwise, and Lotus Notes, is to be produced in native format (e.g., *.pst files for Microsoft Outlook). Production is to be organized in folders and sub-folders that are labeled so as to clearly identify the user mailbox where the e-mail messages were produced from.

4. Microsoft Word and Excel files are to be produced in native format as *.doc, *.docx, or *.docm *.xls, *.xlsx, *.xlsm files. Production is to be organized so as to clearly identify the user personal computer where the files were produced from or, if produced from a server, the server path and filename where the files were produced from.

5. WordPerfect files are to be produced in native format.

6. The following graphics files are to be produced in native format: *.jpg, *.pcx, *.bmp, *.tif, *.tga, *.fpx, *.psd, *.pdf.

7. Electronic files that reside in file formats other than those specified in sub-paragraphs 3 through 6 above are to be rendered into readable Adobe Acrobat (*.pdf) format and produced in such format.

8. Electronic files are to be produced in a manner so as to preserve all meta-data associated with such files. Notice is hereby given that any attempt to alter or modify such files in connection with production thereof through the use of meta-data scrubber software or similar means will be considered as intentional spoliation of evidence.

9. Recorded voice mails are to be produced as individual *.wav files.

10.    Unless otherwise agreed by counsel following request initiated by counsel for defendant before the date of response called for herein, electronic files are to be produced on either read-only CD-ROM or DVD media.

**Interrogatories**

1.    Produce all Documents that were requested to be identified in Plaintiff's First Interrogatories to You.

2.    Produce all files maintained by You on Plaintiff, by whatever name called. This request includes personnel files, training files, disciplinary files, human resources files, etc.

3.    If You contend that during the Relevant Time Period Plaintiff performed work in any of the functional areas listed in 29 CFR § 541.201 (b) (i.e. , tax, finance, accounting, budgeting, auditing, insurance, quality control, purchasing, procurement, advertising, marketing, research, safety and health, personnel management, human resources, employee benefits, labor relations, public relations, government relations, government relations, computer network, internet and database administration, legal and regulatory compliance):

    a.    Produce all Documents that You contend materially relate to the factual basis of this contention;

    b.    Produce all Documents that You contend evidence the amount of time that elapsed while Plaintiff performed such work during each workweek.

4.    If You contend that during the Relevant Time Period the Plaintiff exercised "discretion and independent judgment" within the meaning of 29 CFR § 541.200 with respect to the matters of significance:

     a.      Produce all Documents that You contend materially relate to the factual basis of this contention;

     b.      Produce all Documents that You contend evidence the amount of time that elapsed while Plaintiff performed such work during each workweek.

5.     If You contend that during the Relevant Time Period Plaintiff performed work on Your behalf that is described by any of the factors identified in 29 CFR § 541.202(b):

     a.      Produce all Documents that You contend materially relate to the factual basis of this contention;

     b.      Produce all Documents that You contend evidence the amount of time that elapsed while Plaintiff performed such work during each workweek;

     c.      Produce all Documents that evidence how Plaintiff was informed, trained or notified that Plaintiff had such authority.

Dated: November 2, 2020

                                    **SANFORD LAW FIRM, PLLC**

One Financial Center                    Joshua Sanford
650 S. Shackleford Rd.                 Arkansas Bar No. 2001037
Suite 411                              Courtney Lowery
Little Rock, AR 72211                Arkansas Bar No. 2019236
(501) 221-0088
(888) 787-2040 (f)
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

                                      **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC**

                                    *s/ Matthew W. Herrington*

101 Marietta Street                      Mitchell D. Benjamin (*pro hac vice*)
Suite 2650                            Ga. Bar No. 049888
Atlanta, Georgia 30303              Matthew W. Herrington (*pro hac vice*)
(404) 979-3150                      Georgia Bar No. 275411
(404) 979-3170 (f)

benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

Counsel for Plaintiff

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW WRIGHT,** | |
| **Plaintiff,** | |
| **vs.** | Civil Action No. 4:20-cv-454-KGB |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

---

### PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT

Plaintiff Matthew Wright, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 33, requests that Defendant Tyler Technologies, Inc., answer the following Interrogatories under oath and within the time required by the Federal Rules of Civil Procedure.

**Introduction**

1.    These Interrogatories are to be answered separately, in writing and under oath.

2.    If privilege (including work product) is claimed as to any interrogatory, please state the applicable privilege with sufficient specificity to allow the Court to review that claim.

3.    If You require a stipulation of confidentiality before responding to any Interrogatories within, please submit a proposed stipulation of confidentiality along with Your responses to these requests and notify undersigned counsel immediately.

4.    In answering these Interrogatories, furnish all information that is available to You, including information in the possession of Your attorneys or investigators for Your attorneys and not merely such information known of Your own personal knowledge. If You cannot answer the following Interrogatories in full after exercising due diligence to secure the information to do so, answer to the extent possible, specifying Your inability

to answer the remainder and stating whatever information or knowledge You have concerning the unanswered portions.

5.      These Interrogatories are continuing in nature so as to require You to file supplemental answers if the Persons to whom these interrogatories are addressed obtain further or different information between the time answers are served and the time of trial, in accordance with Fed. R. Civ. P. 26(e).

6.      Each part of these Interrogatories, whether a numerical paragraph or one of the subparagraphs, is to be answered separately and fully.

7.      In lieu of identifying any document, it shall be a sufficient response to produce such document and attach a copy thereof to Your discovery responses.

8.      With regard to the terms defined herein, all terms used in the singular shall include the plural, and all terms used in the plural shall include the singular.

9.      Whenever these Interrogatories request information that was furnished in response to a previous interrogatory, such information need not be restated, and it is sufficient to identify, by number, the previous answer that contains the information requested.

10.     Whenever these Interrogatories request information which is not available to the defendant in the form requested, but is available in another form or can be obtained elsewhere, so state or either supply the information requested in the form in which it is available or supply the data from which the information requested can be obtained.

11.     Each interrogatory should be construed independently and not with reference to any other interrogatory for purposes of limitation, except where specifically so designated.

12.     The following definitions are an integral part of these Interrogatories and are applicable throughout.

**Definitions**

1.      The term **Plaintiff** means Matthew Wright, and includes Plaintiff's agents,

representatives or attorneys.

2.      The term **Company or You or Your** means Tyler Technologies, Inc., and includes its

agents, representatives and attorneys.

3.      The term **Relevant Time Period** means each workweek from the pay period ending on

December 17, 2016 through the pay period ending on or after August 25, 2018.

4.      The term **Answer** refers to Your Answer filed in this case, including any counterclaims

asserted therein and any amendments thereto.

5.      The term **Document or Documents** means any written, recorded, filmed or graphic

matter, whether produced or reproduced in paper, cards, tapes, film, electronic facsimile,

computer storage device, or other media, including but not limited to, memoranda, notes,

minutes, records, photographs, electronic mails ("e-mails"), correspondence, telegrams,

diaries, bookkeeping entries, financial statements, tax returns, checks, check stubs,

reports, studies, charts, graphs, statements, notebooks, handwritten notes, applications,

agreements, books, pamphlets, periodicals, appointment calendars, notes, records and

recordings of oral conversations, work papers, also including but not limited to originals

and all copies which are different in any form from the original, whether by

interlineations, receipt stamp, notations, indications of copies sent or received, or

otherwise, and any other tangible compilation of information which can be obtained or

translated, if necessary.

6.      The terms **Identify** or **Describe** when used in reference to a Person shall mean to state his

or her:

a.  Full name (or if not known, his or her job title or positions and employer, or if no other identification is possible, provide a sufficient description so that he or she will be identifiable to the recipients of Your answers);

b.  Title;

c.  Present position and business affiliation;

d.  The Person who he or she was representing or acting for;

e.  Present business phone number (including area code) and address (or last known, with indication of the date of last knowledge);

f.  Present residence phone number (including area code) and address (or last known, with indication of the date of last knowledge); and

g.  All email addresses.

7.  The terms **Identify** or **Describe** when used in reference to a Document shall mean to:

a.  State the type of Document (e.g., memorandum, employment application, letter, etc.);

b.  Set forth its date;

c.  Identify the author (and if different, the originator and signer);

d.  Set forth the title, heading, or other designation, numerical or otherwise, of the Document;

e.  Set forth the present or last known location of the Document and of each copy;

f.  Describe and set forth the substance of the Document;

g.  If any such Document was but no longer is in Your possession or subject to Your control, state the disposition that was made of it, the reason for said disposition, and the date thereof; and

h.      Describe in detail the substance of the Document.

8.      The terms **Communication** or **Communicate** means any transmission of thoughts, opinions, or information by speech, writing, or sign.

9.      The term **Person** means any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

10.     Use of feminine pronouns shall be deemed to include the masculine and neuter and use of masculine pronouns shall be deemed to include the feminine and neuter.

11.     Terms in the singular shall be deemed to include the plural and terms in the plural shall be deemed to include the singular.

**Interrogatories**

1.      Identify each specific exemption to the FLSA's maximum hour provisions that you contend were applicable to Plaintiff during the Relevant Time Period, Describe in detail the factual basis for such contentions, and Identify all Documents that You contend evidence or support that contention.

2.      During the Relevant Time Period and for each workweek therein:

A.      State the beginning and ending day of each seven-day period, if any, the Company contends should be used as the applicable "workweek" (within the meaning of 29 CFR § 778.105) in this action;

B.      State the actual number of hours that You contend Plaintiff worked during each workweek;[1] and

---

[1] This Interrogatory seeks information as to the actual number of hours worked, not necessarily a recitation of what Your records indicate that Plaintiff worked, if that amount differs from the information contained in Your records.

C.     State the total compensation (cash and non-cash benefits), including bonuses, You contend that Plaintiff received for each workweek.

3.    Identify each Person that You contend has knowledge of Plaintiff's actual hours worked during the Relevant Time Period and Identify all Documents that You contend evidence Plaintiff's actual hours worked in each workweek.

4.    Enumerate and describe with specificity what You contend were Plaintiff's primary job duties during the Relevant Time Period, and for each such primary job duty, state whether or not You contend that it is possible to determine the percentage of Plaintiff's typical workweek that each such primary duty occupied, and, if so, State the percentage of Plaintiff's typical workweek that You contend each such primary duty occupied.

5.    If You contend that You acted in "good faith" with respect to Plaintiff's compensation (within the meaning of 29 U.S.C. §§ 259 or 260) or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), Describe in detail all efforts you made to investigate Your FLSA overtime obligations to implementation consultants, or other individuals who performed substantially similar duties, prior to the end of the Relevant Time Period, and Identify all Documents evidencing those investigations.

6.    If You contend that You acted in "good faith" with respect to Plaintiff's compensation (within the meaning of 29 U.S.C. §§ 259 or 260) or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), Identify every Person from whom you received advice (including but not limited to legal advice), prior to the end of the Relevant Time Period, regarding the Company's potential FLSA overtime obligations to implementation consultants or other individuals who performed substantially similar duties; describe the substance of the advice; state when the advice was given; Describe in

detail the circumstances under which the advice was given; and Identify any Documents reflecting or relating to the advice.

7.    If You have taken any written (whether sworn or otherwise) or otherwise recorded statements (whether recorded by analog or digital means) from any Person regarding matters at issue in this litigation, please Identify each Person from whom a statement was taken and Describe fully the substance of each statement.

8.    Identify all ExecuTime implementation consultants who worked for the Company during the Relevant Time Period.

9.    If you contend that Plaintiff has misrepresented, distorted, exaggerated, falsified or been untruthful in communicating any statement (1) to any employee or agent of the Company during the course of her work for the Company, or (2) to anyone concerning Plaintiff's work for the Company, either prior to, during, or following the Relevant Time Period, or (3) to anyone if you contend such alleged misrepresentation, distortion, exaggeration, falsification or untruth may constitute or lead to the discovery of evidence admissible for impeachment, please describe in full detail the alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s), including a description of the subject matter; the date(s) of any communication(s) by Plaintiff; the Identities of all Persons who have personal knowledge of any such alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s)by Plaintiff; and the location and custodian of any and all Documents that evidence any such alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s) by Plaintiff.

10.   Identify all previous litigation and arbitrations in which current or former employees of Tyler Technologies have asserted claims arising under the Fair Labor Standards Act or

state wage and hour laws. As to each such instance of litigation or arbitration, Identify the forum, case number, parties, and resolution, and Identify any judgments, judicial orders, or arbitrator's opinions issued.

11.    Identify all settlement agreements that the Company has entered into involving claims under the Fair Labor Standards Act or state wage and hour laws. As to each such settlement, Identify all parties involved and Identify all Documents memorializing such settlement agreements.

12.    If You contend that Plaintiff's primary duties included the exercise of discretion and independent judgment with respect to matters of significance within the meaning of 29 CFR § 541.202(b), then Identify each such primary duty and Identify all Documents that You contend memorialize specific instances in which such duties were performed.

13.    If You contend that Plaintiff's primary duties included the performance of work directly related to the management or general business operations of the employer's customers within the meaning of 29 CFR § 541.201(b), then Identify each such primary duty and Identify all Documents that You contend memorialize specific instances in which such duties were performed.

Dated: November 2, 2020

SANFORD LAW FIRM, PLLC

One Financial Center                    Joshua Sanford
650 S. Shackleford Rd.                   Arkansas Bar No. 2001037
Suite 411                                Courtney Lowery
Little Rock, AR 72211                     Arkansas Bar No. 2019236
(501) 221-0088
(888) 787-2040 (f)
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

**DELONG CALDWELL BRIDGERS**
**FITZPATRICK & BENJAMIN, LLC**

101 Marietta Street
Suite 2650
Atlanta, Georgia 30303
(404) 979-3150
(404) 979-3170 (f)
benjamin@dcbflegal.com
matthew.herrington@dcbflegal.com

*s/ Matthew W. Herrington*
Mitchell D. Benjamin (*pro hac vice*)
Ga. Bar No. 049888
Matthew W. Herrington (*pro hac vice*)
Georgia Bar No. 275411

Counsel for Plaintiff

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **MATTHEW WRIGHT,** | |
| **Plaintiff,** | |
| **vs.** | **No. 4:20-cv-00454-KGB** |
| **TYLER TECHNOLOGIES, INC.,** | |
| **Defendant.** | |

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. ("Defendant" or "Tyler"), makes the following Offer of Judgment to Plaintiff Matthew Wright ("Plaintiff" or "Wright").

1. Defendant offers to allow judgment to be entered against it in this action, and in favor of Plaintiff, in the amount of $4,500.00 plus Plaintiff's reasonable attorneys' fees and costs incurred as of the date of this Offer of Judgment in an amount to be agreed upon by the parties or to be determined by the Court if the parties cannot agree.

2. This Offer of Judgment is conditioned on its acceptance by Plaintiff, in writing, within fourteen (14) days of the service of this Offer of Judgment. Unless Plaintiff accepts within the foregoing time period, this Offer of Judgment will be deemed rejected and withdrawn.

3. The judgment entered in accordance with this Offer of Judgment shall resolve any and all of Plaintiff's claims in the lawsuit against Defendant, including but not limited to Plaintiff's claims for alleged unpaid overtime under the Fair Labor Standards Act, as well as Plaintiff's claims for liquidated damages, attorneys' fees, and costs. Accordingly, the judgment entered in

accordance with this Offer of Judgment shall include the dismissal with prejudice of all of Plaintiff's claims in the lawsuit.

4.      This Offer of Judgment is made solely for the purposes specified in FED. R. CIV. P. 68 and shall not be construed as an admission that Defendant is liable in this action or has committed a violation of any law, rule, or regulation.  Any judgment entered pursuant to this Offer of Judgment shall not constitute a determination of liability, which is expressly denied by Defendant, but will reflect only mutual concessions and the compromise and settlement of disputed claims related to this lawsuit.  Further, because the judgment does not involve a resolution of the issues through actual litigation, it shall not have collateral estoppel or res judicata effect.  *See, e.g.*, *Asus Computer Int'l v. CompSolutions VA, Inc.*, No. C 07-02204 WHA, 2008 WL 2344819, at *3 (N.D. Cal. June 5, 2008); *Int'l Star Registry of Illinois, Ltd. v. Bowman-Haight Ventures, Inc.*, No. 01 C 4687, 2003 WL 21640473, at *4 (N.D. Ill. July 10, 2003).

5.      If Plaintiff does not accept the Offer of Judgment within the timeframe described herein, it may become obligated to pay Defendant's costs incurred after this Offer of Judgment is made, in accordance with and to the extent authorized by FED. R. CIV. P. 68.

November 18, 2020                    /s/ Amanda E. Brown
                                     Brian A. Vandiver
                                     AR State Bar No. 2001078
                                     bavandiver@csmfirm.com
                                     Cox, Sterling, McClure & Vandiver, PLLC
                                     8712 Counts Massie Road
                                     North Little Rock, AR 72113-7265
                                     Telephone:  501.954.8073
                                     Facsimile:  501. 954.7856

                                     Paulo B. McKeeby
                                     TX State Bar No. 00784571
                                     (*pro hac vice*)
                                     pmckeeby@reedsmith.com
                                     Amanda E. Brown
                                     TX State Bar No. 24087839
                                     (*pro hac vice*)
                                     aebrown@reedsmith.com
                                     Reed Smith LLP
                                     2850 N. Harwood St., Suite 1500
                                     Dallas, TX 75201
                                     Telephone:     +1.469.680.4200
                                     Facsimile:     +1.469.680.4200

                                     **ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this the 18th day of November, 2020, a true and correct copy of the foregoing document was served, via e-mail and certified mail, return receipt requested, on the following counsel of record:

Matthew.herrington@dcbflegal.com
Matthew W. Herrington
Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

josh@sanfordlawfirm.com
Joshua Sanford
courtney@sanfordlawfirm.com
Courtney Lowery
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211

                                */s/ Amanda E. Brown*
                                Amanda E. Brown

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
~~NORTHERN~~EASTERN DISTRICT OF
~~GEORGIA ATLANTA~~ARKANSAS
CENTRAL DIVISION

~~SUZANNE GREENE,~~

MATTHEW WRIGHT,

Plaintiff,

vs. ~~Civil Action~~

~~No. 1:19-cv-1338-AT~~

TYLER TECHNOLOGIES, INC.,

Defendant.

Civil Action No. 4:20-cv-454-KGB

---

**PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT**

---

Plaintiff ~~Suzanne Greene~~Matthew Wright, by and through the undersigned counsel and pursuant to Fed. R. Civ. ~~P.~~

**P.** 33, requests that Defendant Tyler Technologies, Inc., answer the following

Interrogatories under oath and within the time required by the Federal Rules of Civil

Procedure. **Introduction**

1. These Interrogatories are to be answered separately, in writing and under oath.

2. If privilege (including work product) is claimed as to any interrogatory, please state the applicable privilege with sufficient specificity to allow the Court to review that claim.

3. If You require a stipulation of confidentiality before responding to any Interrogatories within, please submit a proposed stipulation of confidentiality along with Your responses to these requests and notify undersigned counsel immediately.

4. In answering these Interrogatories, furnish all information that is available to You, including information in the possession of Your attorneys or investigators for Your

-1-

attorneys and not merely such information known of Your own personal knowledge. If You cannot answer the following Interrogatories in full after exercising due diligence to secure the information to do so, answer to the extent possible, specifying Your inability to answer the remainder and stating whatever information or knowledge You have concerning the unanswered portions.

5.    These Interrogatories are continuing in nature so as to require You to file supplemental answers if the Persons to whom these interrogatories are addressed obtain further or different information between the time answers are served and the time of trial, in accordance with Fed. R. Civ. P. 26(e).

6.    Each part of these Interrogatories, whether a numerical paragraph or one of the subparagraphs, is to be answered separately and fully.

7.    In lieu of identifying any document, it shall be a sufficient response to produce such document and attach a copy thereof to Your discovery responses.

8.    With regard to the terms defined herein, all terms used in the singular shall include the plural, and all terms used in the plural shall include the singular.

9.    Whenever these Interrogatories request information that was furnished in response to a previous interrogatory, such information need not be restated, and it is sufficient to identify, by number, the previous answer that contains the information requested.

10.    Whenever these Interrogatories request information which is not available to the defendant in the form requested, but is available in another form or can be obtained elsewhere, so state or either supply the information requested in the form in which it is available or supply the data from which the information requested can be obtained.

11.    Each interrogatory should be construed independently and not with reference to any other interrogatory for purposes of limitation, except where specifically so designated.

12.    The following definitions are an integral part of these Interrogatories and are

applicable throughout.

**Definitions**

1.      The term **Plaintiff** means ~~Suzanne Greene~~Matthew Wright, and

includes Plaintiff's agents, representatives or attorneys.

2.      The term **Company or You or Your** means Tyler Technologies, Inc., and includes its

agents, representatives and attorneys~~, as well as any successor entities,~~

~~including but not limited to ExecuTime Software, LLC~~.

3.      The term **Relevant Time Period** means each workweek from the ~~first~~ pay period

ending on ~~or after March 26~~December 17, 2016 through the ~~first workweek~~pay

period ending on or after ~~March 9~~August 25, ~~2019~~2018.

4.      The term **Answer** refers to Your Answer filed in this case, including any

counterclaims asserted therein and any amendments thereto.

5.      The term **Document or Documents** means any written, recorded, filmed or graphic

matter, whether produced or reproduced in paper, cards, tapes, film, electronic facsimile,

computer storage device, or other media, including but not limited to, memoranda, notes,

minutes, records, photographs, electronic mails ("e-mails"), correspondence, telegrams,

diaries, bookkeeping entries, financial statements, tax returns, checks, check stubs,

reports, studies, charts, graphs, statements, notebooks, handwritten notes, applications,

agreements, books, pamphlets, periodicals, appointment calendars, notes, records and

recordings of oral conversations, work papers, also including but not limited to originals

and all copies which are different in any form from the original, whether by

interlineations, receipt stamp, notations, indications of copies sent or received, or

otherwise, and any other tangible compilation of information which can be obtained or

translated, if necessary.

6.      The terms **Identify** or **Describe** when used in reference to a Person shall mean to state his or her:

   a.      Full name (or if not known, his or her job title or positions and employer, or if no other identification is possible, provide a sufficient description so that he or she will be identifiable to the recipients of Your answers);

   b.      Title;

   c.      Present position and business affiliation;

   d.      The Person who he or she was representing or acting for;

   e.      Present business phone number (including area code) and address (or last known, with indication of the date of last knowledge);

   f.      Present residence phone number (including area code) and address (or last known, with indication of the date of last knowledge); and

   g.      All email addresses.

7.      The terms **Identify** or **Describe** when used in reference to a Document shall mean to:

   a.      State the type of Document (e.g., memorandum, employment application, letter, etc.);

   b.      Set forth its date;

   c.      Identify the author (and if different, the originator and signer);

   d.      Set forth the title, heading, or other designation, numerical or otherwise, of the Document;

   e.      Set forth the present or last known location of the Document and of each copy;

   f.      Describe and set forth the substance of the Document;

   g.      If any such Document was but no longer is in Your possession or subject to Your control, state the disposition that was made of it, the reason for said disposition,

and the date thereof; and

    h.      Describe in detail the substance of the Document.

8.      The terms **Communication** or **Communicate** means any transmission of thoughts, opinions, or information by speech, writing, or sign.

9.      The term **Person** means any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

10.     Use of feminine pronouns shall be deemed to include the masculine and neuter and use of masculine pronouns shall be deemed to include the feminine and neuter.

11.     Terms in the singular shall be deemed to include the plural and terms in the plural shall be deemed to include the singular.

**Interrogatories**

1.      Identify each specific exemption to the FLSA's maximum hour provisions that you contend were applicable to Plaintiff during the Relevant Time Period, Describe in detail the factual basis for such contentions, and Identify all Documents that You contend

evidence or support that contention.

2. If You contend that, with respect to her work for the Company, Plaintiff had the primary duty of "[t]he application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications" within the meaning of 29 C.F.R. § 541.400(b)(1), Describe fully the factual basis of that contention and Identify all Documents that evidence or support that contention.

3. If You contend that, with respect to her work for the Company, Plaintiff had the

primary duty of "[t]he design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and related to user or system design specifications" within the meaning of 29 C.F.R. § 541.400(b)(2), Describe fully the factual basis of that contention and Identify all Documents that evidence or support that contention.

4. If You contend that, with respect to her work for the Company, Plaintiff had the primary duty of "[t]he design, documentation, testing, creation or modification of computer programs related to machine operating systems" within the meaning of 29 C.F.R. § 541.400(b)(3), Describe fully the factual basis of that contention and Identify all Documents that evidence or support that contention.

5. If You contend that, with respect to her work for the Company, Plaintiff had the primary duty "[r]equiring knowledge of an advanced type in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction" within the meaning of 29 C.F.R. § 541.300(a)(2), Describe fully the factual basis of that contention and Identify all Documents that evidence or support that contention.

2. 6. During the Relevant Time Period and for each workweek therein:

    A.    State the beginning and ending day of each seven-day period, if any, the Company contends should be used as its the applicable "workweek" (within

the meaning of 29 CFR § 778.105) in this action;

B.     State the actual number of hours that You contend Plaintiff worked during each workweek;[1] and

C.     State the total compensation (cash and non-cash benefits), including bonuses, You contend that Plaintiff received for each workweek~~, including the value of any employee benefits (e.g., health insurance).~~

*~~Business/Payroll records that provide all the information sought in this Interrogatory may be produced in lieu of a written response to this Interrogatory with the understanding that You are verifying the content therein as required by the Federal Rules of Civil Procedure.~~*

~~7.Describe fully the job duties that Plaintiff performed for the Company during the Relevant Time Period stating the percentages of Plaintiff's work week that each of those duties required~~.

3.    ~~8.~~Identify each Person that You contend has knowledge of Plaintiff's actual hours worked during the Relevant Time Period and Identify all Documents that You contend evidence Plaintiff's actual hours worked in each workweek.

4.    ~~9.If~~Enumerate and describe with specificity what You contend ~~that You acted in "good faith" with respect to~~were Plaintiff's ~~compensation (within the meaning~~

---

[1]  This Interrogatory seeks information as to the actual number of hours worked, not necessarily a recitation of what Your records indicate that Plaintiff worked, if that amount differs from the information contained in Your records.

~~of 29 U.S.C. §§ 259~~primary job duties during the Relevant Time Period, and for each such primary job duty, state

whether or ~~260) or did~~ not ~~"willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255)~~You contend that it is possible to determine the percentage of Plaintiff's typical workweek that each such primary duty occupied, and, if so, State ~~fully~~

the ~~factual basis for such contention~~percentage of Plaintiff's typical workweek that You contend each such primary duty occupied.

5.  If You contend that You acted in "good faith" with respect to Plaintiff's compensation (within the meaning of 29 U.S.C. §§ 259 or 260) or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), Describe in detail all efforts you made to investigate Your FLSA overtime obligations to implementation consultants, or other individuals who performed substantially similar duties, prior to the end of the Relevant Time Period, and Identify ~~any~~all Documents ~~that evidence the factual basis of that contention~~evidencing those investigations.

6.  ~~10.~~If You contend that You acted in "good faith" with respect to Plaintiff's compensation (within the meaning of 29 U.S.C. §§ 259 or 260) or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), Identify every Person from whom you ~~have~~

received advice (including but not limited to legal advice), prior to the end of the Relevant Time Period, regarding the Company's potential FLSA overtime obligations to ~~ExecuTime~~implementation consultants or other individuals who performed substantially similar duties; describe the substance of the advice; state when the advice was given; Describe in

detail the circumstances under which the advice was given; and Identify any Documents reflecting or relating to the advice.

11.If You contend that You acted in "good faith" with respect to Plaintiff's compensation (within the meaning of 29 U.S.C. §§ 259 or 260) or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), Describe in detail all investigations that You conducted into the Company's obligations under the FLSA to Plaintiff and/or other ExecuTime implementation consultants (or individuals performing duties substantially similar to those of ExecuTime implementation consultants) prior to the end of the Relevant Time Period.

7. ~~12.~~If You have taken any written (whether sworn or otherwise) or otherwise recorded statements (whether recorded by analog or digital means) from any Person regarding matters at issue in this litigation, please Identify each Person from whom a statement was taken and Describe fully the substance of each statement.

8. ~~13.~~Identify all ExecuTime implementation consultants who worked for the Company during the Relevant Time Period.

9. ~~14.~~If you contend that Plaintiff has misrepresented, distorted, exaggerated, falsified or been untruthful in communicating any statement (1) to any employee or agent of the Company
during the course of her work for the Company, or (2) to anyone concerning Plaintiff's work for the Company, either prior to, during, or following the Relevant Time Period, or

(3)

(3)    to anyone if you contend such alleged misrepresentation, distortion, exaggeration, falsification or untruth may constitute or lead to the discovery of evidence admissible for impeachment, please describe in full detail the alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s), including a description of the subject matter; the date(s) of any communication(s) by Plaintiff; the Identities of all Persons who have personal knowledge of any such alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s)by Plaintiff; and the location and custodian of any and all Documents that evidence any such alleged misrepresentation(s), distortion(s), exaggeration(s), falsification(s) or untruth(s) by Plaintiff.

10.    15.Identify all previous litigation and arbitrations in which current or former employees of Tyler Technologies have asserted claims arising under the Fair Labor Standards Act or

state wage and hour laws. As to each such instance of litigation or arbitration, Identify the forum, case number, parties, and resolution, and Identify any judgments, judicial orders, or arbitrator's opinions issued.

11.    16.Identify all settlement agreements that the Company has entered into involving claims under the Fair Labor Standards Act or state wage and hour laws. As to each such settlement, Identify all parties involved and Identify all Documents memorializing such

settlement agreements.

12.    If You contend that Plaintiff's primary duties included the exercise of discretion and independent judgment with respect to matters of significance within the meaning of 29 CFR § 541.202(b), then Identify each such primary duty and Identify all Documents

that You contend memorialize specific instances in which such duties were performed.

13. If You contend that Plaintiff's primary duties included the performance of work directly related to the management or general business operations of the employer's customers within the meaning of 29 CFR § 541.201(b), then Identify each such primary duty and Identify all Documents that You contend memorialize specific instances in which such duties were performed.

Dated: ~~January 6~~November 2, ~~2021~~2020

**SANFORD LAW FIRM, PLLC**

One Financial Center
650 S. Shackleford Rd.
Suite 411 Little Rock,
AR 72211 (501) 221-
0088 (888) 787-2040
(f)
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

Joshua Sanford Arkansas Bar No. 2001037
Courtney Lowery Arkansas Bar No. 2019236

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN, LLC

/s/ Matthew W. Herrington

101 Marietta Street NW    Charles
R. BridgersSuite 3100
    Georgia Bar No.
0807912650 Atlanta, GAGeorgia
30303    Matthew W.
Herrington (404) 979-3150
TelephoneGeorgia Bar No.
275411 (404) 979-3170
Facsimile(f)
charlesbridgersbenjamin@dcbfle
gal.com    Attorneys for
Plaintiff
matthew.herrington@dcbflegal.com

s/ Matthew W. Herrington Mitchell D. Benjamin
(pro hac vice)
Ga. Bar No. 049888 Matthew W. Herrington
(pro hac vice) Georgia Bar No. 275411

Counsel for Plaintiff

Document comparison by Workshare Compare on Wednesday, January 6, 2021
7:28:38 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\##January\07\Stanbery, Rhonda\2019-08-20 - Plaintiff_s First Continuing Interrogatories (002).pdf |
| Description | 2019-08-20 - Plaintiff_s First Continuing Interrogatories (002) |
| Document 2 ID | file://S:\##January\07\Stanbery, Rhonda\2020-11-02 - Plaintiff_s First Continuing Interrogatories to Defendant.PDF |
| Description | 2020-11-02 - Plaintiff_s First Continuing Interrogatories to Defendant |
| Rendering set | ReedSmith Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 71 |
| Deletions | 65 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 136 |
|---|---|

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT ~~NORTHERN~~EASTERN DISTRICT OF ~~GEORGIA ATLANTA~~ARKANSAS CENTRAL DIVISION

|  |  |
|---|---|
| ~~S~~U~~ZANNE~~ ~~G~~R~~EENE,~~<br><br>M~~ATTHEW~~ W~~RIGHT,~~<br><br>**Plaintiff,**<br><br>**vs.** ~~Civil Action~~ | ~~No. 1:19-cv-1338-AT~~<br><br>T~~YLER~~ T~~ECHNOLOGIES,~~ I~~NC.,~~<br><br>**Defendant.** |

Civil Action No. 4:20-cv-454-KGB

---

P~~LAINTIFF'S~~ F~~IRST~~ C~~ONTINUING~~ R~~EQUESTS FOR~~ P~~RODUCTION OF~~ D~~OCUMENTS TO~~ D~~EFENDANT~~

---

Plaintiff ~~Suzanne Greene~~Matthew Wright, by and through the undersigned counsel and pursuant to Fed. R. Civ. ~~P.~~

P.    34, requests that Tyler Technologies, Inc. produce for inspection and copying within the time allowed under the Federal Rules of Civil Procedure, the following Documents~~:~~

**Introduction**

1.    If privilege (including work product) is claimed as to any Document otherwise covered by this request for production, Plaintiff requests that ~~Defendants~~Defendant provide sufficient information for the Court to determine the validity of that claim including the specific

privilege claimed, the author, recipient, date and general substance of that Document.

2.    This request for production seeks inspection and copying of Documents in the possession of ~~Defendants~~Defendant, including originals, drafts or Documents with handwritten notations, unless otherwise specifically stated.

3.    If ~~Defendants seek~~Defendant seeks a protective Order or Confidentiality Order before responding, please notify undersigned counsel as soon as possible and then provide undersigned counsel with a draft prior to the due date of the responses.

4.    Each of the following requests is continuing in nature so as to require You to file supplemental responses in accordance with Fed. R. Civ. P. 26(e).

5.    All responsive Document(s) must be produced in the manner and form in which they are normally kept by Defendant in the course of conducting business and should be marked or otherwise organized so as to be easily ascertainable by number which of the following

requests the Document(s) are being produced in response to.

6.    If any Document(s) request to be produced was, but is no longer, in existence, state whether it is:

7.    ~~a.~~Missing or lost;

8.    ~~b.~~Destroyed;

9.    ~~c.~~Transferred voluntarily or involuntarily to others, and if so, to whom; or

10.   ~~d.~~Otherwise disposed of, and in each instance, explain the circumstance surrounding an authorization for such disposition, and state the approximate date thereof.

**Definitions**

~~The following definitions are an integral part of these Interrogatories and are applicable throughout.~~

1.    The term **Plaintiff** means ~~Suzanne Greene~~Matthew Wright, and includes Plaintiff's agents, representatives, ~~and~~ or attorneys.

2.    The term **Company or You or Your** means Tyler Technologies, Inc., and includes its agents, representatives~~,~~ and attorneys.

3.      The term **Relevant Time Period** means each workweek from the ~~first~~ pay period

ending on ~~or after March 26~~December 17, 2016 through the ~~first workweek~~pay

period ending on or after ~~March 9~~August 25, ~~2019~~2018.

4.      The term **Answer** refers to Your Answer filed in this case, including any

counterclaims asserted therein and any amendments thereto.

5.      The term **Document or Documents** means any written, recorded, filmed or graphic

matter, whether produced or reproduced in paper, cards, tapes, film, electronic facsimile,

computer storage device, or other media, including but not limited to, memoranda,

notes, minutes, records, photographs, electronic mails ("e-mails"), correspondence,

telegrams, diaries, bookkeeping entries, financial statements, tax returns, checks, check

stubs, reports, studies, charts, graphs, statements, notebooks, handwritten notes,

applications, agreements, books, pamphlets, periodicals, appointment calendars, notes,

records and recordings of oral conversations, work papers, also including but not limited

to originals and all copies which are different in any form from the original, whether by

interlineations, receipt stamp, notations, indications of copies sent or received, or

otherwise, and any other tangible compilation of information which can be obtained or

translated, if necessary.

6.      The terms **Communication** or **Communicate** means any transmission of thoughts,

opinions, or information by speech, writing, or sign.

7.      The term **Person** means any natural person, corporation, partnership, proprietorship,

association, governmental entity, agency, group, organization, or group of persons.

8.      Use of feminine pronouns shall be deemed to include the masculine and neuter and use of

masculine pronouns shall be deemed to include the feminine and neuter.

9.      Terms in the singular shall be deemed to include the plural and terms in the plural

shall be deemed to include the singular.

**Electronic Document Definitions**

1.    **Documents** or records that reside in the form of electronic files are to be produced as electronic files rather than on paper and are included in the definition of **Documents**.

2.    **Documents** that reside both in electronic form and on paper, but where a paper version has been signed or otherwise annotated by hand, is to be produced electronically and, in addition, each separately signed or hand annotated version should also be produced.

3.    E-mail correspondence from commercially available e-mail systems including, without limitation, Microsoft Outlook, Groupwise, and Lotus Notes, is to be produced in native format (e.g., *.pst files for Microsoft Outlook). Production is to be organized in folders and sub-folders that are labeled so as to clearly identify the user mailbox where the e-mail messages were produced from.

4.    Microsoft Word and Excel files are to be produced in native format as *.doc, *.docx, or *.docm *.xls, *.xlsx, *.xlsm files. Production is to be organized so as to clearly identify the user personal computer where the files were produced from or, if produced from a server, the server path and filename where the files were produced from.

5.    WordPerfect files are to be produced in native format.

6.    The following graphics files are to be produced in native format: *.jpg, *.pcx, *.bmp, *.tif, *.tga, *.fpx, *.psd, *.pdf.

7.    Electronic files that reside in file formats other than those specified in sub- paragraphs 3 through 6 above are to be rendered into readable Adobe Acrobat (*.pdf) format and produced in such format.

8.    Electronic files are to be produced in a manner so as to preserve all meta- data associated with such files. Notice is hereby given that any attempt to alter or modify

such files in connection with production thereof through the use of meta-data scrubber software or similar means will be considered as intentional spoliation of evidence.

9.     Recorded voice mails are to be produced as individual *.wav files.

10.    Unless otherwise agreed by counsel following request initiated by counsel for defendant before the date of response called for herein, electronic files are to be produced on either read-only CD-ROM or DVD media.

**~~Individual Requests for Production~~**
**Interrogatories**

1.     Produce all Documents that were ~~listed, will be listed, or should have been listed in Attachment C to Your Initial Disclosures~~requested to be identified in Plaintiff's First Interrogatories to You.

2.     Produce all files maintained by You on Plaintiff, by whatever name called. This request includes personnel files, training files, disciplinary files, human resources files, etc.

~~3.     Produce all Documents that reflect, describe, or pertain to the duties performed by implementation consultants, including all job descriptions used for the position during any portion of the Relevant Time Period as well as the two years preceding the Relevant Time Period, as well as all Documents that reflect their:~~

~~a. Scheduled work hours;~~

~~b. Scheduled days off;~~

~~c.Scheduled vacation days;~~

~~d.Job responsibilities (including discretionary authority);~~

~~e.Time keeping responsibilities;~~

~~f.Responsibilities to travel to and from work sites;~~

~~g.Any other required responsibilities and/or duties.~~

~~4.Produce all training materials used by the Company to train implementation consultants during any portion of the Relevant Time Period as well as the two years preceding the Relevant Time Period.~~

~~5.Produce all emails sent to Plaintiff or received from Plaintiff on any Company email account during the Relevant Time Period.~~

~~6.Produce all work/shift schedules, attendance sheets, sign-in and sign-out sheets, payroll journals, ledgers, clock-in and clock-out sheets, and all other Documents, letters, copies of e-mail communication, memoranda, notes to file, statements or records of any other oral, written or electronic communication for the Relevant Time Period evidencing Plaintiff's attendance or non-attendance at work or hours worked.~~

~~7.Produce all paystubs and payroll records reflecting any and all payments made for work performed by Plaintiff for the Company and ExecuTime~~

during the Relevant Time Period.

8. If You contend that Plaintiff was exempt from the maximum wage requirements because of any exemption provided for in 29 U.S.C. § 213, produce all Documents that You contend support this contention.

9. If You contend that You acted in "good faith" in Your compensation of Plaintiff (within the meaning of 29 U.S.C. §§ 259 or 260), or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), produce all Documents that You contend support this contention. If Your "good faith" included reliance on the advice or counsel of any Person, produce all Communications between such Person and the Company .

10. If You contend that You acted in "good faith" in Your compensation of Plaintiff (within the meaning of 29 U.S.C. §§ 259 or 260), or did not "willful[ly]" violate the FLSA (within the meaning of 29 U.S.C. § 255), produce all Documents evidencing the substance of the any investigations that You conducted into Your obligations under the FLSA prior to the end of the Relevant Time Period.

11. If You contend that during the Relevant Time Period Plaintiff had the primary duty (within the meaning of 29 CFR § 541.700) of performing office or non-manual work directly related to the management or general business

operations of the Company or the Company's customers within the meaning
of 29 CFR § 541.201:

a.Produce all Documents that materially relate to the factual basis of this
    contention;

b.Produce all Documents that evidence the amount of time that elapsed
    while Plaintiff performed such work during each workweek.

3.   12.If You contend that during the Relevant Time Period Plaintiff performed work in
any of the functional areas listed in 29 CFR § 541.201 (b) (i.e. , tax, finance,
accounting, budgeting, auditing, insurance, quality control, purchasing, procurement,
advertising, marketing, research, safety and health, personnel management, human
resources, employee benefits, labor relations, public relations, government relations,
government relations, computer network, internet and database administration, legal
and regulatory compliance):

a.      Produce all Documents that You contend materially relate to the factual basis of
        this contention;

b.      Produce all Documents that You contend evidence the amount of time that
        elapsed while Plaintiff performed such work during each workweek.

4.   13.If You contend that during the Relevant Time Period the Plaintiff exercised
"discretion and independent judgment" within the meaning of 29 CFR § 541.200 with
respect to the matters of significance:

a.      Produce all Documents that You contend materially relate to the factual basis of
        this contention;

b.      Produce all Documents that You contend evidence the amount of time that

elapsed while Plaintiff performed such work during each workweek.

5.      ~~14.~~If You contend that during the Relevant Time Period ~~Plaintiffs~~Plaintiff performed

work on Your behalf that is described by any of the factors identified in 29 CFR §

541.202(b):

    a.      Produce all Documents that You contend materially relate to the factual basis of

           this contention;

    b.      Produce all Documents that You contend evidence the amount of time that

           elapsed while Plaintiff performed such work during each workweek;

    c.      Produce all Documents that evidence how ~~Plaintiffs were~~Plaintiff was

           informed, trained or notified that ~~Plaintiffs~~Plaintiff had such authority.

Dated: ~~July 26~~November 2, ~~2019~~2020

                                             **SANFORD LAW FIRM, PLLC**

One Financial Center                   Joshua Sanford Arkansas Bar No. 2001037
650 S. Shackleford Rd.                Courtney Lowery Arkansas Bar No. 2019236
Suite 411 Little Rock,
AR 72211 (501) 221-
0088 (888) 787-2040
(f)
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

                                           **DELONG~~,~~ CALDWELL~~,~~ BRIDGERS~~,~~**
                                         **FITZPATRICK & BENJAMIN, LLC**

/

101 Marietta Street                   *s/ Matthew W. Herrington*
Suite 2650 Atlanta,
Georgia 30303 (404)              ~~101 Marietta Street NW~~ Mitchell D.
979-3150 (404) 979-             Benjamin *(pro hac vice)*
3170 (f)                       ~~Suite 3100         Georgia~~Ga. Bar No. 049888
                              ~~Atlanta, GA 30303~~ Matthew W. Herrington

(404) 979-3150 Telephone *pro hac vice*) Georgia Bar No. 275411 (404) 979-3170 Facsimile

benjamin@dcbflegal.com  Attorneys for Plaintiff
matthew.herrington@dcbflegal.com


Counsel for Plaintiff

Document comparison by Workshare Compare on Wednesday, January 6, 2021
7:27:45 PM

| Input: | |
|---|---|
| Document 1 ID | file://S:\##January\07\Stanbery, Rhonda\2019-07-26 - Plaintiff_s First Continuing Requests for Production.PDF |
| Description | 2019-07-26 - Plaintiff_s First Continuing Requests for Production |
| Document 2 ID | file://S:\##January\07\Stanbery, Rhonda\2020-11-02 - Plaintiff_s First Continuing Requests for Production to Defendant.PDF |
| Description | 2020-11-02 - Plaintiff_s First Continuing Requests for Production to Defendant |
| Rendering set | ReedSmith Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 64 |
| Deletions | 80 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 144 |
|---|---|

# EXHIBIT H

**Related Search Criteria**

| | |
|---|---|
| **Type** | Search (Docket) |
| **Filters** | Attorney or Law Firm: Sanford Law Firm PLLC |
| **Sources** | Dockets |
| **Date** | No Date Selection |
| **Request Time** | Wednesday, January 6, 2021 - 6:26 PM |

## Search Results

1.   **Barnhart et al v. Walker et al, Docket No. 4:21-cv-00003 (E.D. Ark. Jan 04, 2021), Court Docket (01/04/2021)**

| | |
|---|---|
| **Parties** | Tanner Scheuerman; Steven Barnhart; Joshuah Walker; Stephen Walker |
| **Date Filed** | Jan. 04, 2021 |
| **Last Updated** | Jan. 05, 2021 at 10:04 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

2.   **Latronico v. V.K. Knowlton Construction and Utilities, Inc., Docket No. 5:20-cv-01474 (W.D. Tex. Dec 30, 2020), Court Docket (12/30/2020)**

| | |
|---|---|
| **Parties** | Patrick Latronico; V.K. Knowlton Construction and Utilities, Inc. |
| **Date Filed** | Dec. 30, 2020 |
| **Last Updated** | Dec. 30, 2020 at 05:18 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | XAVIER RODRIGUEZ |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

3.   **Carreno v. Evergreen Packaging LLC, Docket No. 4:20-cv-01502 (E.D. Ark. Dec 29, 2020), Court Docket (12/29/2020)**

| | |
|---|---|
| **Parties** | Evergreen Packaging LLC; Richard Carreno |
| **Date Filed** | Dec. 29, 2020 |
| **Last Updated** | Dec. 30, 2020 at 01:05 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

4.   **Barker v. Bill's Electric, Inc., Docket No. 5:20-cv-05225 (W.D. Ark. Dec 21, 2020), Court Docket (12/21/2020)**

| | |
|---|---|
| **Parties** | Maurice Barker; Bill's Electric, Inc. |
| **Date Filed** | Dec. 21, 2020 |
| **Last Updated** | Dec. 21, 2020 at 07:12 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Paul Kinloch Holmes III |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

5.   **Harris et al v. Springdale Home Care Services, LLC et al, Docket No. 5:20-cv-05222 (W.D. Ark. Dec 18, 2020), Court Docket (12/18/2020)**

| | |
|---|---|
| **Parties** | Springdale Home Care Services, LLC; Kylee Bell; LHC Group, Inc.; Patricia Harris |
| **Date Filed** | Dec. 18, 2020 |
| **Last Updated** | Jan. 02, 2021 at 11:45 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Timothy L. Brooks |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

6.   **Piaseczny v. Friedman Management Company, Docket No. 2:20-cv-13325 (E.D. Mich. Dec 17, 2020), Court Docket (12/17/2020)**

| | |
|---|---|
| **Parties** | Friedman Management Company; Samuel Piaseczny |
| **Date Filed** | Dec. 17, 2020 |
| **Last Updated** | Dec. 17, 2020 at 05:15 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |

**Bloomberg Law** ®

|  | Judge(s) | Stephanie Dawkins Davis |
|--|----------|--------------------------|
|  | Cause of Action | 29:201 Fair Labor Standards Act |

### 7. White v. RJ Smith Transport Corp et al, Docket No. 4:20-cv-01465 (E.D. Ark. Dec 16, 2020), Court Docket (12/16/2020)

|  |  |
|--|--|
| Parties | Jonathan White; Warren Ghettie; Ghettie Ground Inc; Ryan Smith; RJ Smith Transport Corp |
| Date Filed | Dec. 16, 2020 |
| Last Updated | Dec. 17, 2020 at 01:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

### 8. Gutierrez v. The 1873 Club of Texarkana et al, Docket No. 4:20-cv-04108 (W.D. Ark. Dec 15, 2020), Court Docket (12/15/2020)

|  |  |
|--|--|
| Parties | Ronald Leslie Munn; Allison Munn; Courtney Gutierrez; Crossties of Texarkana, Inc.; Joe Gay; The 1873 Club of Texarkana; Crossties Texarkana Holdings, Inc. |
| Date Filed | Dec. 15, 2020 |
| Last Updated | Dec. 19, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:206 Collect Unpaid Wages |

### 9. Morton v. Acorn Outdoor Services, Inc. et al, Docket No. 9:20-cv-00245 (E.D. Tex. Dec 14, 2020), Court Docket (12/14/2020)

|  |  |
|--|--|
| Parties | Justin Penick; Acorn Outdoor Services, Inc.; Dusty Morton |
| Date Filed | Dec. 14, 2020 |
| Last Updated | Jan. 05, 2021 at 01:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | RON CLARK |
| Cause of Action | 29:201 Fair Labor Standards Act |

### 10. Fenwick v. Amistad Homecare, Inc. et al, Docket No. 5:20-cv-01403 (W.D. Tex. Dec 10, 2020), Court Docket (12/10/2020)

|  |  |
|--|--|
| Parties | Ramona Diego; Alfonso Diego; Stacy Fenwick; Rebecca Diego; Amistad Homecare, Inc. |
| Date Filed | Dec. 10, 2020 |
| Last Updated | Dec. 20, 2020 at 11:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Samuel Frederick Biery Jr |
| Cause of Action | 29:201 Fair Labor Standards Act |

### 11. Tanis v. Austin Private Car Service, Corp. et al, Docket No. 1:20-cv-01202 (W.D. Tex. Dec 09, 2020), Court Docket (12/09/2020)

|  |  |
|--|--|
| Parties | W. John Waara; Jon Tanis; Brad Stevens; Austin Private Car Service, Corp. |
| Date Filed | Dec. 09, 2020 |
| Last Updated | Dec. 23, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ROBERT LEE PITMAN |
| Cause of Action | 29:201 Fair Labor Standards Act |

### 12. Powell et al v. Kloss, Docket No. 6:20-cv-06145 (W.D. Ark. Dec 08, 2020), Court Docket (12/08/2020)

|  |  |
|--|--|
| Parties | Alexandria Parker-Shipman; Destiny Richardson; Brianna Venable; Mattie Powell; Lani Powell; Taylor Smith; Samantha Haynie; Cheyenne Kimbrell; Tatiana Sandoval; Dale E. Kloss |
| Date Filed | Dec. 08, 2020 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**13.**     **Phipps v. Culpepper Company of Fayetteville et al, Docket No. 5:20-cv-05210 (W.D. Ark. Dec 08, 2020), Court Docket (12/08/2020)**

| | |
|---|---|
| Parties | Culpepper Company of Fayetteville; Jessica Phipps; Samuel David Culpepper; Michelle Culpepper |
| Date Filed | Dec. 08, 2020 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy L. Brooks |
| Cause of Action | 29:201 Fair Labor Standards Act |

**14.**     **Gutierrez v. R.J. Harris Construction, Inc. et al, Docket No. 4:20-cv-04010 (S.D. Tex. Nov 24, 2020), Court Docket (11/24/2020)**

| | |
|---|---|
| Parties | R.J. Harris Construction (Gulf Coast), L.P.; Jan Harris; Lester Gutierrez; R.J. Harris Construction, Inc.; Roger Harris |
| Date Filed | Nov. 24, 2020 |
| Last Updated | Jan. 04, 2021 at 11:50 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KEITH P. ELLISON |
| Cause of Action | 29:201 Fair Labor Standards Act |

**15.**     **Crockett v. General Motors, LLC et al, Docket No. 2:20-cv-13107 (E.D. Mich. Nov 20, 2020), Court Docket (11/20/2020)**

| | |
|---|---|
| Parties | General Motors, LLC; General Motors Company; Angela Crockett [E-filer] |
| Date Filed | Nov. 20, 2020 |
| Last Updated | Dec. 31, 2020 at 04:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Linda Vivienne Parker |
| Cause of Action | 29:201 Fair Labor Standards Act |

**16.**     **Steveson v. Pulaski County Special School District, Docket No. 4:20-cv-01357 (E.D. Ark. Nov 17, 2020), Court Docket (11/17/2020)**

| | |
|---|---|
| Parties | Lavetta Steveson; Pulaski County Special School District |
| Date Filed | Nov. 17, 2020 |
| Last Updated | Dec. 28, 2020 at 11:59 PM |
| Federal Nature of Suit | Civil Rights: Americans with Disabilities - Employment [445] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 42:2000e Job Discrimination (Employment) |

**17.**     **Jones et al v. Diwali Bryan, LLC et al, Docket No. 4:20-cv-03904 (S.D. Tex. Nov 17, 2020), Court Docket (11/17/2020)**

| | |
|---|---|
| Parties | Diwali Bryan, LLC; Anant Patel; Thurman Edwards, Jr.; Valarie Jones |
| Date Filed | Nov. 17, 2020 |
| Last Updated | Dec. 22, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | GRAY HAMPTON MILLER |
| Cause of Action | 29:201 Fair Labor Standards Act |

**18.**     **Mayo v. Hagood Holdings LLC et al, Docket No. 4:20-cv-01331 (E.D. Ark. Nov 12, 2020), Court Docket (11/12/2020)**

| | |
|---|---|
| Parties | Julie Hagood; Kimberly Mayo; Hagood Holdings LLC; Jarred Hagood |
| Date Filed | Nov. 12, 2020 |
| Last Updated | Nov. 13, 2020 at 01:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**19.**     **Hogan et al v. Hot Springs Nursing and Rehabilation- a Water Cummunity, LLC, Docket No. 6:20-cv-06130 (W.D. Ark. Nov 12, 2020), Court Docket (11/12/2020)**

| | |
|---|---|
| Parties | Anthony Hogan; Hot Springs Nursing and Rehabilation- a Water Cummunity, LLC; Cassandra Hogan |
| Date Filed | Nov. 12, 2020 |
| Last Updated | Dec. 15, 2020 at 11:57 PM |

**Bloomberg Law** ®

|  | | |
|---|---|---|
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | ROBERT TOOMBS DAWSON |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**20.    Starr v. Texas Skyways, Inc. et al, Docket No. 5:20-cv-01299 (W.D. Tex. Nov 05, 2020), Court Docket (11/05/2020)**

| | | |
|---|---|---|
| | Parties | Texas Skyways, Inc.; Mildred J. Johnson; Travis Starr; Eric Bradley Stephenson |
| | Date Filed | Nov. 05, 2020 |
| | Last Updated | Jan. 02, 2021 at 12:01 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | DAVID ALAN EZRA |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**21.    Schroeder v. Aloha Pools & Spas of Union City and Jonesboro LLC et al, Docket No. 3:20-cv-00354 (E.D. Ark. Nov 04, 2020), Court Docket (11/04/2020)**

| | | |
|---|---|---|
| | Parties | Jason Schroeder; Aloha Pools & Spas of Union City and Jonesboro LLC; Dale Bradley Cook |
| | Date Filed | Nov. 04, 2020 |
| | Last Updated | Dec. 17, 2020 at 12:00 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | James Maxwell Moody Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**22.    Lambert et al v. OEC Distribution Services, Inc. et al, Docket No. 4:20-cv-03759 (S.D. Tex. Nov 04, 2020), Court Docket (11/04/2020)**

| | | |
|---|---|---|
| | Parties | Rena Lambert; Sally Lacour; OEC Logistics, Inc; OEC Distribution Services, Inc.; OEC Transportation Services, Inc. |
| | Date Filed | Nov. 04, 2020 |
| | Last Updated | Nov. 27, 2020 at 11:57 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | KENNETH M. HOYT |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**23.    Dixon v. Mohan Group, LLC et al, Docket No. 6:20-cv-00577 (E.D. Tex. Nov 02, 2020), Court Docket (11/02/2020)**

| | | |
|---|---|---|
| | Parties | Kathryn Dixon; Mohan Group, LLC; Mohan Hirani |
| | Date Filed | Nov. 02, 2020 |
| | Last Updated | Dec. 14, 2020 at 11:57 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | MR. JEREMY DANIEL KERNODLE |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**24.    Huffman v. Associated Management Ltd et al, Docket No. 4:20-cv-01296 (E.D. Ark. Oct 30, 2020), Court Docket (10/30/2020)**

| | | |
|---|---|---|
| | Parties | Associated Management Ltd; James T Kincannon; Kristina Huffman |
| | Date Filed | Oct. 30, 2020 |
| | Last Updated | Nov. 27, 2020 at 11:57 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Billy Roy Wilson Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**25.    Greenlaw v. B & M Management Companyof Alabama LLC, Docket No. 4:20-cv-01286 (E.D. Ark. Oct 28, 2020), Court Docket (10/28/2020)**

| | | |
|---|---|---|
| | Parties | B & M Management Companyof Alabama LLC; Dietrick Greenlaw |
| | Date Filed | Oct. 28, 2020 |
| | Last Updated | Dec. 08, 2020 at 12:01 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Denzil Price Marshall Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**Bloomberg Law**®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**26.**   **Levi v. Fidel & Co Coffee LLC et al, Docket No. 4:20-cv-01285 (E.D. Ark. Oct 28, 2020), Court Docket (10/28/2020)**

| | |
|---|---|
| Parties | Fidel Samour; Jonathan Levi; Fidel & Co Coffee LLC |
| Date Filed | Oct. 28, 2020 |
| Last Updated | Dec. 19, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**27.**   **Wright v. King of Freight LLC, Docket No. 4:20-cv-01283 (E.D. Ark. Oct 27, 2020), Court Docket (10/27/2020)**

| | |
|---|---|
| Parties | Heather Wright; King of Freight LLC |
| Date Filed | Oct. 27, 2020 |
| Last Updated | Jan. 04, 2021 at 11:50 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**28.**   **Lucas v. Love's Travel Stops and Country Stores Inc, Docket No. 3:20-cv-00341 (E.D. Ark. Oct 27, 2020), Court Docket (10/27/2020)**

| | |
|---|---|
| Parties | Love's Travel Stops and Country Stores Inc; Jeremy Lucas |
| Date Filed | Oct. 27, 2020 |
| Last Updated | Dec. 08, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**29.**   **Castillo v. ISEC Incorporated, Docket No. 5:20-cv-01269 (W.D. Tex. Oct 26, 2020), Court Docket (10/26/2020)**

| | |
|---|---|
| Parties | ISEC Incorporated; Rene Castillo |
| Date Filed | Oct. 26, 2020 |
| Last Updated | Jan. 02, 2021 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**30.**   **Deeds v. Wayne Farms LLC, Docket No. 4:20-cv-01272 (E.D. Ark. Oct 22, 2020), Court Docket (10/22/2020)**

| | |
|---|---|
| Parties | Jordan Deeds; Wayne Farms LLC |
| Date Filed | Oct. 22, 2020 |
| Last Updated | Dec. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**31.**   **Tenorio v. Coast to Coast Carports, Inc. et al, Docket No. 2:20-cv-02193 (W.D. Ark. Oct 21, 2020), Court Docket (10/21/2020)**

| | |
|---|---|
| Parties | Coast to Coast Carports, Inc.; Jorge Zavala; Teresa Tenorio |
| Date Filed | Oct. 21, 2020 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

**32.**   **King et al v. Rockline Industries, Inc., Docket No. 2:20-cv-02188 (W.D. Ark. Oct 19, 2020), Court Docket (10/19/2020)**

| | |
|---|---|
| Parties | John King; Brian Simpson; Rockline Industries, Inc. |
| Date Filed | Oct. 19, 2020 |
| Last Updated | Oct. 21, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

**33.**   **Pruneda v. Gladiator Energy, LLC, Docket No. 4:20-cv-03556 (S.D. Tex. Oct 16, 2020), Court Docket (10/16/2020)**

| | |
|---|---|
| Parties | Eric Pruneda; Gladiator Energy, LLC |
| Date Filed | Oct. 16, 2020 |
| Last Updated | Dec. 10, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KEITH P. ELLISON |
| Cause of Action | 29:201 Fair Labor Standards Act |

**34.**   **Tomkins v. K & U Properties Incorporated et al, Docket No. 4:20-cv-01237 (E.D. Ark. Oct 15, 2020), Court Docket (10/15/2020)**

| | |
|---|---|
| Parties | Jimmy Tompkins; Conway Management Inc; K & U Properties Incorporated |
| Date Filed | Oct. 15, 2020 |
| Last Updated | Dec. 19, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Fair Labor Standards Act |

**35.**   **Ash-Robinson et al v. Home to Community Living Inc et al, Docket No. 4:20-cv-01239 (E.D. Ark. Oct 15, 2020), Court Docket (10/15/2020)**

| | |
|---|---|
| Parties | Aaron Burton; Tonya Ash-Robinson; Home to Community Living Inc; Reeshema Britt; Rodney Lewis; Adreanne Walker |
| Date Filed | Oct. 15, 2020 |
| Last Updated | Dec. 12, 2020 at 11:54 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**36.**   **Green et al v. GP Delivery Service Inc et al, Docket No. 4:20-cv-01236 (E.D. Ark. Oct 15, 2020), Court Docket (10/15/2020)**

| | |
|---|---|
| Parties | GP Delivery Service Inc; Gregory Pierce; Patrick Hurst; Derrick Green |
| Date Filed | Oct. 15, 2020 |
| Last Updated | Nov. 28, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**37.**   **Burns v. The Kenan Advantage Group, Inc. et al, Docket No. 5:20-cv-01227 (W.D. Tex. Oct 15, 2020), Court Docket (10/15/2020)**

| | |
|---|---|
| Parties | The Kenan Advantage Group, Inc.; Petro-Chemical Transport, LLC; Paul Burns |
| Date Filed | Oct. 15, 2020 |
| Last Updated | Dec. 24, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | XAVIER RODRIGUEZ |
| Cause of Action | 29:201 Fair Labor Standards Act |

**38.**   **Salas v. Johnson Controls, Inc et al, Docket No. 5:20-cv-01207 (W.D. Tex. Oct 12, 2020), Court Docket (10/12/2020)**

| | |
|---|---|
| Parties | Johnson Controls, Inc; Sylvia Salas; York International Corporation |
| Date Filed | Oct. 12, 2020 |
| Last Updated | Dec. 24, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | XAVIER RODRIGUEZ |
| Cause of Action | 29:201 Fair Labor Standards Act |

**39.**   **Molden et al v. Shine Solar, LLC et al, Docket No. 5:20-cv-05181 (W.D. Ark. Oct 07, 2020), Court Docket (10/07/2020)**

| | |
|---|---|
| Parties | Cameron Molden; Shine Solar, LLC; Daniel Tuttle; Caleb Gorden; Thomas Lowden |
| Date Filed | Oct. 07, 2020 |
| Last Updated | Dec. 25, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Labor/Management Relations [720] |

**Bloomberg Law**®

|  | Judge(s) | Timothy L. Brooks |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**40.**  **Jurewicz v. Inchcape Shipping Services, Inc. et al, Docket No. 4:20-cv-03405 (S.D. Tex. Oct 02, 2020), Court Docket (10/02/2020)**

|  | Parties | Ryan Jurewicz; ISS Marine Services, Inc.; Inchcape Shipping Services Inc; Inchcape Shipping Services World, Ltd |
|  | Date Filed | Oct. 02, 2020 |
|  | Last Updated | Oct. 25, 2020 at 12:05 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | VANESSA D. GILMORE |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**41.**  **McCoy v. Elkhart Products Corporation, Docket No. 5:20-cv-05176 (W.D. Ark. Oct 01, 2020), Court Docket (10/01/2020)**

|  | Parties | Elkhart Products Corporation; Sheila McCoy |
|  | Date Filed | Oct. 01, 2020 |
|  | Last Updated | Dec. 23, 2020 at 02:01 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Paul Kinloch Holmes III |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**42.**  **Brower v. Real Estate Management Corp et al, Docket No. 4:20-cv-01156 (E.D. Ark. Sep 29, 2020), Court Docket (09/29/2020)**

|  | Parties | Morgan Brower; Real Estate Management Corp; Sandy Edlemon |
|  | Date Filed | Sep. 29, 2020 |
|  | Last Updated | Oct. 23, 2020 at 12:14 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Rudofsky, Lee P. |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

**43.**  **Rauls v. Aerojet Rocketdyne Inc, Docket No. 4:20-cv-01157 (E.D. Ark. Sep 29, 2020), Court Docket (09/29/2020)**

|  | Parties | Brian Rauls; Aerojet Rocketdyne Inc |
|  | Date Filed | Sep. 29, 2020 |
|  | Last Updated | Dec. 10, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Kristine Gerhard Baker |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

**44.**  **Bosworth v. Schlumberger Technology Corporation, Docket No. 4:20-cv-03359 (S.D. Tex. Sep 29, 2020), Court Docket (09/29/2020)**

|  | Parties | William Bosworth; Schlumberger Technology Corporation |
|  | Date Filed | Sep. 29, 2020 |
|  | Last Updated | Dec. 22, 2020 at 12:03 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | DAVID HITTNER |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**45.**  **Stigger et al v. Stihl Southwest, Inc., Docket No. 6:20-cv-06107 (W.D. Ark. Sep 22, 2020), Court Docket (09/22/2020)**

|  | Parties | Michelle Brown; Stihl Southwest, Inc.; Latrice Stigger |
|  | Date Filed | Sep. 22, 2020 |
|  | Last Updated | Dec. 28, 2020 at 11:56 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Susan Owens Hickey |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**46.**  **Youker v. Diamond T Services, Inc., Docket No. 4:20-cv-00069 (W.D. Tex. Sep 18, 2020), Court Docket (09/18/2020)**

|  | Parties | Jordan Youker; Diamond T Services, Inc. |
|  | Date Filed | Sep. 18, 2020 |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  | Last Updated | Jan. 02, 2021 at 11:48 PM |
|--|--|--|
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | W. DAVID COUNTS |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**47.   Martinez v. Environmental Oil Recovery, Inc., Docket No. 6:20-cv-00513 (E.D. Tex. Sep 17, 2020), Court Docket (09/17/2020)**

|  | Parties | Environmental Oil Recovery, Inc.; Santiago Martinez |
|--|--|--|
|  | Date Filed | Sep. 17, 2020 |
|  | Last Updated | Dec. 17, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | John Campbell Barker |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**48.   DeAngelis v. Great Southern Wood-Glenwood, Inc. et al, Docket No. 6:20-cv-06103 (W.D. Ark. Sep 17, 2020), Court Docket (09/17/2020)**

|  | Parties | Kristofor DeAngelis; Great Southern Wood Preserving, Incorporated; Great Southern Wood-Glenwood, Inc. |
|--|--|--|
|  | Date Filed | Sep. 17, 2020 |
|  | Last Updated | Dec. 19, 2020 at 11:55 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Susan Owens Hickey |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**49.   Caster v. Tribar Manufacturing, LLC, Docket No. 2:20-cv-12541 (E.D. Mich. Sep 16, 2020), Court Docket (09/16/2020)**

|  | Parties | Tribar Manufacturing, LLC; Paul Caster |
|--|--|--|
|  | Date Filed | Sep. 16, 2020 |
|  | Last Updated | Dec. 17, 2020 at 11:57 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Mark Allan Goldsmith |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**50.   Clark et al v. Pollo LLC et al, Docket No. 4:20-cv-01100 (E.D. Ark. Sep 14, 2020), Court Docket (09/14/2020)**

|  | Parties | Robert Lee, Jr; Jason Clark; Pollo LLC |
|--|--|--|
|  | Date Filed | Sep. 14, 2020 |
|  | Last Updated | Dec. 24, 2020 at 11:58 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Rudofsky, Lee P. |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

**51.   Taylor v. Envolve Community Management LLC, Docket No. 4:20-cv-01091 (E.D. Ark. Sep 11, 2020), Court Docket (09/11/2020)**

|  | Parties | Envolve Community Management LLC; Allie Taylor |
|--|--|--|
|  | Date Filed | Sep. 11, 2020 |
|  | Last Updated | Oct. 11, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Billy Roy Wilson Jr |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

**52.   Davis v. Littlerock Family Medicine PS et al, Docket No. 3:20-cv-05888 (W.D. Wash. Sep 02, 2020), Court Docket (09/02/2020)**

|  | Parties | W Kirk Harris; Shannon Davis; Littlerock Family Medicine PS |
|--|--|--|
|  | Date Filed | Sep. 02, 2020 |
|  | Last Updated | Dec. 19, 2020 at 12:01 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Mary Alice Theiler |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**53.**     **Smith v. Simmons Prepared Foods, Inc., Docket No. 2:20-cv-02158 (W.D. Ark. Sep 02, 2020), Court Docket (09/02/2020)**

| | |
|---|---|
| **Parties** | Lonnie Smith, Jr.; Simmons Prepared Foods, Inc. |
| **Date Filed** | Sep. 02, 2020 |
| **Last Updated** | Nov. 07, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Paul Kinloch Holmes III |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**54.**     **Bailey et al v. Care Above All Care Inc et al, Docket No. 4:20-cv-01058 (E.D. Ark. Sep 01, 2020), Court Docket (09/01/2020)**

| | |
|---|---|
| **Parties** | Care Above All Care Inc; Nukol Bailey; Mark Daniels; Leanna Godley |
| **Date Filed** | Sep. 01, 2020 |
| **Last Updated** | Nov. 16, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**55.**     **Berridge v. Pediatric Home Healthcare, LLC et al, Docket No. 5:20-cv-01025 (W.D. Tex. Aug 31, 2020), Court Docket (08/31/2020)**

| | |
|---|---|
| **Parties** | Rakya Berridge; Pediatric Home Healthcare, LLC; Thomas C. Wheat |
| **Date Filed** | Aug. 31, 2020 |
| **Last Updated** | Dec. 06, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | XAVIER RODRIGUEZ |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**56.**     **De Miguel et al v. D. Houston, Inc. et al, Docket No. 4:20-cv-02966 (S.D. Tex. Aug 24, 2020), Court Docket (08/24/2020)**

| | |
|---|---|
| **Parties** | Bianca Montalvo; Hassan Davari; D. Houston, Inc.; Christine De Miguel; Rachel Baldwin; Ali Davari |
| **Date Filed** | Aug. 24, 2020 |
| **Last Updated** | Jan. 02, 2021 at 11:48 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | NANCY FRIEDMAN ATLAS |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**57.**     **Canada et al v. Central Moloney Inc, Docket No. 4:20-cv-00998 (E.D. Ark. Aug 20, 2020), Court Docket (08/20/2020)**

| | |
|---|---|
| **Parties** | Indra Smith; Central Moloney Inc; Alexis Canada |
| **Date Filed** | Aug. 20, 2020 |
| **Last Updated** | Dec. 24, 2020 at 11:59 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**58.**     **Sanchez v. Opcion Uno, Ltd. et al, Docket No. 5:20-cv-00976 (W.D. Tex. Aug 19, 2020), Court Docket (08/19/2020)**

| | |
|---|---|
| **Parties** | J. Cash Cary; Opcion Uno, Ltd.; Rosalinda Sanchez; San Pedro Brown, LLC |
| **Date Filed** | Aug. 19, 2020 |
| **Last Updated** | Sep. 24, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | ORLANDO LUIS GARCIA |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**59.**     **Lewis v. Trails End RV Park Inc et al, Docket No. 4:20-cv-00948 (E.D. Ark. Aug 18, 2020), Court Docket (08/18/2020)**

| | |
|---|---|
| **Parties** | Trails End RV Park Inc; Evelyn Phelps; Morgan Maumelle Self Storage Inc; Sara Lewis |
| **Date Filed** | Aug. 18, 2020 |
| **Last Updated** | Dec. 24, 2020 at 11:59 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | Cause of Action | 29:201 Denial of Overtime Compensation |
|---|---|---|

**60.  Laufer et al v. Plant Family Therapeutics, LLC et al, Docket No. 3:20-cv-03055 (W.D. Ark. Aug 17, 2020), Court Docket (08/17/2020)**

| | | |
|---|---|---|
| | Parties | Plant Family Therapeutics, LLC; James Johnson; Amy Swann; Clint Mickle; Erich Laufer; Michael Lunsford |
| | Date Filed | Aug. 17, 2020 |
| | Last Updated | Jan. 03, 2021 at 11:47 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Timothy L. Brooks |
| | Cause of Action | 29:201 Fair Labor Standards Act |

**61.  Mosley v. Hydrostatic Oil Tools, Inc. et al, Docket No. 1:20-cv-01040 (W.D. Ark. Aug 13, 2020), Court Docket (08/13/2020)**

| | | |
|---|---|---|
| | Parties | Hydrostatic Oil Tools, Inc.; Mark Mosley; Billy Pharr; Randy Pharr; Devin Dew |
| | Date Filed | Aug. 13, 2020 |
| | Last Updated | Dec. 20, 2020 at 11:50 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Susan Owens Hickey |
| | Cause of Action | 29:201 Fair Labor Standards Act |

**62.  Mansfield v. Friends First LLC, Docket No. 4:20-cv-00928 (E.D. Ark. Aug 12, 2020), Court Docket (08/12/2020)**

| | | |
|---|---|---|
| | Parties | Friends First LLC; Tiffany Mansfield |
| | Date Filed | Aug. 12, 2020 |
| | Last Updated | Sep. 19, 2020 at 11:57 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | James Maxwell Moody Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

**63.  Glover v. Design Group Inc et al, Docket No. 4:20-cv-00927 (E.D. Ark. Aug 12, 2020), Court Docket (08/12/2020)**

| | | |
|---|---|---|
| | Parties | Dawnyetta Glover; Design Group Marketing LLC; Design Group Inc; Myron Jackson |
| | Date Filed | Aug. 12, 2020 |
| | Last Updated | Dec. 26, 2020 at 11:58 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

**64.  Galigher v. NEO Cabinet, Inc. et al, Docket No. 2:20-cv-02140 (W.D. Ark. Aug 11, 2020), Court Docket (08/11/2020)**

| | | |
|---|---|---|
| | Parties | NEO Cabinet, Inc.; Cynthia Galigher; Nathan Fritze; NEO Holdings, LLC |
| | Date Filed | Aug. 11, 2020 |
| | Last Updated | Dec. 24, 2020 at 11:59 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Paul Kinloch Holmes III |
| | Cause of Action | 29:201 Fair Labor Standards Act |

**65.  Bridgeforth et al v. New Age Distributing Inc, Docket No. 4:20-cv-00917 (E.D. Ark. Aug 10, 2020), Court Docket (08/10/2020)**

| | | |
|---|---|---|
| | Parties | Donald Bridgeforth; Corey Hogue; William Mason Courtney; Aredious Kelly; Laquinton Piggee; Javii Goins; Christopher Williams; New Age Distributing Inc; Jeremy Jamerson; Shawn Heard; Tommie Keener |
| | Date Filed | Aug. 10, 2020 |
| | Last Updated | Sep. 15, 2020 at 12:03 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**66.**    **Brooks v. Hamilton Point Property Management LLC et al, Docket No. 4:20-cv-00913 (E.D. Ark. Aug 07, 2020), Court Docket (08/07/2020)**

| | |
|---|---|
| Parties | Hamilton Point Property Management LLC; Tony Brooks; Hamilton Point Investments LLC |
| Date Filed | Aug. 07, 2020 |
| Last Updated | Dec. 10, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**67.**    **Baxter v. Independence County, Arkansas, Docket No. 3:20-cv-00223 (E.D. Ark. Aug 06, 2020), Court Docket (08/06/2020)**

| | |
|---|---|
| Parties | Independence County, Arkansas; Cydney Baxter |
| Date Filed | Aug. 06, 2020 |
| Last Updated | Dec. 09, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**68.**    **Light v. Bob Maloney Collision Center, Inc., Docket No. 5:20-cv-05143 (W.D. Ark. Aug 06, 2020), Court Docket (08/06/2020)**

| | |
|---|---|
| Parties | Marvin Light; Bob Maloney Collision Center, Inc. |
| Date Filed | Aug. 06, 2020 |
| Last Updated | Dec. 15, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy L. Brooks |
| Cause of Action | 29:201 Fair Labor Standards Act |

**69.**    **St John v. Ozark Pizza Company LLC et al, Docket No. 4:20-cv-00889 (E.D. Ark. Aug 05, 2020), Court Docket (08/05/2020)**

| | |
|---|---|
| Parties | Eric Murphy; Kirk Brown; Ozark Pizza Company LLC; Diana St John |
| Date Filed | Aug. 05, 2020 |
| Last Updated | Nov. 21, 2020 at 11:53 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**70.**    **Bolin et al v. Trinity Property Management LLC et al, Docket No. 4:20-cv-00885 (E.D. Ark. Aug 04, 2020), Court Docket (08/04/2020)**

| | |
|---|---|
| Parties | Louis Charlton, III; Garyling Childress; Anthony Holden, Sr; Richard Burton; Tri 5 Jacksonville LLC; Trinity Property Management LLC; Katelyn Dawson; Stephen Tucker; Robert Bradley; William Fason; Steven O'Neal, Jr; Chad Bolin; Delfred McLenan; Titos Williams; Wayne Frazier; Sheree Jones; Andmark Chapel Ridge of Conway LLC; Gary Cox; Joanquin Montes; Marsha Womack |
| Date Filed | Aug. 04, 2020 |
| Last Updated | Nov. 21, 2020 at 11:53 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**71.**    **Lawson v. Corder et al, Docket No. 5:20-cv-05137 (W.D. Ark. Aug 04, 2020), Court Docket (08/04/2020)**

| | |
|---|---|
| Parties | Jamie Lawson; James Corder; Gary Corder; Timothy Corder |
| Date Filed | Aug. 04, 2020 |
| Last Updated | Nov. 27, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

**72.**    **Chaney v. Dough Slinger, LLC et al, Docket No. 6:20-cv-00427 (E.D. Tex. Aug 03, 2020), Court Docket (08/03/2020)**

| | |
|---|---|
| Parties | Leann Brown; Jeremy Brown; Coleman Chaney; Dough Slinger, LLC |
| Date Filed | Aug. 03, 2020 |

| | |
|---|---|
| Last Updated | Nov. 18, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | MR. JEREMY DANIEL KERNODLE |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**73.   Eric Dawson v. Air Transport International, Inc., Docket No. 5:20-cv-00894 (W.D. Tex. Aug 03, 2020), Court Docket (08/03/2020)**

| | |
|---|---|
| Parties | Eric Dawson; Air Transport International, Inc. |
| Date Filed | Aug. 03, 2020 |
| Last Updated | Dec. 22, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**74.   Halpin v. Alcoa Community Federal Credit Union, Docket No. 4:20-cv-00879 (E.D. Ark. Jul 31, 2020), Court Docket (07/31/2020)**

| | |
|---|---|
| Parties | Wendy Halpin; Alcoa Community Federal Credit Union |
| Date Filed | Jul. 31, 2020 |
| Last Updated | Dec. 08, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**75.   Wendy Wise, et al v. Nixon Engineering, LLC, Docket No. 5:20-cv-00868 (W.D. Tex. Jul 27, 2020), Court Docket (07/27/2020)**

| | |
|---|---|
| Parties | Steven Mitchell; Rhonda Bryant; Michael Ozmun; Wendy Wise; Emily Beasley; Dyllon Wilkinson; David Sanders; Eric Rondon; Will Heslip; Donald Simpson; Marcus Davis; Teresa Logan; Nixon Engineering, LLC |
| Date Filed | Jul. 27, 2020 |
| Last Updated | Oct. 29, 2020 at 12:11 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | XAVIER RODRIGUEZ |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**76.   Braden et al v. TDJ Oilfield, LLC et al, Docket No. 7:20-cv-00178 (W.D. Tex. Jul 20, 2020), Court Docket (07/20/2020)**

| | |
|---|---|
| Parties | Francisco Lopez; TDJ Oilfield Services, LLC; Joey Moore; Braden Braden; Gerardo Sepulveda; Carlos Gonzalez; James Reeves |
| Date Filed | Jul. 20, 2020 |
| Last Updated | Dec. 26, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | W. DAVID COUNTS |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**77.   Kinder et al v. Koch Industries, Inc. et al, Docket No. 1:20-cv-02973 (N.D. Ga. Jul 16, 2020), Court Docket (07/16/2020)**

| | |
|---|---|
| Parties | Koch Industries, Inc.; Ross Sandahl; Tracy Scott; David Kinder; Elbert Peay; John Does 1-30; Koch Business Solutions, LP; Koch Benefits Administrative Committee; Cherry Crawford |
| Date Filed | Jul. 16, 2020 |
| Last Updated | Dec. 10, 2020 at 04:11 AM |
| Federal Nature of Suit | Labor: Employee Retirement Income Security Act (E.R.I.S.A.) [791] |
| Judge(s) | Mark H. Cohen |
| Cause of Action | 29:1132 E.R.I.S.A.-Employee Benefits |

---

**78.   Carlos Leon v. Toro Foods, LLC, et al, Docket No. 5:20-cv-00823 (W.D. Tex. Jul 14, 2020), Court Docket (07/14/2020)**

| | |
|---|---|
| Parties | Carlos Leon; Gerardo Deanda; Toro Foods, LLC |
| Date Filed | Jul. 14, 2020 |
| Last Updated | Dec. 23, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Jason Kenneth Pulliam |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**79.    Mackey v. Gonzales, Docket No. 5:20-cv-00805 (W.D. Tex. Jul 10, 2020), Court Docket (07/10/2020)**

| | |
|---|---|
| Parties | Gregory Mackey; Pablo Gonzales |
| Date Filed | Jul. 10, 2020 |
| Last Updated | Oct. 26, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Jason Kenneth Pulliam |
| Cause of Action | 29:201 Fair Labor Standards Act |

**80.    Mackey v. Munoz et al, Docket No. 5:20-cv-00799 (W.D. Tex. Jul 09, 2020), Court Docket (07/09/2020)**

| | |
|---|---|
| Parties | Gregory Mackey; Jason Dery; Junior Munoz |
| Date Filed | Jul. 09, 2020 |
| Last Updated | Oct. 08, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**81.    Klinge v. Leatherwood (TV2), Docket No. 2:20-cv-00143 (E.D. Tenn. Jul 06, 2020), Court Docket (07/06/2020)**

| | |
|---|---|
| Parties | Brad Klinge; Kimberly Leatherwood |
| Date Filed | Jul. 06, 2020 |
| Last Updated | Dec. 15, 2020 at 11:24 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Thomas A. Varlan |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**82.    Cook v. EMSI Holding Company, Docket No. 4:20-cv-02364 (S.D. Tex. Jul 06, 2020), Court Docket (07/06/2020)**

| | |
|---|---|
| Parties | Sung Kim; James Calver; Barry L. Clary; Alice Coale; Karen White; Raiven Hawthorne; Michelle Campbell; Mary Walker; Hailey Cook; Paul Jones; EMSI Holding Company; Wendy Cobb; Examination Management Services, Inc.; Regurian Bagley; Shasta Lemons; Catrina Garrett; Winston Bowen-Hay; Rodney Hawkins; Patricia Johnson; Armita Underwood; Lisa Salter; Cheryl Bowen-Hay |
| Date Filed | Jul. 06, 2020 |
| Last Updated | Dec. 08, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ANDREW S. HANEN |
| Cause of Action | 29:201 Fair Labor Standards Act |

**83.    Parker v. Salem Place Nursing and Rehabilitation Center Inc, Docket No. 4:20-cv-00799 (E.D. Ark. Jun 30, 2020), Court Docket (06/30/2020)**

| | |
|---|---|
| Parties | Cynthia Parker; Salem Place Nursing and Rehabilitation Center Inc |
| Date Filed | Jun. 30, 2020 |
| Last Updated | Nov. 27, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**84.    Bean v. Wayne Farms LLC, Docket No. 4:20-cv-00798 (E.D. Ark. Jun 30, 2020), Court Docket (06/30/2020)**

| | |
|---|---|
| Parties | Mistie Bean; Wayne Farms LLC |
| Date Filed | Jun. 30, 2020 |
| Last Updated | Dec. 17, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**85.    Greene v. Waste Management, Inc., Docket No. 1:20-cv-01140 (W.D. Tenn. Jun 26, 2020), Court Docket (06/26/2020)**

| | |
|---|---|
| Parties | WASTE MANAGEMENT, INC. OF TENNESSEE; Waste Management, Inc.; Bobbie Greene |
| Date Filed | Jun. 26, 2020 |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| **Last Updated** | Dec. 05, 2020 at 12:01 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | J Daniel Breen |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**86.**  **Wilson v. J.M. Bozeman Enterprises, Inc et al, Docket No. 6:20-cv-06068 (W.D. Ark. Jun 26, 2020), Court Docket (06/26/2020)**

| | |
|---|---|
| **Parties** | J.M. Bozeman Company, Inc; J.M. Bozeman Enterprises, Inc; Michael Barr; Jeremy Wilson |
| **Date Filed** | Jun. 26, 2020 |
| **Last Updated** | Nov. 03, 2020 at 12:23 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Susan Owens Hickey |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**87.**  **Kennedy et al v. Host International, Inc, Docket No. 5:20-cv-00747 (W.D. Tex. Jun 24, 2020), Court Docket (06/24/2020)**

| | |
|---|---|
| **Parties** | Chelsea Kennedy; Host International, Inc; Duane Kennedy |
| **Date Filed** | Jun. 24, 2020 |
| **Last Updated** | Dec. 12, 2020 at 11:54 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Jason Kenneth Pulliam |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**88.**  **Jeffus v. Nortex Solutins, LLC et al, Docket No. 1:20-cv-00654 (W.D. Tex. Jun 22, 2020), Court Docket (06/22/2020)**

| | |
|---|---|
| **Parties** | Nortex Solutins, LLC; Cory Kirkland; Joey Jeffus |
| **Date Filed** | Jun. 22, 2020 |
| **Last Updated** | Oct. 20, 2020 at 12:02 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | ROBERT LEE PITMAN |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**89.**  **Vangel v. US Joiner LLC et al, Docket No. 2:20-cv-00957 (W.D. Wash. Jun 22, 2020), Court Docket (06/22/2020)**

| | |
|---|---|
| **Parties** | Trident Maritime Company; US Joiner LLC; James Vangel |
| **Date Filed** | Jun. 22, 2020 |
| **Last Updated** | Dec. 15, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Richard A. Jones |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**90.**  **Ellis v. Waters of North Little Rock LLC, Docket No. 4:20-cv-00767 (E.D. Ark. Jun 19, 2020), Court Docket (06/19/2020)**

| | |
|---|---|
| **Parties** | Andrea Ellis; Waters of North Little Rock LLC |
| **Date Filed** | Jun. 19, 2020 |
| **Last Updated** | Oct. 09, 2020 at 12:03 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Rudofsky, Lee P. |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**91.**  **Girtmon v. Vera Lloyd Presbyterian Family Services Inc et al, Docket No. 4:20-cv-00762 (E.D. Ark. Jun 18, 2020), Court Docket (06/18/2020)**

| | |
|---|---|
| **Parties** | Vera Lloyd Presbyterian Foundation Inc; Vera Lloyd Presbyterian Family Services Inc; Lashanna Girtmon |
| **Date Filed** | Jun. 18, 2020 |
| **Last Updated** | Nov. 13, 2020 at 12:05 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

List of Results (310)

**92.**  **McMichael v. Digestive Care PA et al, Docket No. 4:20-cv-00755 (E.D. Ark. Jun 17, 2020), Court Docket (06/17/2020)**

| | |
|---|---|
| Parties | Syed A Samad; Anissa McMichael; Arkansas Surgery and Endoscopy Center LLC; Digestive Care PA |
| Date Filed | Jun. 17, 2020 |
| Last Updated | Oct. 11, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**93.**  **Rorie et al v. WSP2, LLC et al, Docket No. 5:20-cv-05106 (W.D. Ark. Jun 17, 2020), Court Docket (06/17/2020)**

| | |
|---|---|
| Parties | Joseph Clayton Suttle; WSP2, LLC; Samuel Rorie; Justin Baker |
| Date Filed | Jun. 17, 2020 |
| Last Updated | Dec. 23, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy L. Brooks |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**94.**  **Fischer v. Associated Supply Company, Docket No. 4:20-cv-00473 (E.D. Tex. Jun 16, 2020), Court Docket (06/16/2020)**

| | |
|---|---|
| Parties | Christin Fischer; Associated Supply Company |
| Date Filed | Jun. 16, 2020 |
| Last Updated | Nov. 18, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | MR. SEAN DANIEL JORDAN |
| Cause of Action | 29:201 Fair Labor Standards Act |

**95.**  **Smith v. US Pizza Co Inc, Docket No. 4:20-cv-00739 (E.D. Ark. Jun 12, 2020), Court Docket (06/12/2020)**

| | |
|---|---|
| Parties | John Smith; US Pizza Co Inc |
| Date Filed | Jun. 12, 2020 |
| Last Updated | Oct. 08, 2020 at 12:07 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**96.**  **Jackson v. Wellpath LLC, Docket No. 4:20-cv-00733 (E.D. Ark. Jun 11, 2020), Court Docket (06/11/2020)**

| | |
|---|---|
| Parties | Kelly Jackson; Wellpath LLC |
| Date Filed | Jun. 11, 2020 |
| Last Updated | Oct. 10, 2020 at 12:07 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**97.**  **Moser v. Care IV Inc et al, Docket No. 4:20-cv-00731 (E.D. Ark. Jun 10, 2020), Court Docket (06/10/2020)**

| | |
|---|---|
| Parties | Amber Moser; Care IV Inc; Ralph J Friedmann, III |
| Date Filed | Jun. 10, 2020 |
| Last Updated | Oct. 26, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**98.**  **Kelley v. Invacor Solutions, LLC et al, Docket No. 4:20-cv-02013 (S.D. Tex. Jun 08, 2020), Court Docket (06/08/2020)**

| | |
|---|---|
| Parties | Raul Meza; Erik Olascoaga; Invacor Solutions, LLC; Invacore Pipeline and Process Solutions, LLC; Wesley Kelley; Leon Jenkins |
| Date Filed | Jun. 08, 2020 |
| Last Updated | Jan. 02, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | GEORGE C. HANKS |
| Cause of Action | 29:201 Fair Labor Standards Act |

**99.    Powers v. Rossco Crane & Rigging, Inc. et al, Docket No. 1:20-cv-00101 (D.N.D. Jun 05, 2020), Court Docket (06/05/2020)**

| | |
|---|---|
| Parties | Ross Kovach; AMA Investments, LLC; Craig Breitbach; Kevin Powers; Jere Kovach; John Butler; Rossco Crane & Rigging, Inc. |
| Date Filed | Jun. 05, 2020 |
| Last Updated | Dec. 26, 2020 at 11:54 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Daniel Mack Traynor |
| Cause of Action | 29:201 Fair Labor Standards Act |

**100.   Reed v. Caterpillar Inc, Docket No. 4:20-cv-00717 (E.D. Ark. Jun 05, 2020), Court Docket (06/05/2020)**

| | |
|---|---|
| Parties | Caterpillar Inc; Tenecia Reed |
| Date Filed | Jun. 05, 2020 |
| Last Updated | Oct. 10, 2020 at 12:07 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**101.   Walker v. Pinnacle Electric Inc et al, Docket No. 4:20-cv-00713 (E.D. Ark. Jun 04, 2020), Court Docket (06/04/2020)**

| | |
|---|---|
| Parties | Thomas Walker; Pinnacle Electric Inc; Tony Carlin |
| Date Filed | Jun. 04, 2020 |
| Last Updated | Sep. 04, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**102.   Chapman v. Danfoss, LLC, Docket No. 6:20-cv-06057 (W.D. Ark. Jun 04, 2020), Court Docket (06/04/2020)**

| | |
|---|---|
| Parties | Danfoss, LLC; Aubrey Chapman |
| Date Filed | Jun. 04, 2020 |
| Last Updated | Nov. 04, 2020 at 02:12 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Fair Labor Standards Act |

**103.   Ward et al v. Welspun Pipes Inc et al, Docket No. 4:20-cv-00704 (E.D. Ark. Jun 03, 2020), Court Docket (06/03/2020)**

| | |
|---|---|
| Parties | Tre Washington; David Stills; Shan Russ; Christopher Fitzhugh; Zack Taylor; Terrance Banks; Lewis Pafford; Arch Childers; Ida Ealy; Carlos Bozeman; Welspun Pipes Inc; Darin McNeil; Byron Gillespie; Tommy Smith; Reno Robinson; Welspun Tubular LLC; Brandon Ward; Welspun USA Inc; Tarrell Thompson; Martell Wilbon; Scottie Wilson; Bobby Young |
| Date Filed | Jun. 03, 2020 |
| Last Updated | Dec. 12, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**104.   Kneuss v. Advanced Clinical Employment Staffing LLC, Docket No. 2:20-cv-00773 (N.D. Ala. Jun 02, 2020), Court Docket (06/02/2020)**

| | |
|---|---|
| Parties | Advanced Clinical Employment Staffing LLC; Laurie Kneuss |
| Date Filed | Jun. 02, 2020 |
| Last Updated | Nov. 25, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Madeline Hughes Haikala |
| Cause of Action | 29:201 Fair Labor Standards Act |

**105.   Huey v. Trinity Properties LLC, Docket No. 4:20-cv-00685 (E.D. Ark. Jun 02, 2020), Court Docket (06/02/2020)**

| | |
|---|---|
| Parties | Christopher Huey; Trinity Properties LLC; Trinity Property Management LLC |
| Date Filed | Jun. 02, 2020 |

**Bloomberg Law®**

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | | |
|---|---|---|
| | Last Updated | Nov. 26, 2020 at 11:59 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**106.**   **Wright v. United Cerebral Palsy of Central Arkansas Inc et al, Docket No. 4:20-cv-00698 (E.D. Ark. Jun 01, 2020), Court Docket (06/01/2020)**

| | | |
|---|---|---|
| | Parties | Paula Rader; Tawanda Wright; United Cerebral Palsy of Central Arkansas Inc |
| | Date Filed | Jun. 01, 2020 |
| | Last Updated | Oct. 15, 2020 at 12:05 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**107.**   **Causey et al v. Bank OZK, Docket No. 4:20-cv-00687 (E.D. Ark. May 28, 2020), Court Docket (05/28/2020)**

| | | |
|---|---|---|
| | Parties | Alesha Arnold; Vicki Causey; Bank OZK |
| | Date Filed | May. 28, 2020 |
| | Last Updated | Dec. 12, 2020 at 12:01 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Denzil Price Marshall Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**108.**   **Hurtado v. Prime Comms Retail, LLC, Docket No. 5:20-cv-00627 (W.D. Tex. May 26, 2020), Court Docket (05/26/2020)**

| | | |
|---|---|---|
| | Parties | Prime Comms Retail, LLC; Dante Hurtado; Dylan Gallagher |
| | Date Filed | May. 26, 2020 |
| | Last Updated | Sep. 19, 2020 at 12:05 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | ORLANDO LUIS GARCIA |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**109.**   **Pilgreen v. Intimidator Inc et al, Docket No. 3:20-cv-00144 (E.D. Ark. May 21, 2020), Court Docket (05/21/2020)**

| | | |
|---|---|---|
| | Parties | Intimidator Special Vehicles Team LLC; Intimidator Inc; Ross Pilgreen |
| | Date Filed | May. 21, 2020 |
| | Last Updated | Dec. 23, 2020 at 12:05 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Denzil Price Marshall Jr |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**110.**   **Ponder v. HD Clinic Ltd, Docket No. 4:20-cv-00542 (E.D. Ark. May 20, 2020), Court Docket (05/20/2020)**

| | | |
|---|---|---|
| | Parties | HD Clinic Ltd; Morganne Ponder |
| | Date Filed | May. 20, 2020 |
| | Last Updated | Jul. 16, 2020 at 11:59 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Kristine Gerhard Baker |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**111.**   **Baker v. APC Passe LLC et al, Docket No. 4:20-cv-00508 (E.D. Ark. May 13, 2020), Court Docket (05/13/2020)**

| | | |
|---|---|---|
| | Parties | Arkansas Provider Coalition LLC; APC Passe LLC; Cecilia Baker; Anthem Partnership Holding Company LLC |
| | Date Filed | May. 13, 2020 |
| | Last Updated | Dec. 27, 2020 at 11:59 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Kristine Gerhard Baker |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**112.**   **Supernaw v. Arklahoma Industrial Refrigeration, Inc. et al, Docket No. 2:20-cv-02082 (W.D. Ark. May 13, 2020), Court Docket (05/13/2020)**

| | | |
|---|---|---|
| | Parties | Lindsey Supernaw; Arklahoma Industrial Refrigeration, Inc.; Albert Littleton |
| | Date Filed | May. 13, 2020 |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| **Last Updated** | Jul. 18, 2020 at 12:01 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Paul Kinloch Holmes III |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**113.    Brantley v. Billy Randall Machen DDS PA et al, Docket No. 4:20-cv-00502 (E.D. Ark. May 12, 2020), Court Docket (05/12/2020)**

| | |
|---|---|
| **Parties** | Joycelyn Brantley; Billy Randall Machen; Billy Randall Machen DDS PA |
| **Date Filed** | May. 12, 2020 |
| **Last Updated** | Dec. 10, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Rudofsky, Lee P. |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**114.    Norman v. Independent Case Management Inc, Docket No. 4:20-cv-00492 (E.D. Ark. May 11, 2020), Court Docket (05/11/2020)**

| | |
|---|---|
| **Parties** | Independent Case Management Inc; Bonnie Norman |
| **Date Filed** | May. 11, 2020 |
| **Last Updated** | Nov. 20, 2020 at 12:01 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**115.    Patterson v. Gibraltar Energy Company et al, Docket No. 1:20-cv-01020 (W.D. Ark. May 08, 2020), Court Docket (05/08/2020)**

| | |
|---|---|
| **Parties** | Lavonne Patterson; Gibraltar Energy Company; Vertis Mason; Richard H. Mason |
| **Date Filed** | May. 08, 2020 |
| **Last Updated** | Dec. 26, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Susan Owens Hickey |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**116.    Kenworthy et al v. Nextier Oilfield Solutions, Inc et al, Docket No. 7:20-cv-00111 (W.D. Tex. May 07, 2020), Court Docket (05/07/2020)**

| | |
|---|---|
| **Parties** | Kyle Kenworthy; C&J Energy Services, Inc; Michael Sperling; Stephen Makanju; Nextier Completion Solutions, Inc; Ted Williams; Nextier Oilfield Solutions, Inc; Chad Hensley |
| **Date Filed** | May. 07, 2020 |
| **Last Updated** | Sep. 17, 2020 at 12:04 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | W. DAVID COUNTS |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**117.    Dunlap v. Southern Pipeline Construction Company Inc, Docket No. 4:20-cv-00482 (E.D. Ark. May 06, 2020), Court Docket (05/06/2020)**

| | |
|---|---|
| **Parties** | Stephanie Dunlap; Southern Pipeline Construction Company Inc |
| **Date Filed** | May. 06, 2020 |
| **Last Updated** | Sep. 06, 2020 at 11:47 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Rudofsky, Lee P. |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**118.    Clark v. Southwestern Energy Company et al, Docket No. 4:20-cv-00475 (E.D. Ark. May 05, 2020), Court Docket (05/05/2020)**

| | |
|---|---|
| **Parties** | Southwestern Energy Company; Flywheel Energy Production LLC; Flywheel Energy Management LLC; Thomas Clark |
| **Date Filed** | May. 05, 2020 |
| **Last Updated** | Nov. 16, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**119.   Johnson v. Deshawn Jones Partnership LLC et al, Docket No. 4:20-cv-00471 (E.D. Ark. May 04, 2020), Court Docket (05/04/2020)**

| | |
|---|---|
| Parties | Deshawn Jones Partnership LLC; Adam Johnson; Ben Jones |
| Date Filed | May. 04, 2020 |
| Last Updated | Nov. 07, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**120.   Davis et al v. Nextier Oilfield Solutions, Inc. et al, Docket No. 7:20-cv-00109 (W.D. Tex. May 04, 2020), Court Docket (05/04/2020)**

| | |
|---|---|
| Parties | Casey Hayes; Mackenzie Davis; Nextier Completion Solutions, Inc.; Derek Comeaux; C&J Energy Services, Inc.; Corey Hudson; Ron Migues; Nextier Oilfield Solutions, Inc. |
| Date Filed | May. 04, 2020 |
| Last Updated | Sep. 15, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | W. DAVID COUNTS |
| Cause of Action | 29:201 Fair Labor Standards Act |

**121.   Carnley v. Muggle Towing, LLC et al, Docket No. 6:20-cv-00225 (E.D. Tex. Apr 30, 2020), Court Docket (04/30/2020)**

| | |
|---|---|
| Parties | Trey Carnley; Muggle Towing, LLC; John D Love; Jessica Warren |
| Date Filed | Apr. 30, 2020 |
| Last Updated | Dec. 20, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | MR. JEREMY DANIEL KERNODLE |
| Cause of Action | 29:201 Fair Labor Standards Act |

**122.   Ward v. Liberty Oilfield Services, LLC et al, Docket No. 5:20-cv-00531 (W.D. Tex. Apr 29, 2020), Court Docket (04/29/2020)**

| | |
|---|---|
| Parties | Micah Gentry; Anthony Priggett; Anthony Ortiz; Samuel Hayslip; David Mora; Edward Osafo; Lance Turner; Liberty Oilfield Services, Inc; Edward Ward; Jack Huff; Roberto R. Ramos; Herbert Watts; Jason Gregersen; Liberty Oilfield Services, LLC; Gilbert Morin |
| Date Filed | Apr. 29, 2020 |
| Last Updated | Dec. 09, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ORLANDO LUIS GARCIA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**123.   Usselman v. Total Refrigeration Service Inc et al, Docket No. 4:20-cv-00458 (E.D. Ark. Apr 27, 2020), Court Docket (04/27/2020)**

| | |
|---|---|
| Parties | Total Refrigeration Service Inc; Tonya Seljan; Richard Usselman; Joseph Seljan |
| Date Filed | Apr. 27, 2020 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**124.   Wright v. Tyler Technologies Inc, Docket No. 4:20-cv-00454 (E.D. Ark. Apr 27, 2020), Court Docket (04/27/2020)**

| | |
|---|---|
| Parties | Tyler Technologies Inc; Matthew Wright |
| Date Filed | Apr. 27, 2020 |
| Last Updated | Jan. 02, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**125.   Soto et al v. Marquez Construction & Maintenance, LLC et al, Docket No. 7:20-cv-00101 (W.D. Tex. Apr 24, 2020), Court Docket (04/24/2020)**

| | |
|---|---|
| Parties | Marquez Construction & Maintenance, LLC; Talis Industries, LLC; Jose Marquez; Mario Sanchez; Victor Lujan; Daniel Soto; Ricardo Sanchez |
| Date Filed | Apr. 24, 2020 |

| | |
|---|---|
| **Last Updated** | Jan. 04, 2021 at 11:50 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | W. DAVID COUNTS |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**126.**    **Fingerhut v. EBSCO Industries, Inc., Docket No. 2:20-cv-02062 (W.D. Ark. Apr 21, 2020), Court Docket (04/21/2020)**

| | |
|---|---|
| **Parties** | William Fingerhut; EBSCO Industries, Inc. |
| **Date Filed** | Apr. 21, 2020 |
| **Last Updated** | Oct. 04, 2020 at 11:53 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Paul Kinloch Holmes III |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**127.**    **Welch v. Jenn Energy Services, LLC et al, Docket No. 5:20-cv-00059 (S.D. Tex. Apr 20, 2020), Court Docket (04/20/2020)**

| | |
|---|---|
| **Parties** | George Welch; Richard Calan Pickard; Jenn Energy Services, LLC |
| **Date Filed** | Apr. 20, 2020 |
| **Last Updated** | Nov. 16, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Diana Saldana |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**128.**    **Williams v. Tang, Inc. et al, Docket No. 9:20-cv-00076 (E.D. Tex. Apr 17, 2020), Court Docket (04/17/2020)**

| | |
|---|---|
| **Parties** | Leng Tang; Ricky Williams; Tang, Inc. |
| **Date Filed** | Apr. 17, 2020 |
| **Last Updated** | Nov. 27, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | RON CLARK |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**129.**    **Ray v. Preferred Roofing Solutions Inc et al, Docket No. 4:20-cv-00413 (E.D. Ark. Apr 16, 2020), Court Docket (04/16/2020)**

| | |
|---|---|
| **Parties** | RoofConnect Logistics Inc; Benjamin Ray; David Workman; RoofConnect Management LLC; RoofConnect; Preferred Roofing Solutions Inc |
| **Date Filed** | Apr. 16, 2020 |
| **Last Updated** | Nov. 09, 2020 at 12:01 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**130.**    **Spector v. Nilkanth Pizza Inc et al, Docket No. 4:20-cv-00412 (E.D. Ark. Apr 16, 2020), Court Docket (04/16/2020)**

| | |
|---|---|
| **Parties** | Nilkanth Pizza Inc; Dipesh Patel; Kristen Spector; Jenny Patel; PRD Pizza Inc |
| **Date Filed** | Apr. 16, 2020 |
| **Last Updated** | May. 26, 2020 at 12:28 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**131.**    **Butler v. Signal Hill Telecom Services US Inc, Docket No. 2:20-cv-00578 (W.D. Wash. Apr 16, 2020), Court Docket (04/16/2020)**

| | |
|---|---|
| **Parties** | Richard Butler; Signal Hill Telecom Services US Inc |
| **Date Filed** | Apr. 16, 2020 |
| **Last Updated** | Jan. 04, 2021 at 11:49 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | J. Richard Creatura |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**132.**    **Klinge v. KBL Associates, LLC et al, Docket No. 5:20-cv-00470 (W.D. Tex. Apr 15, 2020), Court Docket (04/15/2020)**

| | |
|---|---|
| **Parties** | Brad Klinge; Kimberly Leatherwood; KBL Associates, LLC |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

List of Results (310)

|  | |
|---|---|
| Date Filed | Apr. 15, 2020 |
| Last Updated | Jan. 06, 2021 at 09:09 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | XAVIER RODRIGUEZ |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**133.**   **Johnson v. JGOO, Inc. et al, Docket No. 6:20-cv-06042 (W.D. Ark. Apr 13, 2020), Court Docket (04/13/2020)**

|  | |
|---|---|
| Parties | JGOO, Inc.; Oswaldo Oseguera; Lindsey Johnson |
| Date Filed | Apr. 13, 2020 |
| Last Updated | Nov. 11, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ROBERT TOOMBS DAWSON |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**134.**   **Fuller v. Singleton Farms LLC et al, Docket No. 2:20-cv-00082 (E.D. Ark. Apr 10, 2020), Court Docket (04/10/2020)**

|  | |
|---|---|
| Parties | Mark Singleton; Singleton Farms LLC; Michael Fuller |
| Date Filed | Apr. 10, 2020 |
| Last Updated | Aug. 01, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**135.**   **Lozano v. Bexar County, Texas, Docket No. 5:20-cv-00450 (W.D. Tex. Apr 09, 2020), Court Docket (04/09/2020)**

|  | |
|---|---|
| Parties | Bexar County, Texas; Moses Lozano |
| Date Filed | Apr. 09, 2020 |
| Last Updated | Jul. 24, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Jason Kenneth Pulliam |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**136.**   **Harris v. Ratner Steel Supply Co et al, Docket No. 3:20-cv-00112 (E.D. Ark. Apr 08, 2020), Court Docket (04/08/2020)**

|  | |
|---|---|
| Parties | Nelson Harris, Jr; Ratner Steel Supply Co; Mark Ratner |
| Date Filed | Apr. 08, 2020 |
| Last Updated | Dec. 14, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**137.**   **Hillyer v. Romine Transportation LLC et al, Docket No. 1:20-cv-00475 (N.D. Ala. Apr 08, 2020), Court Docket (04/08/2020)**

|  | |
|---|---|
| Parties | Tarek Hillyer; Marcus Romine; Romine Transportation LLC |
| Date Filed | Apr. 08, 2020 |
| Last Updated | Dec. 24, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Corey Landon Maze |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**138.**   **Webb v. XPO Logistics Manufacturing LLC, Docket No. 4:20-cv-00377 (E.D. Ark. Apr 03, 2020), Court Docket (04/03/2020)**

|  | |
|---|---|
| Parties | Jeffery Webb; XPO Logistics Manufacturing LLC |
| Date Filed | Apr. 03, 2020 |
| Last Updated | Sep. 02, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**Bloomberg Law**®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**139.   Brock-Burchett v. McNew Fabrication Inc et al, Docket No. 4:20-cv-00374 (E.D. Ark. Apr 03, 2020), Court Docket (04/03/2020)**

| | |
|---|---|
| Parties | Jeffrey McNew; McNew Fabrication Inc; Dorothy Brock-Burchett |
| Date Filed | Apr. 03, 2020 |
| Last Updated | Dec. 09, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**140.   Soto v. Covenant Testing Technologies, LLC, Docket No. 5:20-cv-00408 (W.D. Tex. Apr 01, 2020), Court Docket (04/01/2020)**

| | |
|---|---|
| Parties | Covenant Testing Technologies, LLC; Sean Soto |
| Date Filed | Apr. 01, 2020 |
| Last Updated | Dec. 12, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Samuel Frederick Biery Jr |
| Cause of Action | 29:201 Fair Labor Standards Act |

**141.   Williams v. JEI Trucking LLC et al, Docket No. 4:20-cv-00137 (N.D. Okla. Mar 31, 2020), Court Docket (03/31/2020)**

| | |
|---|---|
| Parties | JEI Trucking LLC; Steven Nason; Justin Williams; Starr Oilfield Services LLC |
| Date Filed | Mar. 31, 2020 |
| Last Updated | Dec. 12, 2020 at 11:52 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | TERENCE C. KERN |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**142.   Collins et al v. Pel-State Bulk Plant, LLC et al, Docket No. 7:20-cv-00083 (W.D. Tex. Mar 27, 2020), Court Docket (03/27/2020)**

| | |
|---|---|
| Parties | Calvin Collins; Pel-State Bulk Plant, LLC; Zachary Hall; William H. Broyles, II |
| Date Filed | Mar. 27, 2020 |
| Last Updated | Dec. 12, 2020 at 11:54 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | W. DAVID COUNTS |
| Cause of Action | 29:201 Fair Labor Standards Act |

**143.   Williams v. Coryell Family Health, Docket No. 6:20-cv-00223 (W.D. Tex. Mar 25, 2020), Court Docket (03/25/2020)**

| | |
|---|---|
| Parties | Amy Williams; Coryell County Memorial Hospital Authority; Coryell Family Health |
| Date Filed | Mar. 25, 2020 |
| Last Updated | Dec. 06, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ALAN D. ALBRIGHT |
| Cause of Action | 29:201 Fair Labor Standards Act |

**144.   Atkinson v. Metcon Group, LLC et al, Docket No. 5:20-cv-00378 (W.D. Tex. Mar 25, 2020), Court Docket (03/25/2020)**

| | |
|---|---|
| Parties | Anthony Atkinson; Metcon Group, LLC; Cathy Criado; Jeffrey Schaeffer |
| Date Filed | Mar. 25, 2020 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**145.   Andres Leal v. Cobb, Fendley & Associates, Inc., Docket No. 5:20-cv-00372 (W.D. Tex. Mar 24, 2020), Court Docket (03/24/2020)**

| | |
|---|---|
| Parties | Andres Leal; Joseph Balusek; CobbFendley International, LLC; Cobb, Fendley & Associates, Inc. |
| Date Filed | Mar. 24, 2020 |
| Last Updated | Nov. 14, 2020 at 11:53 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ORLANDO LUIS GARCIA |

|  | Cause of Action | 29:201 Fair Labor Standards Act |
|---|---|---|

**146.   Whittenberg v. Centene Company of Texas, L.P. et al, Docket No. 5:20-cv-00353 (W.D. Tex. Mar 20, 2020), Court Docket (03/20/2020)**

|  |  |
|---|---|
| Parties | Stefanie Barrera; Centene Company of Texas, L.P.; Centene Corporation; Shelley Whittenberg; Centene Management Company, LLC |
| Date Filed | Mar. 20, 2020 |
| Last Updated | Nov. 05, 2020 at 02:46 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**147.   Flores-Litman v. Flight Services & Systems, LLC, Docket No. 5:20-cv-00346 (W.D. Tex. Mar 19, 2020), Court Docket (03/19/2020)**

|  |  |
|---|---|
| Parties | Mariam Flores-Litman; Flight Services & Systems, LLC |
| Date Filed | Mar. 19, 2020 |
| Last Updated | Nov. 09, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Samuel Frederick Biery Jr |
| Cause of Action | 29:201 Fair Labor Standards Act |

**148.   Sano v. BTS Motors, LLC et al, Docket No. 6:20-cv-00135 (E.D. Tex. Mar 19, 2020), Court Docket (03/19/2020)**

|  |  |
|---|---|
| Parties | Nona Sano; Todd Behringer; BTS Motors, LLC |
| Date Filed | Mar. 19, 2020 |
| Last Updated | Oct. 27, 2020 at 12:19 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | John Campbell Barker |
| Cause of Action | 29:201 Fair Labor Standards Act |

**149.   Bogart et al v. Biggs, Docket No. 2:20-cv-02033 (W.D. Ark. Mar 16, 2020), Court Docket (03/16/2020)**

|  |  |
|---|---|
| Parties | Jonathan Esquivel; Braeden Rofkahr; Corey Biggs; Seth Bogart |
| Date Filed | Mar. 16, 2020 |
| Last Updated | Jul. 26, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

**150.   Crain v. Arkansas Quality Therapy Co et al, Docket No. 4:20-cv-00245 (E.D. Ark. Mar 06, 2020), Court Docket (03/06/2020)**

|  |  |
|---|---|
| Parties | Trooper Tolbert; Danielle Crain; Corey Kimbrough; Arkansas Quality Therapy Co |
| Date Filed | Mar. 06, 2020 |
| Last Updated | Dec. 15, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**151.   Burley v. Central Arkansas Area Agency on Aging Inc, Docket No. 4:20-cv-00226 (E.D. Ark. Mar 02, 2020), Court Docket (03/02/2020)**

|  |  |
|---|---|
| Parties | Kametric Burley; Central Arkansas Area Agency on Aging Inc |
| Date Filed | Mar. 02, 2020 |
| Last Updated | Dec. 17, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**152.   Tolbert v. B&S Consolidated Enterprise Inc, Docket No. 4:20-cv-00225 (E.D. Ark. Mar 02, 2020), Court Docket (03/02/2020)**

|  |  |
|---|---|
| Parties | Gabriel Tolbert; B&S Consolidated Enterprise Inc |
| Date Filed | Mar. 02, 2020 |
| Last Updated | Dec. 08, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  | Judge(s) | Rudofsky, Lee P. |
|---|---|---|
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**153.   Garcia v. Crain Concrete Construction LLC et al, Docket No. 4:20-cv-00217 (E.D. Ark. Feb 28, 2020), Court Docket (02/28/2020)**

|  | Parties | Steven Crain; Crain Concrete Construction LLC; Javier Garcia |
|---|---|---|
|  | Date Filed | Feb. 28, 2020 |
|  | Last Updated | Dec. 12, 2020 at 12:01 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Rudofsky, Lee P. |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**154.   Campbell et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00713 (S.D. Tex. Feb 28, 2020), Court Docket (02/28/2020)**

|  | Parties | Josette Carter; Thomas Cox; Lee Brown; Scott Mulloy; John Webb; Talaka Robinson; Dayprion Harris; Anthony Campbell; Herman Singleton; LaToya Cook; Tirzah Burt; Fernando Clark; Patricia Irvin; Express Courier International, Inc.; David Lumas; Vince Sutton; Kathie Terral; Lenny McElveen; Susana Paniagua; Calvin Williams; Ronald Womack; Ronnie McGee; Rick Hobson; Jeffery Long, Sr; Regina Beavers; Sarah Hayman; Larry Grissom; David Delatte, Sr; Kenneth Brooks; John Gardner; John Boswell; Alicia McKinney; Allison McElveen; Larry Thomas; Calandra Banks; Ralph Williams; Steve Williams; Thoreausa Horne; Joann Brown; Tyrone Johnson; Arthur Scott; Wendy Anderson; Don Brock; Teresa Boatrite; EMP LSO Holding Corporation; Charles Briscoe; Patricia Williams; Jene Carroll; Patrick Jenkins; Richard Ross; Barbara Taylor; Marilyn Coffey; Allison Naylor; Antarreo Young; Linda Fleming; Jacoby Curry; Roy McCarty; Jerry Bunley; R. C. Chapman; Quincy Scott |
|---|---|---|
|  | Date Filed | Feb. 28, 2020 |
|  | Last Updated | Nov. 18, 2020 at 11:59 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | KENNETH M. HOYT |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

---

**155.   Lewis et al v. Shine Solar, LLC et al, Docket No. 5:20-cv-05038 (W.D. Ark. Feb 27, 2020), Court Docket (02/27/2020)**

|  | Parties | Brigid Lewis; Jenny Bolin; Skylar Mann; Shine Solar, LLC; Caleb Gorden; Thomas Lowden |
|---|---|---|
|  | Date Filed | Feb. 27, 2020 |
|  | Last Updated | Oct. 19, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Paul Kinloch Holmes III |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

---

**156.   Roberson et al v. Vital Energy Transportation, Inc. et al, Docket No. 4:20-cv-00695 (S.D. Tex. Feb 27, 2020), Court Docket (02/27/2020)**

|  | Parties | Vital Energy Transportation, Inc.; Larry Roberson; Kenneth Ancar, Jr.; Michael Johnson |
|---|---|---|
|  | Date Filed | Feb. 27, 2020 |
|  | Last Updated | Jul. 15, 2020 at 11:49 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | KENNETH M. HOYT |
|  | Cause of Action | 29:201 Fair Labor Standards Act |

---

**157.   Lee v. Lighthouse Compliance Solutions Inc et al, Docket No. 4:20-cv-00197 (E.D. Ark. Feb 26, 2020), Court Docket (02/26/2020)**

|  | Parties | David Ankeny; Debbie Lee; Lighthouse Compliance Solutions Inc |
|---|---|---|
|  | Date Filed | Feb. 26, 2020 |
|  | Last Updated | Dec. 26, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Brian Stacy Miller |
|  | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**158.    Holmes et al v. Stetson Courier Inc, Docket No. 4:20-cv-00191 (E.D. Ark. Feb 25, 2020), Court Docket (02/25/2020)**

| | |
|---|---|
| Parties | Stetson Courier Inc; Melissa Garner; Roy Holmes; Patrick Norris; Tina Alexander; John Stetson |
| Date Filed | Feb. 25, 2020 |
| Last Updated | Aug. 20, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**159.    McCann et al v. CCI General Contractors LLC et al, Docket No. 4:20-cv-00184 (E.D. Ark. Feb 24, 2020), Court Docket (02/24/2020)**

| | |
|---|---|
| Parties | CCI General Contractors LLC; Brandon Oglesby; Kevin Abbott; Tony Bryan; Chad McCann |
| Date Filed | Feb. 24, 2020 |
| Last Updated | Dec. 08, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**160.    Sierra et al v. Amcare Senior Life Partners Inc, Docket No. 4:20-cv-00170 (E.D. Ark. Feb 20, 2020), Court Docket (02/20/2020)**

| | |
|---|---|
| Parties | Lindsay Bowes; Amcare Senior Life Partners Inc; Andrea Sierra |
| Date Filed | Feb. 20, 2020 |
| Last Updated | Sep. 04, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**161.    Handy et al v. Langston Companies Inc, Docket No. 3:20-cv-00055 (E.D. Ark. Feb 14, 2020), Court Docket (02/14/2020)**

| | |
|---|---|
| Parties | Kristin Handy; Langston Companies Inc; Jelessa Williams; Cedric Clark |
| Date Filed | Feb. 14, 2020 |
| Last Updated | Dec. 29, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**162.    Wolfe et al v. Affordable Rooter Service LLC et al, Docket No. 4:20-cv-00156 (E.D. Ark. Feb 14, 2020), Court Docket (02/14/2020)**

| | |
|---|---|
| Parties | Affordable Rooter Service LLC; Tyler Wolfe; Steve Nicholas; Brent Bogan |
| Date Filed | Feb. 14, 2020 |
| Last Updated | Nov. 05, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**163.    Lewis v. Tiger Eye Pizza, LLC et al, Docket No. 4:20-cv-04017 (W.D. Ark. Feb 14, 2020), Court Docket (02/14/2020)**

| | |
|---|---|
| Parties | Tiger Eye Pizza, LLC; Roger Lewis; Kenneth Schroepfer |
| Date Filed | Feb. 14, 2020 |
| Last Updated | Dec. 13, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Fair Labor Standards Act |

**164.    Webb et al v. Swiss Holiday Resort, LLC. et al, Docket No. 3:20-cv-03013 (W.D. Ark. Feb 12, 2020), Court Docket (02/12/2020)**

| | |
|---|---|
| Parties | Swiss Holiday Resort, LLC.; Richard Webb; Christine Mazili; Leslie Stewart |
| Date Filed | Feb. 12, 2020 |
| Last Updated | Jun. 15, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |

**Bloomberg Law**®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  |  |
|---|---|
| Judge(s) | Timothy L. Brooks |
| Cause of Action | 29:201 Fair Labor Standards Act |

**165.** **Brandon et al v. Express Courier International Inc et al, Docket No. 4:20-cv-00455 (S.D. Tex. Feb 11, 2020), Court Docket (02/11/2020)**

|  |  |
|---|---|
| Parties | John Smith; Nurse Charles Brown; Katherine Richardson; Susan Saad; Thomas Ward; Lakeita Butler; Michael Cowdrey; Robert Evans; Scott Randall; Julius Capri; Michael Sherry; George Brandon; John Cook; EMP LSO Holding Corporation; Carol Hoskins; Express Courier International, Inc. |
| Date Filed | Feb. 11, 2020 |
| Last Updated | Dec. 09, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**166.** **Lee v. Southern Star, Inc. et al, Docket No. 2:20-cv-02012 (W.D. Ark. Feb 10, 2020), Court Docket (02/10/2020)**

|  |  |
|---|---|
| Parties | Southern Star, Inc.; Jeremy Fields; Dustin Lee |
| Date Filed | Feb. 10, 2020 |
| Last Updated | Feb. 10, 2020 at 12:20 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**167.** **Simmons et al v. USAble Corporation, Docket No. 4:20-cv-00137 (E.D. Ark. Feb 07, 2020), Court Docket (02/07/2020)**

|  |  |
|---|---|
| Parties | Billie Overstreet; James Young; Kevin Simmons; USAble Corporation |
| Date Filed | Feb. 07, 2020 |
| Last Updated | Jun. 20, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**168.** **Watson et al v. PatientMatters LLC, Docket No. 3:20-cv-00050 (E.D. Ark. Feb 07, 2020), Court Docket (02/07/2020)**

|  |  |
|---|---|
| Parties | PatientMatters LLC; Queen Watson; Jacqueline West |
| Date Filed | Feb. 07, 2020 |
| Last Updated | Jan. 02, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**169.** **Bascomb et al v. Express Courier International Inc et al, Docket No. 4:20-cv-00420 (S.D. Tex. Feb 07, 2020), Court Docket (02/07/2020)**

|  |  |
|---|---|
| Parties | Tasha Burrell; Kenneth Bell; Jamil Pride; Mary Beville; Jerome Belser; George Cahill; Tony Smith; Jerryl Todd; Barry Askins; Robbie Adams; Alfonzo Bryant; Willie Bray; Shanica Bradley; EMP LSO Holding Corporation; Express Courier International, Inc.; David Binkley; Brazzie Brown, Jr; Roberto Arnold; Sandra Beall; Fredrick Clarke; Joseph Walker; Hussam Alholwany; Christopher Brown; Jessie Bascomb; Kimberly Blue; Shaun Younger; Jerry Byrd; Jonathan Bonner; Angela Boyd; Andrew Ayers; Reginald Brown; Sandra Brown; Leroy Baines; Michelle Cash; Joe Batie; John Butler |
| Date Filed | Feb. 07, 2020 |
| Last Updated | Nov. 12, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Fair Labor Standards Act |

**170.** **Jones et al v. Concentrix Services US Inc et al, Docket No. 6:20-cv-00586 (D.S.C. Feb 04, 2020), Court Docket (02/04/2020)**

|  |  |
|---|---|
| Parties | Concentrix Corporation; Concentrix Insurance Administration Solutions Corporation; Jou Moua; Concentrix Services US Inc; Sirena Jones |
| Date Filed | Feb. 04, 2020 |
| Last Updated | Dec. 26, 2020 at 11:57 PM |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Bruce Howe Hendricks |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**171.  Vanhorn et al v. Community Builders Incorporated et al, Docket No. 4:20-cv-00118 (E.D. Ark. Feb 04, 2020), Court Docket (02/04/2020)**

| | |
|---|---|
| **Parties** | Nikki Vanhorn; Whittney Mitchell; Storme Haskins; Greg Wolter; Damien Mitchell; Dean Morrison; CBI Home Improvements; Community Builders Incorporated |
| **Date Filed** | Feb. 04, 2020 |
| **Last Updated** | Dec. 27, 2020 at 11:59 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**172.  Fleming et al v. Tanners II, Inc. et al, Docket No. 6:20-cv-06010 (W.D. Ark. Jan 31, 2020), Court Docket (01/31/2020)**

| | |
|---|---|
| **Parties** | Tanners II, Inc.; Rebekah Fleming; H.R., a Minor, by Rebekah Fleming; Susan Brunette |
| **Date Filed** | Jan. 31, 2020 |
| **Last Updated** | Nov. 18, 2020 at 12:04 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | ROBERT TOOMBS DAWSON |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**173.  Smiley v. Little Rock Donuts LLC et al, Docket No. 4:20-cv-00102 (E.D. Ark. Jan 29, 2020), Court Docket (01/29/2020)**

| | |
|---|---|
| **Parties** | Connor Grimes; James Smiley; Little Rock Donuts LLC; Heather Grimes |
| **Date Filed** | Jan. 29, 2020 |
| **Last Updated** | Sep. 20, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**174.  Kelley v. Two-Step Entertainment, LLC et al, Docket No. 5:20-cv-00099 (W.D. Tex. Jan 27, 2020), Court Docket (01/27/2020)**

| | |
|---|---|
| **Parties** | Brian Tullett; Clarence Kelley; Two-Step Entertainment, LLC; Salvatore Giannino |
| **Date Filed** | Jan. 27, 2020 |
| **Last Updated** | Dec. 15, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Jason Kenneth Pulliam |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**175.  Barber et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00271 (S.D. Tex. Jan 23, 2020), Court Docket (01/23/2020)**

| | |
|---|---|
| **Parties** | Garland Edmonds; Cassandra Jackson; Frank Barber; EMP LSO Holding Corporation; Express Courier International, Inc. |
| **Date Filed** | Jan. 23, 2020 |
| **Last Updated** | Nov. 12, 2020 at 12:06 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | KENNETH M. HOYT |
| **Cause of Action** | 28:1331 Fed. Question: Fair Labor Standards |

---

**176.  Epley v. Startek USA, Inc., Docket No. 6:20-cv-06006 (W.D. Ark. Jan 23, 2020), Court Docket (01/23/2020)**

| | |
|---|---|
| **Parties** | Startek USA, Inc.; Angel Epley |
| **Date Filed** | Jan. 23, 2020 |
| **Last Updated** | Sep. 21, 2020 at 11:55 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | ROBERT TOOMBS DAWSON |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**177.  Stafford v. The Bath Planet of Arkansas, LLC et al, Docket No. 6:20-cv-06005 (W.D. Ark. Jan 22, 2020), Court Docket (01/22/2020)**

| | |
|---|---|
| **Parties** | The Bath Planet of Arkansas, LLC; Jeremy Stafford; Chris Cusick |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| Date Filed | Jan. 22, 2020 |
| Last Updated | Dec. 15, 2020 at 11:52 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ROBERT TOOMBS DAWSON |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**178.   Yasevich et al v. Heritage Company Inc et al, Docket No. 3:20-cv-00019 (E.D. Ark. Jan 22, 2020), Court Docket (01/22/2020)**

| | |
|---|---|
| Parties | Cedrick Gray; Sherri Denney; Livinus Azumara; Roxanne Crowe; Sherry Weeks; Aimee Miliam; Ruby Walton; Kristen Costner; Ronald Denney; Rebekah Wyman; Ronnie Denney; Owen McMullen; Stephen Parnell; Katie Reed; Chanell Williams; Paula Gammons; Jana Wood; Wallis Wilson; Corey Throgmartin; Jennifer Long; Kailey Dickerson; Katrina Grimes; Joshua Stringer; Johnathan Yasevich; Johnathan Woods; Lonna Rose; Alison Jackson; Heath Hatcher; Pamela Cannon; Desaray Holmes; Gabrielle Anderson; Kathy Burdess; Ashley West; Marni Chagala; Ashley Byrd; Brandy Smith; Megan Fisher; Daisy Stell; Lillian Wilson; Kiana Welch; Jay Hayes; Heritage Company Inc; Katherine Hensley; Arnell Jones; Tehrell Jefferson; Detrick Brown; Monica Gurnsey; Nicole Reid; Sandra Franecke; Krystal Todd; Tiana Murphy; Christine Jones; Robert Wilmoth; Heather Whitener; Stephanie Dunbar; Laquisha Jackson; Shynnah Zamudio; Larry Underwood; Jerol Amaya; Bertha Williams; Laura Perry; Danielle Gross; Danielle Lisko; Charles Perry; Andrew West; Ashley Watts; Amber Rice; Adam Followell; Shelly Thomason; Chastiee Jones; Kadi Stonecipher; Charlotte Norman; Sierra Nelson; Amy Goodrum |
| Date Filed | Jan. 22, 2020 |
| Last Updated | Jan. 05, 2021 at 11:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**179.   Nicks et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00250 (S.D. Tex. Jan 22, 2020), Court Docket (01/22/2020)**

| | |
|---|---|
| Parties | Frank Norman; Adriel Johnson; Raymond Bright; Melanie Roper; Bankole Akintelure; Carl Whetsel; Sidney Rollerson; John Stout; Basim Al Haj Mahmoud; Debra Stout; Amro Samara; Jarrett Cannon; Benjamin Njoroge; all plaintiffs; Jason Wade; Olawate Aberibigbe; William Green; Jeffrey Laib; Nikko Henderson; EMP LSO Holding Corporation; James Allison; Express Courier International, Inc.; James Williams; Lee Tibbs; Ronald Christian; David Murphy; John Ondiek; Perminus Mukiri; David Maassen; Lone Star Holdings, LLC; Willie Nicks; Hilbert Cannon; Michael Traylor; Scott Markley; Michael Johnson; Thomas McHargue; Susan Whetsel; Linda Wood |
| Date Filed | Jan. 22, 2020 |
| Last Updated | Dec. 06, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Fair Labor Standards Act |

**180.   Ryte et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00238 (S.D. Tex. Jan 22, 2020), Court Docket (01/22/2020)**

| | |
|---|---|
| Parties | Carmela Hawkins; Tonia Arpke; Terry Cagle; Dimitry Perchik; Darwin Roberson; Amanda Ryte; Jeffrey Uhlrich; William Wheeler; Robert Whiting; Kim Holman; Johnny Ward; Sean Scott; Jonathan LeCroy; L.V. Meadows; Channel Upshaw; Jacob Stanifer; Hsiu Chi Liu; Theresa Hemphill; Chris Averette; EMP LSO Holding Corporation; Dana Smith; Anthony Helms; Express Courier International, Inc. |
| Date Filed | Jan. 22, 2020 |
| Last Updated | Nov. 21, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:0216b |

**181.   Barnette et al v. Express Courier International Inc et al, Docket No. 4:20-cv-00210 (S.D. Tex. Jan 21, 2020), Court Docket (01/21/2020)**

| | |
|---|---|
| Parties | Toby Holliday; Broderick Ghant; Sam Shope; Tax Director John Cox; Mario Moreno; Lloyd Barrett; Matt Fosse; David Barr; Stephanie Martin; Kendall Craig; EMP LSO Holding Corporation; Express Courier International, Inc.; Ebony Knox; Phillip Watkins; Charles Sayles; Norris Russell; Robert Davis; Carl Hyde; Robert Reid; Chris McGrew; Billy Roy; James Weaver; Seth Williamson; Janna Marting; Anthony Moorman; Kasi |

List of Results (310)

| | |
|---|---|
| | Ross; Connie Stark; Walter Moran; Logan Lange; Aaron McRoberts; Dana Cash; Timothy George; Martin Barnette; Mable Bracamonte; Jennie Hampton-Duncan |
| Date Filed | Jan. 21, 2020 |
| Last Updated | Nov. 16, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**182.   Allen et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00198 (S.D. Tex. Jan 17, 2020), Court Docket (01/17/2020)**

| | |
|---|---|
| Parties | Jerry Dixon; Norris Allen; Rodney Miller; Ron Rollins; Eric Holmberg; Janice Suggs; EMP LSO Holding Corporation; Express Courier International, Inc. |
| Date Filed | Jan. 17, 2020 |
| Last Updated | Nov. 12, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

---

**183.   Bell et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00184 (S.D. Tex. Jan 17, 2020), Court Docket (01/17/2020)**

| | |
|---|---|
| Parties | Nora Adkins; Shelley Ruiz; Harry Bilderback; Larry Beckman; Eric Rouse; John Knapp; Joshua Burrus; Warden James Jones; Brett Bower; Jimmy Stringer; Kenny Williams; EMP LSO Holding Corporation; David Bell; Craig Williams; Express Courier International, Inc. |
| Date Filed | Jan. 17, 2020 |
| Last Updated | Nov. 12, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**184.   Bryson v. Protho Junction LLC et al, Docket No. 4:20-cv-00065 (E.D. Ark. Jan 16, 2020), Court Docket (01/16/2020)**

| | |
|---|---|
| Parties | Anant Patel; Dana Bryson; Sanjay B Patel; Bhu Makan; Protho Junction LLC; Kal Makan |
| Date Filed | Jan. 16, 2020 |
| Last Updated | Dec. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**185.   Acklin et al v. Express Courier International, Inc. et al, Docket No. 4:20-cv-00162 (S.D. Tex. Jan 16, 2020), Court Docket (01/16/2020)**

| | |
|---|---|
| Parties | Jeremy N. Cox; Jennifer Beard; Debra Hale; Tonya Ricketts; Steven Teston; Rosheka Douglas; Khalid AlSaadun; Quania Johnson; Brian Traughber; Jamille Watts; Thomas Hubbard; Kelsey Robinson; Brenda Askew; Don Starks; Michael Bennett; Dr. James Johnson; David Rathbone; Tiffany Smith; Brian Coleman; Johnathan Gooden; Ruby Lane; Erica McWilliams; Joseph Crisco; Joshua Matt Daniels; Andrew Gardner, Jr.; Valerica Gafencu; Paul Dodson; Nikia F. Payne; Joan Dowell; Cheryl Drake; John Newman; Austin Tudeme; Corry Knowles; Thomas Morgan; George Dillard, III; James Gallahan; David Shinn; Roger Stephens; Friday Ulumenfo; Raimundo Ferrer; Lester L. Steinback; Jason Higgins; Ashley Morgan; Stephen Brodien; EMP LSO Holding Corporation; Charlotte Ball; Billy Taylor; David Crain; Carl Martin; Clarence Williams; Anna Sutter; Brenda Brown; Mary Bogan; Terrance Boyd; Iris Lucas; Tim Coradini, III; Margaret Italia; Jeraldine Franklin; Cheryl McNeal; Amy Whitworth; Jim A. DuCharme; Cal Colbenson; Timothy Russell; Derek Everett; Jason Calvin; Raymond Clay; Eddie Collins; Donald Hash; Michael Morrison; Judy Rogers; Bobby Goforth; Tauris L. Yates; French Moore; Paige Acklin; Michael Blassingame; Carlis Taylor; Larry DeWeese; David Mallery; Mohsen Ramsis; Ronnie Holden; Khorri Slaughter; Takeshia Clark; Antony Mitchell; Abel Massey; Richard Williams; Michael Rearden; Carey Mitchell; Julie Ewell; Steve Acuff; Kalifa Jaiteh; Shameka Brown; Liliana Nikolic; Tammy Watkins; Javonna Webb; Richard Harris; Jerry Gilbert, Jr.; Dean Ennis; Robert Vogt; Ahmed Alani; Michael J. Lewis |
| Date Filed | Jan. 16, 2020 |
| Last Updated | Nov. 26, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**186.   Skender v. Eden Isle Corporation et al, Docket No. 4:20-cv-00054 (E.D. Ark. Jan 14, 2020), Court Docket (01/14/2020)**

| | |
|---|---|
| **Parties** | Steson Skender; Gary Redd; Eden Isle Corporation |
| **Date Filed** | Jan. 14, 2020 |
| **Last Updated** | Sep. 07, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Billy Roy Wilson Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**187.   Turner et al v. MIH Sales and Marketing Inc et al, Docket No. 4:20-cv-00044 (E.D. Ark. Jan 10, 2020), Court Docket (01/10/2020)**

| | |
|---|---|
| **Parties** | Melodee Thompson; Jessie Turner; John Hilger; MIH Sales and Marketing Inc |
| **Date Filed** | Jan. 10, 2020 |
| **Last Updated** | Aug. 09, 2020 at 11:49 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Rudofsky, Lee P. |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**188.   Stofer v. James Greene & Associates Inc et al, Docket No. 4:20-cv-00027 (E.D. Ark. Jan 08, 2020), Court Docket (01/08/2020)**

| | |
|---|---|
| **Parties** | Robert Stofer; Jeffrey Brantly; James Greene & Associates Inc |
| **Date Filed** | Jan. 08, 2020 |
| **Last Updated** | Jan. 02, 2021 at 11:47 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**189.   Parker v. Maverick Tube Corporation, Docket No. 3:20-cv-00005 (E.D. Ark. Jan 07, 2020), Court Docket (01/07/2020)**

| | |
|---|---|
| **Parties** | Sonobia Parker; Maverick Tube Corporation |
| **Date Filed** | Jan. 07, 2020 |
| **Last Updated** | Dec. 06, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**190.   Goldman et al v. R J Tao LLC et al, Docket No. 4:20-cv-00014 (E.D. Ark. Jan 06, 2020), Court Docket (01/06/2020)**

| | |
|---|---|
| **Parties** | Amelia Goldman; Tiffany Snearly; Jacob Chi; R J Tao LLC; Anabel Logan; Mary Mesquit |
| **Date Filed** | Jan. 06, 2020 |
| **Last Updated** | Oct. 06, 2020 at 12:04 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 28:1446 Petition for Removal-Fair Labor Standards |

**191.   Dunlap et al v. Flash Market LLC et al, Docket No. 4:20-cv-00005 (E.D. Ark. Jan 03, 2020), Court Docket (01/03/2020)**

| | |
|---|---|
| **Parties** | Flash Market LLC; PFMFC Inc; PFMO Inc; Jenelle Garrett; Molly Henderson; Kimberly Dunlap |
| **Date Filed** | Jan. 03, 2020 |
| **Last Updated** | Nov. 23, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**192.   Reece v. L & R Distributors Inc, Docket No. 4:19-cv-00940 (E.D. Ark. Dec 30, 2019), Court Docket (12/30/2019)**

| | |
|---|---|
| **Parties** | L & R Distributors Inc; Chinnettia Reece |
| **Date Filed** | Dec. 30, 2019 |
| **Last Updated** | Sep. 05, 2020 at 12:02 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |

| | | |
|---|---|---|
| | **Judge(s)** | James Maxwell Moody Jr |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**193.**   **Daniels et al v. Quapaw Baths, LLC et al, Docket No. 6:19-cv-06149 (W.D. Ark. Dec 30, 2019), Court Docket (12/30/2019)**

| | | |
|---|---|---|
| | **Parties** | Marcella Nathaniel; Crystal Daniels; Anthony Taylor; Quapaw Baths, LLC; Robert Kempkes |
| | **Date Filed** | Dec. 30, 2019 |
| | **Last Updated** | Sep. 15, 2020 at 12:03 AM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | ROBERT TOOMBS DAWSON |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**194.**   **Patterson v. American Income Life Insurance Co et al, Docket No. 4:19-cv-00918 (E.D. Ark. Dec 19, 2019), Court Docket (12/19/2019)**

| | | |
|---|---|---|
| | **Parties** | Audra Patterson; American Income Life Insurance Co; Aaron Blake Ralston |
| | **Date Filed** | Dec. 19, 2019 |
| | **Last Updated** | Nov. 23, 2020 at 12:00 AM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | Kristine Gerhard Baker |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**195.**   **Tappin v. BRW Inc et al, Docket No. 4:19-cv-00912 (E.D. Ark. Dec 18, 2019), Court Docket (12/18/2019)**

| | | |
|---|---|---|
| | **Parties** | Toquata Tappin; BRW Inc; Bernard R Wait |
| | **Date Filed** | Dec. 18, 2019 |
| | **Last Updated** | Dec. 26, 2020 at 11:58 PM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | James Maxwell Moody Jr |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**196.**   **Hallman et al v. Peco Foods Inc, Docket No. 3:19-cv-00368 (E.D. Ark. Dec 17, 2019), Court Docket (12/17/2019)**

| | | |
|---|---|---|
| | **Parties** | William Hallman; Peco Foods Inc; Deanna Walker |
| | **Date Filed** | Dec. 17, 2019 |
| | **Last Updated** | Nov. 18, 2020 at 12:05 AM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | Denzil Price Marshall Jr |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**197.**   **Barber v. Time For Peace PLLC et al, Docket No. 3:19-cv-00367 (E.D. Ark. Dec 17, 2019), Court Docket (12/17/2019)**

| | | |
|---|---|---|
| | **Parties** | April Timms; Brooke Barber; Time For Peace PLLC |
| | **Date Filed** | Dec. 17, 2019 |
| | **Last Updated** | Nov. 12, 2020 at 12:06 AM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | Denzil Price Marshall Jr |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**198.**   **Whitaker et al v. Youth Opportunity Investments LLC, Docket No. 2:19-cv-00155 (E.D. Ark. Dec 13, 2019), Court Docket (12/13/2019)**

| | | |
|---|---|---|
| | **Parties** | Sharon Whitaker; Youth Opportunity Investments LLC; Travis Cessor |
| | **Date Filed** | Dec. 13, 2019 |
| | **Last Updated** | Sep. 18, 2020 at 12:02 AM |
| | **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| | **Judge(s)** | James Maxwell Moody Jr |
| | **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**199.**   **Scott v. Wings on tha Run LLC et al, Docket No. 4:19-cv-00888 (E.D. Ark. Dec 11, 2019), Court Docket (12/11/2019)**

| | | |
|---|---|---|
| | **Parties** | Wings on tha Run LLC; Telly Scott; Anthony Crutchfield; Keith Worthen |
| | **Date Filed** | Dec. 11, 2019 |
| | **Last Updated** | Dec. 20, 2020 at 12:00 AM |

**Bloomberg Law** ®   © 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**200.**   **Wiggins et al v. Delicious Temptations Inc et al, Docket No. 4:19-cv-00883 (E.D. Ark. Dec 09, 2019), Court Docket (12/09/2019)**

| | |
|---|---|
| **Parties** | Tony Niel; Roxanne Johnson; Destoni Wiggins; Delicious Temptations Inc |
| **Date Filed** | Dec. 09, 2019 |
| **Last Updated** | Dec. 23, 2020 at 12:05 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**201.**   **Marlin v. Cross County, Arkansas, Docket No. 3:19-cv-00355 (E.D. Ark. Dec 09, 2019), Court Docket (12/09/2019)**

| | |
|---|---|
| **Parties** | Cross County, Arkansas; Clint Marlin |
| **Date Filed** | Dec. 09, 2019 |
| **Last Updated** | May. 04, 2020 at 11:54 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**202.**   **Phillips v. FIS Management Services LLC, Docket No. 4:19-cv-00878 (E.D. Ark. Dec 06, 2019), Court Docket (12/06/2019)**

| | |
|---|---|
| **Parties** | Logan Phillips; FIS Management Services LLC |
| **Date Filed** | Dec. 06, 2019 |
| **Last Updated** | May. 28, 2020 at 12:21 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**203.**   **Withrow et al v. Texarkana Behavioral Associates, L.C. et al, Docket No. 5:19-cv-05220 (W.D. Ark. Nov 27, 2019), Court Docket (11/27/2019)**

| | |
|---|---|
| **Parties** | Texarkana Behavioral Associates, L.C.; Connie Meadors; Acadia Healthcare Company, Inc.; Katherine Younts; Stephanie Withrow |
| **Date Filed** | Nov. 27, 2019 |
| **Last Updated** | Jan. 05, 2021 at 04:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Timothy L. Brooks |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**204.**   **Dillard v. Inmate Services Corporation et al, Docket No. 2:19-cv-00150 (E.D. Ark. Nov 27, 2019), Court Docket (11/27/2019)**

| | |
|---|---|
| **Parties** | Inmate Services Corporation; David Dillard; Nicolas Williams; Randy Cagle, Jr |
| **Date Filed** | Nov. 27, 2019 |
| **Last Updated** | Nov. 14, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Denzil Price Marshall Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**205.**   **Jones v. St Francis County, Arkansas, Docket No. 2:19-cv-00148 (E.D. Ark. Nov 27, 2019), Court Docket (11/27/2019)**

| | |
|---|---|
| **Parties** | Justin Jones; St Francis County, Arkansas |
| **Date Filed** | Nov. 27, 2019 |
| **Last Updated** | Nov. 25, 2020 at 12:03 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Billy Roy Wilson Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**206.**   **Hayes v. USAble Corporation, Docket No. 4:19-cv-00845 (E.D. Ark. Nov 26, 2019), Court Docket (11/26/2019)**

| | |
|---|---|
| **Parties** | Shana Hayes; USAble Corporation |

**Bloomberg Law**®

| | |
|---|---|
| Date Filed | Nov. 26, 2019 |
| Last Updated | May. 11, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**207.   Zaffarno v. Saddle Peak LLC, Docket No. 4:19-cv-00836 (E.D. Ark. Nov 25, 2019), Court Docket (11/25/2019)**

| | |
|---|---|
| Parties | Saddle Peak LLC; Oksana Zaffarno |
| Date Filed | Nov. 25, 2019 |
| Last Updated | Dec. 14, 2020 at 11:57 PM |
| Federal Nature of Suit | Civil Rights: Americans with Disabilities - Employment [445] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 42:2000e Job Discrimination (Employment) |

**208.   Reynolds v. Siloam Springs Country Club, Inc., Docket No. 5:19-cv-05217 (W.D. Ark. Nov 22, 2019), Court Docket (11/22/2019)**

| | |
|---|---|
| Parties | The Course at Sager's Crossing, LLC; Jonathan Self; Tom Reynolds; Siloam Springs Country Club, Inc. |
| Date Filed | Nov. 22, 2019 |
| Last Updated | Aug. 08, 2020 at 11:53 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

**209.   Sparks v. Ledic Management Group LLC et al, Docket No. 4:19-cv-00823 (E.D. Ark. Nov 21, 2019), Court Docket (11/21/2019)**

| | |
|---|---|
| Parties | Ledic Management Group LLC; David Dunavant; Michael Sparks |
| Date Filed | Nov. 21, 2019 |
| Last Updated | Jul. 06, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**210.   Woods v. Cenikor Foundation, Docket No. 4:19-cv-04569 (S.D. Tex. Nov 21, 2019), Court Docket (11/21/2019)**

| | |
|---|---|
| Parties | Anthony Woods; Cenikor Foundation |
| Date Filed | Nov. 21, 2019 |
| Last Updated | Mar. 06, 2020 at 11:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KEITH P. ELLISON |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**211.   Pounds v. K&M Capital LLC et al, Docket No. 4:19-cv-00814 (E.D. Ark. Nov 20, 2019), Court Docket (11/20/2019)**

| | |
|---|---|
| Parties | Kelly Joiner; Arthur Pounds; K&M Capital LLC |
| Date Filed | Nov. 20, 2019 |
| Last Updated | Dec. 25, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**212.   Warnock v. Capital City Traffic Control LLC et al, Docket No. 4:19-cv-00813 (E.D. Ark. Nov 20, 2019), Court Docket (11/20/2019)**

| | |
|---|---|
| Parties | Jay Muniz; Dustin Warnock; Capital City Traffic Control LLC |
| Date Filed | Nov. 20, 2019 |
| Last Updated | Sep. 11, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**213.   Roberts v. RREAF Holdings LLC et al, Docket No. 4:19-cv-00812 (E.D. Ark. Nov 20, 2019), Court Docket (11/20/2019)**

| | |
|---|---|
| Parties | Demarius Roberts; Place 10 Residential PM LLC; Beacon Hill Properties LLC; RREAF Holdings LLC |
| Date Filed | Nov. 20, 2019 |
| Last Updated | Dec. 17, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**214.   Meyers v. Hughes Group LLC, Docket No. 4:19-cv-00806 (E.D. Ark. Nov 18, 2019), Court Docket (11/18/2019)**

| | |
|---|---|
| Parties | Kurstin Smith; Hughes Group LLC; Charles Meyers |
| Date Filed | Nov. 18, 2019 |
| Last Updated | Jun. 07, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**215.   Botello v. Mission Cyclesports, L.P. et al, Docket No. 5:19-cv-01348 (W.D. Tex. Nov 18, 2019), Court Docket (11/18/2019)**

| | |
|---|---|
| Parties | Sonya Davila; Franchesca Cerna; Frederick William Bosshardt, II; Mission Cyclesports, L.P.; Leroy Botello; William Dean; Inez Lopez; Ruben R. Hernandez |
| Date Filed | Nov. 18, 2019 |
| Last Updated | Sep. 02, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | ORLANDO LUIS GARCIA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**216.   Thomas et al v. Viskase Companies Inc, Docket No. 3:19-cv-00330 (E.D. Ark. Nov 15, 2019), Court Docket (11/15/2019)**

| | |
|---|---|
| Parties | Sean Garnett; Viskase Companies Inc; Arguster Williams; Jamie Thomas |
| Date Filed | Nov. 15, 2019 |
| Last Updated | Dec. 12, 2020 at 11:54 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**217.   Bolden v. Callahan, Docket No. 4:19-cv-00802 (E.D. Ark. Nov 15, 2019), Court Docket (11/15/2019)**

| | |
|---|---|
| Parties | Sharon Callahan; Cheryl Bolden |
| Date Filed | Nov. 15, 2019 |
| Last Updated | Nov. 07, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**218.   Evans v. Remington Arms Company LLC, Docket No. 4:19-cv-00801 (E.D. Ark. Nov 15, 2019), Court Docket (11/15/2019)**

| | |
|---|---|
| Parties | Lori Evans; Remington Arms Company LLC |
| Date Filed | Nov. 15, 2019 |
| Last Updated | Nov. 11, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**219.   Godwin et al v. K-MAC Enterprises, Inc., Docket No. 1:19-cv-01055 (W.D. Ark. Nov 15, 2019), Court Docket (11/15/2019)**

| | |
|---|---|
| Parties | K-MAC Enterprises, Inc.; Bianica Godwin; Tiara Tucker |
| Date Filed | Nov. 15, 2019 |
| Last Updated | Dec. 25, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**220.   Peel v. Palco Inc, Docket No. 4:19-cv-00795 (E.D. Ark. Nov 13, 2019), Court Docket (11/13/2019)**

| | Parties | Palco Inc; Felisha Peel |
| | Date Filed | Nov. 13, 2019 |
| | Last Updated | Dec. 24, 2020 at 11:58 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Brian Stacy Miller |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**221.   Heslip et al v. Nixon Engineering, LLC et al, Docket No. 5:19-cv-01327 (W.D. Tex. Nov 12, 2019), Court Docket (11/12/2019)**

| | Parties | Steven Mitchell; Rhonda Bryant; Michael Ozmun; Tina Tiner Nixon; Wendy Wise; Dyllon Wilkinson; Emily Beasley; David Sanders; Christopher D. Ozmun; Eric Rondon; Alisa Bernhardt; Will Heslip; Donald Simpson; Marcus Davis; Teresa Logan; Nixon Engineering, LLC |
| | Date Filed | Nov. 12, 2019 |
| | Last Updated | Nov. 05, 2020 at 11:56 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | XAVIER RODRIGUEZ |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**222.   Bell et al v. Mill-Tel, Inc. et al, Docket No. 2:19-cv-02697 (D. Kan. Nov 12, 2019), Court Docket (11/12/2019)**

| | Parties | Coxcom, LLC; Stephen Bell; Jesse Pippen; Cox Communications Kansas, LLC; Mill-Tel, Inc. |
| | Date Filed | Nov. 12, 2019 |
| | Last Updated | Dec. 28, 2020 at 11:59 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | BROOMES, JOHN WESLEY |
| | Cause of Action | 29:201 Fair Labor Standards Act |

---

**223.   Martinous v. FedEx Ground Package System Inc, Docket No. 4:19-cv-00791 (E.D. Ark. Nov 08, 2019), Court Docket (11/08/2019)**

| | Parties | FedEx Ground Package System Inc; Carl Martinous |
| | Date Filed | Nov. 08, 2019 |
| | Last Updated | May. 10, 2020 at 11:58 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**224.   Mitchell et al v. Brown's Moving & Storage Inc, Docket No. 4:19-cv-00783 (E.D. Ark. Nov 06, 2019), Court Docket (11/06/2019)**

| | Parties | Michael Mitchell; Kalin Huskey; Brown's Moving & Storage Inc; Terell Lunnie |
| | Date Filed | Nov. 06, 2019 |
| | Last Updated | Nov. 25, 2020 at 12:03 AM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Rudofsky, Lee P. |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**225.   Kelly v. NPC International Inc, Docket No. 4:19-cv-00776 (E.D. Ark. Nov 01, 2019), Court Docket (11/01/2019)**

| | Parties | Gene Kelly; NPC International Inc |
| | Date Filed | Nov. 01, 2019 |
| | Last Updated | Aug. 04, 2020 at 11:57 PM |
| | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| | Judge(s) | Brian Stacy Miller |
| | Cause of Action | 29:201 Denial of Overtime Compensation |

---

**226.   Salmon et al v. XTO Energy Inc, Docket No. 4:19-cv-00768 (E.D. Ark. Oct 30, 2019), Court Docket (10/30/2019)**

| | Parties | XTO Energy Inc; David Salmon; Angela Landers; Billy Tate; Paula Byrum |

**Bloomberg Law** ®

|  |  |
|---|---|
| Date Filed | Oct. 30, 2019 |
| Last Updated | Dec. 27, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**227.   Dollar et al v. Kirin Garden Lins LLC et al, Docket No. 4:19-cv-00730 (E.D. Ark. Oct 21, 2019), Court Docket (10/21/2019)**

|  |  |
|---|---|
| Parties | Xiang Xu Lin; Kirin Garden Lins LLC; Jaylon Dollar; Stephanie Dollar; Jin Shu Lin |
| Date Filed | Oct. 21, 2019 |
| Last Updated | Nov. 27, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**228.   Pate et al v. Jones Landleveling LLC et al, Docket No. 3:19-cv-00280 (E.D. Ark. Oct 18, 2019), Court Docket (10/18/2019)**

|  |  |
|---|---|
| Parties | John Duckworth; Trace Pate; Jones Landleveling LLC; Donald Grider; Terry Jones; Rick Shaw; Evan Wynn |
| Date Filed | Oct. 18, 2019 |
| Last Updated | Sep. 19, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**229.   Oden v. Shane Smith Enterprises Inc, Docket No. 4:19-cv-00693 (E.D. Ark. Oct 03, 2019), Court Docket (10/03/2019)**

|  |  |
|---|---|
| Parties | Kimberly Oden; Shane Smith Enterprises Inc |
| Date Filed | Oct. 03, 2019 |
| Last Updated | Dec. 13, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Billy Roy Wilson Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**230.   Triplett et al v. A&R Mobile Home Supply and Service Inc et al, Docket No. 4:19-cv-00686 (E.D. Ark. Oct 01, 2019), Court Docket (10/01/2019)**

|  |  |
|---|---|
| Parties | A&R Mobile Home Supply and Service Inc; Guy Triplett; Casey Triplett; Jan McGough; Russell McGough |
| Date Filed | Oct. 01, 2019 |
| Last Updated | Dec. 10, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**231.   Hill v. Fuelco Energy LLC, Docket No. 5:19-cv-01129 (W.D. Tex. Sep 17, 2019), Court Docket (09/17/2019)**

|  |  |
|---|---|
| Parties | Kendrick Carter; Jose Rojas; Robert H. McGarity; Aaron Hill; Fuelco Energy LLC |
| Date Filed | Sep. 17, 2019 |
| Last Updated | Apr. 26, 2020 at 11:49 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

**232.   Craven v. Neeley's Service Center, Inc. et al, Docket No. 4:19-cv-04115 (W.D. Ark. Sep 11, 2019), Court Docket (09/11/2019)**

|  |  |
|---|---|
| Parties | Alfred Neeley; Justin Craven; Neeley's Service Center, Inc. |
| Date Filed | Sep. 11, 2019 |
| Last Updated | Sep. 02, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:206 Collect Unpaid Wages |

**233.   Brown et al v. Trinity Properties LLC, Docket No. 4:19-cv-00617 (E.D. Ark. Sep 04, 2019), Court Docket (09/04/2019)**

| | |
|---|---|
| Parties | Don Harris; David Brown; Mario Foy; Tri 5 Jacksonville LLC; Ashley Moore; Timothy Green; Andmark Chapel Ridge of Conway LLC; Trinity Properties LLC; Tara Crow; Trinity Property Management LLC; Denise Scott |
| Date Filed | Sep. 04, 2019 |
| Last Updated | Dec. 09, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**234.   Fincher v. Laubach Freight Agency Inc et al, Docket No. 3:19-cv-00244 (E.D. Ark. Sep 03, 2019), Court Docket (09/03/2019)**

| | |
|---|---|
| Parties | Laubach Freight Agency Inc; Verlon Fincher; Craig Laubach |
| Date Filed | Sep. 03, 2019 |
| Last Updated | Dec. 26, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor - Family and Medical Leave Act [751] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:2601 Violation of the Family and Medical Leave Act-1993 |

**235.   Carswell et al v. Donda Enterprises LLC et al, Docket No. 4:19-cv-00612 (E.D. Ark. Sep 03, 2019), Court Docket (09/03/2019)**

| | |
|---|---|
| Parties | Donda Enterprises LLC; Kimillia Carswell; Anthony Deluca; Ansuya Patel; Jennifer Dillon |
| Date Filed | Sep. 03, 2019 |
| Last Updated | Sep. 04, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**236.   Wisneski et al v. Belmont Management Company, Inc., Docket No. 2:19-cv-02523 (D. Kan. Aug 29, 2019), Court Docket (08/29/2019)**

| | |
|---|---|
| Parties | Belmont Management Company, Inc.; Mildred Jones; Teresa Wisneski |
| Date Filed | Aug. 29, 2019 |
| Last Updated | Dec. 09, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | JULIE ANN ROBINSON |
| Cause of Action | 29:201 Fair Labor Standards Act |

**237.   Ewing v. Pizza Czar Inc et al, Docket No. 3:19-cv-00232 (E.D. Ark. Aug 21, 2019), Court Docket (08/21/2019)**

| | |
|---|---|
| Parties | James Ewing; Pizza Czar Inc; Shane Holloway |
| Date Filed | Aug. 21, 2019 |
| Last Updated | Dec. 05, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**238.   Christman et al v. New Age Distributing Inc, Docket No. 4:19-cv-00488 (E.D. Ark. Jul 12, 2019), Court Docket (07/12/2019)**

| | |
|---|---|
| Parties | Keith McGee; New Age Distributing Inc; Emanuel Savage; Aaron Christman; Carey Barnes; Cecily Patrick |
| Date Filed | Jul. 12, 2019 |
| Last Updated | Sep. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**239.   Jones v. Univesco, Inc., Docket No. 4:19-cv-00509 (E.D. Tex. Jul 11, 2019), Court Docket (07/11/2019)**

| | |
|---|---|
| Parties | Demarret Jones; Univesco, Inc. |
| Date Filed | Jul. 11, 2019 |
| Last Updated | Nov. 12, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |

| | |
|---|---|
| **Judge(s)** | MR. SEAN DANIEL JORDAN |
| **Cause of Action** | 15:2(a) Fair Labor Standards Act |

**240.   Huff v. Preferred Family Healthcare Incorporated et al, Docket No. 3:19-cv-00193 (E.D. Ark. Jul 08, 2019), Court Docket (07/08/2019)**

| | |
|---|---|
| **Parties** | Randal Huff; Tina Samuels; Quapaw House Inc; Myria Harmon; Preferred Family Healthcare Incorporated; Jane Pitcher; Kelli Ledbetter |
| **Date Filed** | Jul. 08, 2019 |
| **Last Updated** | Sep. 07, 2020 at 11:55 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**241.   Beasley v. Macuils Tire And Service Center LLC et al, Docket No. 4:19-cv-00471 (E.D. Ark. Jul 03, 2019), Court Docket (07/03/2019)**

| | |
|---|---|
| **Parties** | Sergio Macuil; Antonio Beasley; Macuils Tire And Service Center LLC; Angela Galvis Schnuerle |
| **Date Filed** | Jul. 03, 2019 |
| **Last Updated** | Oct. 04, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**242.   Hays et al v. Briggs Rentals LLC et al, Docket No. 4:19-cv-00466 (E.D. Ark. Jul 01, 2019), Court Docket (07/01/2019)**

| | |
|---|---|
| **Parties** | Christopher Hays; Linsay Bradbury; Briggs Rentals LLC; Bobby Briggs |
| **Date Filed** | Jul. 01, 2019 |
| **Last Updated** | Aug. 12, 2020 at 12:00 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | James Maxwell Moody Jr |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**243.   Wall v. Signal Hill Telecom Services US Inc, Docket No. 4:19-cv-00465 (E.D. Ark. Jul 01, 2019), Court Docket (07/01/2019)**

| | |
|---|---|
| **Parties** | Brent Wall; Thomas Paolino; Signal Hill Telecom Services US Inc |
| **Date Filed** | Jul. 01, 2019 |
| **Last Updated** | Aug. 23, 2020 at 11:52 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**244.   Newsome, Jr. v. QES Pressure Control, LLC, Docket No. 7:19-cv-00150 (W.D. Tex. Jun 24, 2019), Court Docket (06/24/2019)**

| | |
|---|---|
| **Parties** | QES Pressure Control, LLC; John Newsome, Jr. |
| **Date Filed** | Jun. 24, 2019 |
| **Last Updated** | Nov. 03, 2020 at 12:22 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | W. DAVID COUNTS |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

**245.   Andrews v. Producers Service Corporation, Docket No. 2:19-cv-02514 (S.D. Ohio Jun 17, 2019), Court Docket (06/17/2019)**

| | |
|---|---|
| **Parties** | Nathan Andrews; Producers Service Corporation |
| **Date Filed** | Jun. 17, 2019 |
| **Last Updated** | Dec. 09, 2020 at 12:06 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | EDMUND A. SARGUS, JR |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**246.** **Garza v. Space Age Communications, Inc. et al, Docket No. 5:19-cv-00700 (W.D. Tex. Jun 17, 2019), Court Docket (06/17/2019)**

| | |
|---|---|
| Parties | James Espinosa; Francisco L. Guerrero; Bernardo Rojas; Adrian G. Bautista; Edwardo Martinez; Genevive Garza; John Hernandez; Creative Broadband Solutions, LLC; Eric Calhoun; Space Age Communications, Inc.; Bruce A. Myrick, Jr.; Roberto Sanchez |
| Date Filed | Jun. 17, 2019 |
| Last Updated | Nov. 28, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Samuel Frederick Biery Jr |
| Cause of Action | 29:201 Fair Labor Standards Act |

**247.** **In re: Attorney Admissions, Docket No. 4:19-mc-01761 (S.D. Tex. Jun 14, 2019), Court Docket (06/14/2019)**

| | |
|---|---|
| Parties | Attorney Admissions |
| Date Filed | Jun. 14, 2019 |
| Last Updated | Jun. 14, 2019 at 02:25 PM |
| Judge(s) | Judge Unassigned |
| Cause of Action | No cause code entered |

**248.** **Rodriguez v. Superior Real Estate Solutions LLC et al, Docket No. 4:19-cv-00405 (E.D. Ark. Jun 11, 2019), Court Docket (06/11/2019)**

| | |
|---|---|
| Parties | Superior Real Estate Solutions LLC; Francisco Alvarenga; Alvin Franks, Jr; Tristan Dukes; Albert Rodriguez; Anthony Owen |
| Date Filed | Jun. 11, 2019 |
| Last Updated | Oct. 01, 2020 at 11:50 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**249.** **Carden et al v. Logan Centers Inc, Docket No. 3:19-cv-00167 (E.D. Ark. Jun 05, 2019), Court Docket (06/05/2019)**

| | |
|---|---|
| Parties | Debbie Russell; Joyce Harris; Sherry Hodge; Tiffany Blake; Rhonda Bohanon; Sabrina Brown; Jenny Baskins; Logan Centers Inc; Tammy Carden |
| Date Filed | Jun. 05, 2019 |
| Last Updated | Dec. 14, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**250.** **In re: Attorney Admissions, Docket No. 4:19-mc-01601 (S.D. Tex. May 31, 2019), Court Docket (05/31/2019)**

| | |
|---|---|
| Parties | Attorney Admissions |
| Date Filed | May. 31, 2019 |
| Last Updated | May. 31, 2019 at 03:25 PM |
| Judge(s) | Judge Unassigned |
| Cause of Action | No cause code entered |

**251.** **Sostaita v. Explore Group, LLC et al, Docket No. 7:19-cv-00127 (W.D. Tex. May 21, 2019), Court Docket (05/21/2019)**

| | |
|---|---|
| Parties | Marcelo Sostaita; Carter National Logistics, LLC; Explore Group, LLC |
| Date Filed | May. 21, 2019 |
| Last Updated | Dec. 14, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | W. DAVID COUNTS |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**252.** **Enriquez v. Rahul et al, Docket No. 5:19-cv-00485 (W.D. Tex. May 07, 2019), Court Docket (05/07/2019)**

| | |
|---|---|
| Parties | Antonio Enriquez; Transcontinental Energy Resource, LLC; Rahul Patel; Transcontinental Oil & Gas, LLC |
| Date Filed | May. 07, 2019 |
| Last Updated | Nov. 09, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  |  |
|---|---|
| Judge(s) | DAVID ALAN EZRA |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**253.  Doss v. Custom Auto Service Inc et al, Docket No. 4:19-cv-00296 (E.D. Ark. Apr 25, 2019), Court Docket (04/25/2019)**

|  |  |
|---|---|
| Parties | Kevin Strayhorn; Custom Auto Service Inc; Joshua Doss |
| Date Filed | Apr. 25, 2019 |
| Last Updated | Nov. 13, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**254.  In re: Attorney Admissions, Docket No. 4:19-mc-01246 (S.D. Tex. Apr 25, 2019), Court Docket (04/25/2019)**

|  |  |
|---|---|
| Parties | Attorney Admissions |
| Date Filed | Apr. 25, 2019 |
| Last Updated | Apr. 25, 2019 at 02:25 PM |
| Judge(s) | Judge Unassigned |
| Cause of Action | No cause code entered |

---

**255.  Smart v. Hughes Arkansas, City of, Docket No. 2:19-cv-00047 (E.D. Ark. Apr 22, 2019), Court Docket (04/22/2019)**

|  |  |
|---|---|
| Parties | Hughes Arkansas, City of; Johnathan Jackson; Terry Ross Riggs; Robert Smart |
| Date Filed | Apr. 22, 2019 |
| Last Updated | Sep. 02, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**256.  Donnell v. Dassault Falcon Jet Corp, Docket No. 4:19-cv-00283 (E.D. Ark. Apr 22, 2019), Court Docket (04/22/2019)**

|  |  |
|---|---|
| Parties | Dassault Falcon Jet Corp; Brian Donnell |
| Date Filed | Apr. 22, 2019 |
| Last Updated | Nov. 12, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**257.  Attaway et al v. Hydrostatic Oil Tools, Inc. et al, Docket No. 1:19-cv-01015 (W.D. Ark. Apr 22, 2019), Court Docket (04/22/2019)**

|  |  |
|---|---|
| Parties | Hydrostatic Oil Tools, Inc.; Joshua Taylor; Billy Pharr; Thomas Attaway; Randy Pharr; Jorge Rodriguez; Devin Dew |
| Date Filed | Apr. 22, 2019 |
| Last Updated | Dec. 22, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**258.  Vannucci et al v. Texarkana Behavioral Associates, L.C. et al, Docket No. 5:19-cv-05076 (W.D. Ark. Apr 15, 2019), Court Docket (04/15/2019)**

|  |  |
|---|---|
| Parties | Texarkana Behavioral Associates, L.C.; Rockell Bogan; Acadia Healthcare Company, Inc.; Carmilo Vannucci; Lekisha Tanakatsubo |
| Date Filed | Apr. 15, 2019 |
| Last Updated | Nov. 13, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy L. Brooks |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**259.  Smith et al v. NPMC et al, Docket No. 4:19-cv-00245 (E.D. Ark. Apr 11, 2019), Court Docket (04/11/2019)**

|  |  |
|---|---|
| Parties | Amy Smith; Trinity River Valley Home Health LLC; NPMC; Home Health LLC; Leslie Turner; Kelsi Frachiseur |
| Date Filed | Apr. 11, 2019 |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| Last Updated | Jul. 23, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

---

**260.**   **Carter et al v. Express Courier International, Inc. et al, Docket No. 4:19-cv-01124 (S.D. Tex. Mar 27, 2019), Court Docket (03/27/2019)**

| | |
|---|---|
| Parties | Shaji Brown; Rufus Davis, Jr.; Kathy Gauthier; David Collins; Rose Taylor; Wayne Robinson; Quintin Guillory; Rodney Douglas; Nicholas Carter; Silvester Johnson; Lee Robinson; Pamela Jones; Jeffery Batten; EMP LSO Holding Corporation; James Kennedy, III; Deborah Jones; Latoya Nicholson; Express Courier International, Inc.; Charles Fielding; Sam Cole; Rodney Harris; Kimberly Knighten; Tanya Brittain; William Larzard, III; Jamal Robertson; Carol Schumacher; Hansel Carter; Denny Schaffer; Eweren Mejia; Ginger Batten; Herman Johnson |
| Date Filed | Mar. 27, 2019 |
| Last Updated | Nov. 28, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**261.**   **Sheffield v. Stewart Builders, Inc., Docket No. 4:19-cv-01030 (S.D. Tex. Mar 20, 2019), Court Docket (03/20/2019)**

| | |
|---|---|
| Parties | Stewart Builders, Inc.; Louis Sheffield |
| Date Filed | Mar. 20, 2019 |
| Last Updated | Dec. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | GRAY HAMPTON MILLER |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

---

**262.**   **Carter v. Kaufman Lumber Company et al, Docket No. 4:19-cv-00157 (E.D. Ark. Feb 28, 2019), Court Docket (02/28/2019)**

| | |
|---|---|
| Parties | Kaufman Lumber Company; Steve Wortman; Michael Carter; John Brooks |
| Date Filed | Feb. 28, 2019 |
| Last Updated | Dec. 20, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor - Family and Medical Leave Act [751] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:2601 Violation of the Family and Medical Leave Act-1993 |

---

**263.**   **Rodriguez et al v. George's, Inc., Docket No. 5:19-cv-05035 (W.D. Ark. Feb 19, 2019), Court Docket (02/19/2019)**

| | |
|---|---|
| Parties | Evanjelina Rodriguez; Jason Davidson; George's, Inc. |
| Date Filed | Feb. 19, 2019 |
| Last Updated | Sep. 24, 2020 at 11:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Erin L. Wiedemann |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**264.**   **JONES v. USA, Docket No. 1:19-cv-00257 (Fed. Cl. Feb 15, 2019), Court Docket (02/15/2019)**

| | |
|---|---|
| Parties | USA; DAVID JONES |
| Date Filed | Feb. 15, 2019 |
| Last Updated | Nov. 24, 2020 at 01:26 PM |
| Federal Nature of Suit | Civilian Pay: FLSA [304] |
| Judge(s) | Patricia E. Campbell-Smith |
| Cause of Action | 28:1491 Tucker Act |

---

**265.**   **Harrison v. Hog Taxi, LLC et al, Docket No. 5:19-cv-05025 (W.D. Ark. Feb 07, 2019), Court Docket (02/07/2019)**

| | |
|---|---|
| Parties | Dynasty Taxi Service, LLC; Sean Harrison; Melissa Reynolds; Hog Taxi, LLC; Timothy Reynolds |
| Date Filed | Feb. 07, 2019 |
| Last Updated | Oct. 09, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy L. Brooks |

---

**Bloomberg Law**®   © 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

|  | Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |
|---|---|---|

**266.   McCullough et al v. Tour 18 Golf, LLC et al, Docket No. 4:19-cv-00408 (S.D. Tex. Feb 06, 2019), Court Docket (02/06/2019)**

| | |
|---|---|
| Parties | Amanda Harper; Tour 18 Golf, LLC; Holly McCullough; CBIGG Management, LLC |
| Date Filed | Feb. 06, 2019 |
| Last Updated | Sep. 10, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Alfred H. Bennett |
| Cause of Action | 15:2(a) Fair Labor Standards Act |

**267.   York et al v. Velox Express, Inc., Docket No. 3:19-cv-00092 (W.D. Ky. Feb 06, 2019), Court Docket (02/06/2019)**

| | |
|---|---|
| Parties | Velox Express, Inc.; Marshal Emmerling; Vanessa York; Matthew Moss |
| Date Filed | Feb. 06, 2019 |
| Last Updated | Dec. 05, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | REBECCA GRADY JENNINGS |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**268.   Robbins v. Arkansas Aggregates Inc, Docket No. 4:19-cv-00093 (E.D. Ark. Feb 05, 2019), Court Docket (02/05/2019)**

| | |
|---|---|
| Parties | Arkansas Aggregates Inc; Amy Robbins |
| Date Filed | Feb. 05, 2019 |
| Last Updated | Dec. 22, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Joe J. Volpe |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**269.   Adkinson et al v. Tiger Eye Pizza, LLC et al, Docket No. 4:19-cv-04007 (W.D. Ark. Jan 23, 2019), Court Docket (01/23/2019)**

| | |
|---|---|
| Parties | Tiger Eye Pizza, LLC; Roger Lewis; Kenneth Schroepfer; Donald Adkinson; Kerry Wimley |
| Date Filed | Jan. 23, 2019 |
| Last Updated | Dec. 19, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**270.   Fox v. TTEC Service Corp, Docket No. 4:19-cv-00037 (E.D. Ark. Jan 17, 2019), Court Docket (01/17/2019)**

| | |
|---|---|
| Parties | Temisha Daniel; Latrice Peterson-Daivis; Rejia Foots; Brandi Henson; Lakesha Scott; Antionette Lane; Mashaya Jordan; TTEC Service Corp; Kasey Fox; Yvette Davis |
| Date Filed | Jan. 17, 2019 |
| Last Updated | Aug. 06, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**271.   Hall v. Inmate Services Corporation et al, Docket No. 3:18-cv-00235 (E.D. Ark. Dec 05, 2018), Court Docket (12/05/2018)**

| | |
|---|---|
| Parties | Inmate Services Corporation; David Dillard; Nicolas Williams; Randy Cagle, Jr; Christina Hall |
| Date Filed | Dec. 05, 2018 |
| Last Updated | Dec. 14, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**272.   Turner v. Concentrix Services US, Inc. et al, Docket No. 1:18-cv-01072 (W.D. Ark. Nov 30, 2018), Court Docket (11/30/2018)**

| | |
|---|---|
| Parties | Tiara Turner; Concentrix Corporation; Concentrix Services US, Inc. |
| Date Filed | Nov. 30, 2018 |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

| | |
|---|---|
| **Last Updated** | Nov. 07, 2020 at 11:56 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Susan Owens Hickey |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

---

**273.   Cauley et al v. United Cerebral Palsy of Central Arkansas Inc et al, Docket No. 4:18-cv-00845 (E.D. Ark. Nov 13, 2018), Court Docket (11/13/2018)**

| | |
|---|---|
| **Parties** | Caleb Cauley; Paula Rader; United Cerebral Palsy of Central Arkansas Inc; Ashlyn Wagley |
| **Date Filed** | Nov. 13, 2018 |
| **Last Updated** | Dec. 12, 2020 at 11:54 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Joe J. Volpe |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**274.   Kruger v. PerfectVision Manufacturing Inc, Docket No. 4:18-cv-00829 (E.D. Ark. Nov 06, 2018), Court Docket (11/06/2018)**

| | |
|---|---|
| **Parties** | Jessica Kruger; PerfectVision Manufacturing Inc |
| **Date Filed** | Nov. 06, 2018 |
| **Last Updated** | Sep. 08, 2020 at 11:58 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Brian Stacy Miller |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**275.   Dolphin v. TMT Little Rock Inc et al, Docket No. 4:18-cv-00810 (E.D. Ark. Oct 30, 2018), Court Docket (10/30/2018)**

| | |
|---|---|
| **Parties** | Ben Darnell; Ian Dolphin; BSTB Moving Inc; TMT Little Rock Inc |
| **Date Filed** | Oct. 30, 2018 |
| **Last Updated** | Nov. 11, 2020 at 12:05 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**276.   Smith v. Om Purshantam LLC et al, Docket No. 4:18-cv-00797 (E.D. Ark. Oct 29, 2018), Court Docket (10/29/2018)**

| | |
|---|---|
| **Parties** | Mallory Smith; Tanvi Desai; Om Purshantam LLC |
| **Date Filed** | Oct. 29, 2018 |
| **Last Updated** | Jul. 16, 2020 at 11:59 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**277.   Black et al v. Driveline Retail Merchandising Inc, Docket No. 4:18-cv-00778 (E.D. Ark. Oct 19, 2018), Court Docket (10/19/2018)**

| | |
|---|---|
| **Parties** | Rena McCraw; Rebecca Morris; Driveline Retail Merchandising Inc; Shirley Black |
| **Date Filed** | Oct. 19, 2018 |
| **Last Updated** | Dec. 21, 2020 at 05:59 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Kristine Gerhard Baker |
| **Cause of Action** | 29:201 Denial of Overtime Compensation |

---

**278.   Cano v. New Reliable Corporation et al, Docket No. 2:18-cv-00344 (S.D. Tex. Oct 16, 2018), Court Docket (10/16/2018)**

| | |
|---|---|
| **Parties** | Annette Cano; New Reliable Corporation; Amir Dosani |
| **Date Filed** | Oct. 16, 2018 |
| **Last Updated** | Jul. 03, 2019 at 11:46 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | DAVID S MORALES |
| **Cause of Action** | 28:1331 Fed. Question: Fair Labor Standards |

---

**279.   Butler v. Kanis Estates LLC et al, Docket No. 4:18-cv-00760 (E.D. Ark. Oct 12, 2018), Court Docket (10/12/2018)**

| | |
|---|---|
| Parties | Kanis Estates LLC; Byron Butler; Leonard Falcone |
| Date Filed | Oct. 12, 2018 |
| Last Updated | Dec. 06, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**280.   Bonds et al v. Langston Companies Inc, Docket No. 3:18-cv-00189 (E.D. Ark. Oct 05, 2018), Court Docket (10/05/2018)**

| | |
|---|---|
| Parties | Langston Companies Inc; Holly Price; Jaylin Bonds |
| Date Filed | Oct. 05, 2018 |
| Last Updated | Dec. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Rudofsky, Lee P. |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**281.   Schwab v. Polk, Sr., Docket No. 4:18-cv-03592 (S.D. Tex. Oct 04, 2018), Court Docket (10/04/2018)**

| | |
|---|---|
| Parties | James C. Polk, Sr.; James Schwab |
| Date Filed | Oct. 04, 2018 |
| Last Updated | Feb. 18, 2019 at 11:46 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Alfred H. Bennett |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**282.   Ross v. Ahmed, Docket No. 4:18-cv-00735 (E.D. Ark. Oct 03, 2018), Court Docket (10/03/2018)**

| | |
|---|---|
| Parties | Allowey Ahmed; Tyler Ross |
| Date Filed | Oct. 03, 2018 |
| Last Updated | Jun. 28, 2020 at 11:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**283.   Wilson v. Filtrex Service Group Inc et al, Docket No. 4:18-cv-00499 (N.D. Okla. Sep 26, 2018), Court Docket (09/26/2018)**

| | |
|---|---|
| Parties | Chesley Norton; Kevin Clendenin; Rayn Lipford; Robert Brown; Scott Avery Wilson; Scott J Staggs; Corey Easter; Lloyd Brashier; Michael Hynes; Christopher Boley; Joseph McDaniel; Del Choate; Alexander Fernandez; Uriah Carter; Jerry Rivas; Jacob Calloway; Julian Russell; Jacob Reid; Christopher Blount; Filtrex Service Group, Inc. |
| Date Filed | Sep. 26, 2018 |
| Last Updated | Nov. 07, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | John Edward Dowdell |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**284.   Gipson et al v. Dassault Falcon Jet Corp, Docket No. 4:18-cv-00672 (E.D. Ark. Sep 14, 2018), Court Docket (09/14/2018)**

| | |
|---|---|
| Parties | Robert Gipson; Dassault Falcon Jet Corp; Thresia Thompson |
| Date Filed | Sep. 14, 2018 |
| Last Updated | Dec. 21, 2020 at 05:58 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**285.   Johnston v. City of Fort Smith, Arkansas, Docket No. 2:18-cv-02152 (W.D. Ark. Aug 31, 2018), Court Docket (08/31/2018)**

| | |
|---|---|
| Parties | Fort Smith, Arkansas, City of; Barbara Bates; Angela Slaughter; Mary Johnston |
| Date Filed | Aug. 31, 2018 |
| Last Updated | Oct. 10, 2020 at 12:07 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Paul Kinloch Holmes III |
| Cause of Action | 29:201 Fair Labor Standards Act |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**286.** **Bailey et al v. Jefferson County, Arkansas, Docket No. 5:18-cv-00222 (E.D. Ark. Aug 30, 2018), Court Docket (08/30/2018)**

| | |
|---|---|
| Parties | Jefferson County, Arkansas; John'niqua Wofford-Libbett; Trendia Bailey |
| Date Filed | Aug. 30, 2018 |
| Last Updated | Dec. 06, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**287.** **Sanford v. Nucor-Yamato Steel Company et al, Docket No. 3:18-cv-00158 (E.D. Ark. Aug 23, 2018), Court Docket (08/23/2018)**

| | |
|---|---|
| Parties | Nucor Corporation; Kevin Sanford; Nucor-Yamato Steel Company |
| Date Filed | Aug. 23, 2018 |
| Last Updated | Oct. 09, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**288.** **Corriveau v. Maumelle, City of, Docket No. 4:18-cv-00531 (E.D. Ark. Aug 15, 2018), Court Docket (08/15/2018)**

| | |
|---|---|
| Parties | Maumelle, City of; Jennifer Corriveau |
| Date Filed | Aug. 15, 2018 |
| Last Updated | Dec. 15, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**289.** **Lewis v. Arkansas State Police et al, Docket No. 4:18-cv-00510 (E.D. Ark. Aug 08, 2018), Court Docket (08/08/2018)**

| | |
|---|---|
| Parties | Arkansas State Police; Jeff Sheeler; Siegfried Lewis; William J Bryant; Mike Hagar |
| Date Filed | Aug. 08, 2018 |
| Last Updated | Sep. 26, 2020 at 12:03 AM |
| Federal Nature of Suit | Civil Rights: Employment [442] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 42:2000e Job Discrimination (Employment) |

**290.** **Middleton v. Hempstead County, Arkansas, Docket No. 4:18-cv-04112 (W.D. Ark. Aug 01, 2018), Court Docket (08/01/2018)**

| | |
|---|---|
| Parties | Hempstead County, Arkansas; Gary Middleton |
| Date Filed | Aug. 01, 2018 |
| Last Updated | Sep. 07, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Susan Owens Hickey |
| Cause of Action | 29:201 Fair Labor Standards Act |

**291.** **Boone et al v. Sosa, Docket No. 4:18-cv-00499 (E.D. Ark. Jul 31, 2018), Court Docket (07/31/2018)**

| | |
|---|---|
| Parties | Jennifer Boone; Shawnee Freeman; Antonio Sosa |
| Date Filed | Jul. 31, 2018 |
| Last Updated | Nov. 07, 2020 at 12:04 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Kristine Gerhard Baker |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**292.** **Olsen v. Clay County, Arkansas, Docket No. 3:18-cv-00129 (E.D. Ark. Jul 17, 2018), Court Docket (07/17/2018)**

| | |
|---|---|
| Parties | Jeffery Olsen; Clay County, Arkansas |
| Date Filed | Jul. 17, 2018 |
| Last Updated | May. 04, 2020 at 11:55 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**293.   Threet v. Dassault Falcon Jet Corp, Docket No. 4:18-cv-00445 (E.D. Ark. Jul 06, 2018), Court Docket (07/06/2018)**

| | |
|---|---|
| Parties | David Jones; David Tillett; Dassault Falcon Jet Corp; Misty Crockett; Georgette Long; Valerie Howard; Leah Bynum; John Gentry; Pamela Greene; Marquita Dedner; Tony Higgins; Ronald Vellance; Matthew Shrum; Leo Threet; Sarah Brown; Neil Gusewelle; Ronald Williams; Molly Warrington; Bobby Grady; John Guthrie; Shannon Brewer; Amanda Thomas; Betty Rowe; Gervous Lambright; Donnie Penn |
| Date Filed | Jul. 06, 2018 |
| Last Updated | Dec. 21, 2020 at 05:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**294.   Rodrigo Tarango v. Chemix Energy Services, LLC, Docket No. 5:18-cv-00370 (W.D. Tex. Apr 26, 2018), Court Docket (04/26/2018)**

| | |
|---|---|
| Parties | Chemix Energy Services, LLC; Luis Paz, Jr.; Orlando Rodriguez; Robert Beaubouef; Jon-Paul Eviez; Abelardo Garcia; Nathan H. May; Michael Rodriguez; Bo Ottinger; Johnathan Juarez; Arnulfo Tijerina, Jr.; Rodrigo Tarango; John White; Beau Beaubouef; Ricardo Rangel; Johnathan Savis; Blaine Lashley; Joshua McNabb; Aaron DeGroat; Refugio A. Benavides, Jr.; Ismael Beas |
| Date Filed | Apr. 26, 2018 |
| Last Updated | Jan. 02, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | XAVIER RODRIGUEZ |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**295.   Esry et al v. OTB Acquisition LLC, Docket No. 4:18-cv-00155 (E.D. Ark. Feb 23, 2018), Court Docket (02/23/2018)**

| | |
|---|---|
| Parties | OTB Acquisition LLC; Jacqueline Esry; Ashley Foster |
| Date Filed | Feb. 23, 2018 |
| Last Updated | Dec. 23, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Denzil Price Marshall Jr |
| Cause of Action | 29:201 Fair Labor Standards Act |

**296.   Smith v. Preferred Family Healthcare, Docket No. 1:18-cv-00007 (E.D. Ark. Jan 19, 2018), Court Docket (01/19/2018)**

| | |
|---|---|
| Parties | Frances Smith; Preferred Family Healthcare |
| Date Filed | Jan. 19, 2018 |
| Last Updated | Oct. 13, 2020 at 07:19 PM |
| Federal Nature of Suit | 376 |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 31:3730 Qui Tam False Claims Act |

**297.   Arroyo et al v. Express Courier International, Inc. et al, Docket No. 4:18-cv-00010 (S.D. Tex. Jan 02, 2018), Court Docket (01/02/2018)**

| | |
|---|---|
| Parties | Michael Sager; Carl Speaks; Rose Flournoy; Charles Gentry; Madelin Noboa; Glenn Throckmorton; Francis Ndibui; Tammie Woods; Vickie Walker; Aaron Obo; Janet Bauldwin; Punya Singh; William Miller; Asley Marrero; Janice Webb; Deangelo Smith; James Jones; Meredith Turner; Leke Adewunmi; Synna Kent; Brian King; James Bailey; Alejandro Aizprua; Gloria Davis; Musediq Ayodele; Julie Mcgachey; Georgia Boatright; Togamalei Taase; John Mihaltses; Michelle Wilkerson; Chris Barnard; Larry Green; Saul Palacio; Kenny Mcglaun; Raquel Gonzales; Cheli Haynes; Olivia Pace; Valerie Bain; EMP LSO Holding Corporation; Donal Reliford; Lonnie Moore; Sunday Babalola; Louise Truitt; Tommy Gregory; Carlos Corona; Sherry White; Susan Rogers; Thomas Carr; Jesus Monge; Nilson Ozuna; Noe Zepeda, Jr.; Evant Moten; Job Muya; Karen Williams; Shanelle Horton; Elizabeth Fischer; Trey Rash; Cynthia Pollet; Cindy Sulzer; Lacher Branscomb; Flavio Gardea, Jr.; Peter Mbugua; Amber Burns; Express Courier International, Inc.; Deshamus Sallis; Brittany Stephens; Cassie Ross; Cory Burns; Charles Karanja; Anthony Moreno; Thomas Nichols; Aenoy Phanvilay; Jason Loftis; Lori Whitfield; Kristen Chinchilla-Fernandez; Kacey Adams; Tammy Jones; Matthew Ash; Timothy Kelleher; Alice Williams; Leroy Belcher; Khaled Abdul Majid; Shane Gordon; Henry Armstrong; Denishia Rollins; Rebecca Harrison; Stephanie Hudson; Gertrude |

|  |  |
|---|---|
|  | Roche; Barbara Lee; Rita Graves; Robert Bliss; James Bullard; Cesar Solis; Frederick Housley; Craig Gentry; John Sandoval; Carol Arroyo; Sandy Camero; Samuel Allen; Archie Smith |
| Date Filed | Jan. 02, 2018 |
| Last Updated | Nov. 14, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | KENNETH M. HOYT |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**298.   Casarez v. Producers Service Corporation, Docket No. 2:17-cv-01086 (S.D. Ohio Dec 14, 2017), Court Docket (12/14/2017)**

| Parties | Jesus Casarez; Douglas Squires; Producers Service Corporation |
|---|---|
| Date Filed | Dec. 14, 2017 |
| Last Updated | Jan. 06, 2021 at 11:53 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | EDMUND A. SARGUS, JR |
| Cause of Action | 29:201 Fair Labor Standards Act |

**299.   Segovia et al v. Fuelco Energy LLC, Docket No. 5:17-cv-01246 (W.D. Tex. Dec 08, 2017), Court Docket (12/08/2017)**

| Parties | Jose Rojas; Robert H. McGarity; Jonathan Flores; Frederick McDowell; Eric Abraham Browning; Demou Bray; Matthew Moreno; Steve Garza; Jose Guadalupe Mendoza Tristan; Derrick Biddle; Erick Lopez; Eric Rodriguez; Michael Carrington; Luis Valenzuck; Christopher Miranda; Mitchell Johnson; Jonathan Sanchez; Pablo Sandoval; Benny Guzman; Warren Walker; Korwin Cockerham; Lewis Pafford; Kendrick Carter; Felipe Alvarado; Juan Segovia; James Arthur Dowell, Jr.; Michael Johnson; Robert McGarity; Deshonte Hicks; James Mendez; Aaron Segovia; Chares L. Turner, Jr.; Jonathan Campos; Dominique Dixon; Reggie Williams; Raul Espinoza, Jr.; Jason Guajardo; Mario Garza; Demetrius Mukes; Aaron Hill; Derek Eureste; Shaylon Hearon; Robert S. Barrera; Derrick Irving; Derrick Mathis; Ernesto Cruz; Calvin Collins; Jose David Luna; Carlos Propeck; Juan C. Lugo Torres; Devon Thompson; Jimmie Bobbitt; Abel Rios; Kenneth Adame; Michael Moreno; Armando Lopez; Alfonso Flores; Kristain Warren; Joe Zuniga, Jr.; Yacek Exposito; Fuelco Energy LLC; Victor Flores; Valare Vaidemame; hector Padilla |
|---|---|
| Date Filed | Dec. 08, 2017 |
| Last Updated | Dec. 06, 2020 at 11:56 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Jason Kenneth Pulliam |
| Cause of Action | 28:1331 Fed. Question: Fair Labor Standards |

**300.   Carter v. Pathfinder Inc, Docket No. 4:17-cv-00459 (E.D. Ark. Jul 14, 2017), Court Docket (07/14/2017)**

| Parties | Chandra Carter; Pathfinder Inc |
|---|---|
| Date Filed | Jul. 14, 2017 |
| Last Updated | Dec. 15, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | James Maxwell Moody Jr |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**301.   Coates v. Dassault Falcon Jet Corp et al, Docket No. 4:17-cv-00372 (E.D. Ark. Jun 06, 2017), Court Docket (06/06/2017)**

| Parties | Dassault Falcon Jet Corp; Dassault Aircraft Services Corp; Craig Coates; Molly Warrington; Edwin Smith |
|---|---|
| Date Filed | Jun. 06, 2017 |
| Last Updated | Sep. 11, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brian Stacy Miller |
| Cause of Action | 29:201 Denial of Overtime Compensation |

**302.   In re: Jason Hill, et al v. Volkswagen Group of America, I, et al, Docket No. 17-16157 (9th Cir. Jun 02, 2017), Court Docket (06/02/2017)**

| Parties | BRITNEY LYNNE SCHNATHORST; ANNE DUNCAN ARGENTO; STEPHEN VERNER; WOLFGANG STEUDEL; DAVID EBENSTEIN; MICHAEL CHARLES KRIMMELBEIN; NANCY L. STIREK; RUSSELL EVANS; ELIZABETH BEDARD; CARLA BERG; SUSAN TARRENCE; NICHOLAS BOND; AUDI, AG; ADDISON MINOTT; MARCUS ALEXANDER DOEGE; JULIET BRODIE; KATHERINE MEHLS; |
|---|---|

**Bloomberg Law®**   © 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

<table>
<tr><td></td><td>JOHN C. DUFURRENA; KEVIN BEDARD; BRIAN J. BIALECKI; VOLKSWAGEN, AG; SIMON W. BEAVEN; MELANI BUCHANAN FARMER; TIMOTHY WATSON; RAY PRECIADO; AIMEE EPSTEIN; LEO WINTERNITZ; AUDI OF AMERICA, LLC; JERRY LAWHON; ANNE MAHLE; LESLIE MACLISE-KANE; CESAR OLMOS; SCOTT BAHR; MICHAEL LORENZ; KELLY R. KING; RYAN JOSEPH SCHUETTE; JOSEPH HERR; MARK SCHUMACHER; MEGAN WALAWENDER; MARION B. MOORE; REBECCA PERLMUTTER; DAVID MCCARTHY; CYNTHIA R. KIRTLAND; JASON HILL; JOSEPH MORREY; REBECCA KAPLAN; ROBERT BOSCH, LLC; STEVEN R. THORNTON; ALAN BANDICS; VOLKSWAGEN GROUP OF AMERICA, INC.; AARON JOY; ROBERT BOSCH GMBH; BRETT ALTERS; FLOYD BECK WARREN; MARK HOULE; RAYMOND KREIN; MATTHEW CURE; CHAD DIAL; CARMEL RUBIN; THOMAS W. AYALA; HELEN KOISK-WESTLY; MARK ROVNER; KURT MALLERY; LAURA SWENSON; WILL HARLAN; MICHAEL R. CRUISE; ERIC DAVIDSON WHITE; In re: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION; KARL FRY; HERBERT YUSSIM; FARRAH P. BELL; RICHARD GROGAN; THOMAS J. BUCHBERGER; SARAH BURT; GEORGE FARQUAR; RACHEL OTTO; BRIAN NICHOLAS MILLS; WILLIAM ANDREW WILSON; ROY MCNEAL; SANFORD LAW FIRM, PLLC; SCOTT MOEN; HEATHER GREENFIELD; DENISE DE FIESTA; DANIEL SULLIVAN; WHITNEY POWERS; PORSCHE CARS NORTH AMERICA, INC.</td></tr>
</table>

**Date Filed**    Jun. 02, 2017
**Last Updated**    Sep. 22, 2017 at 06:56 PM
**Federal Nature of Suit**    Personal Property: Fraud [3370]

---

**303.**    **James Helms, et al v. Pioneer Energy Services Corp., Docket No. 16-51297 (5th Cir. Nov 01, 2016), Court Docket (11/01/2016)**

**Parties**    JAMES HELMS; COTY DAVID; PIONEER ENERGY SERVICES CORPORATION
**Date Filed**    Nov. 01, 2016
**Last Updated**    Nov. 01, 2016 at 10:04 AM
**Federal Nature of Suit**    Labor: Fair Labor Standards Act [3710]

---

**304.**    **Larry Gonzales v. Reliable Wireline, L.L.C., et al, Docket No. 16-51082 (5th Cir. Sep 01, 2016), Court Docket (09/01/2016)**

**Parties**    FRED POUNDS, Individual and Official Capacity of Reliable Wireline, L.L.C.; HEATHER ROSS; RELIABLE WIRELINE, L.L.C.; BRANDON BAILEY, Individual and Official Capacity of Reliable Wireline, L.L.C.; KEVIN BAILEY, Individual and Official Capacity of Reliable Wireline, L.L.C.; LARRY GONZALES
**Date Filed**    Sep. 01, 2016
**Last Updated**    Sep. 01, 2016 at 03:04 PM
**Federal Nature of Suit**    Labor: Fair Labor Standards Act [3710]

---

**305.**    **Brian Dismuke v. McClinton Energy Group, L.L.C., et al, Docket No. 16-50674 (5th Cir. Jun 10, 2016), Court Docket (06/10/2016)**

**Parties**    TONY MCCLINTON, Individually and as Officer and Director of McClinton and SWECO; BRIAN DISMUKE, Individually and on behalf of all others similarly situated; MCCLINTON ENERGY GROUP, L.L.C.; SURF-FRAC WELLHEAD EQUIPMENT COMPANY, INCORPORATED
**Date Filed**    Jun. 10, 2016
**Last Updated**    Jun. 11, 2016 at 10:04 AM
**Federal Nature of Suit**    Labor: Fair Labor Standards Act [3710]

---

**306.**    **Wandella Sue Hanks, Docket No. 4:15-bk-14349 (Bankr. E.D. Ark. Sep 03, 2015), Court Docket (09/03/2015)**

**Parties**    Wandella Sue Hanks; U.S. Trustee (ust)
**Date Filed**    Sep. 03, 2015
**Last Updated**    Sep. 03, 2015 at 12:17 AM

---

**307.**    **Teresa Jean Osburn, Docket No. 4:15-bk-13179 (Bankr. E.D. Ark. Jun 26, 2015), Court Docket (06/26/2015)**

**Parties**    Teresa Jean Osburn; U.S. Trustee (ust)
**Date Filed**    Jun. 26, 2015
**Last Updated**    Jun. 26, 2015 at 07:17 PM

---

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**308.    Jessie Deandrea Cooper, Docket No. 4:15-bk-13030 (Bankr. E.D. Ark. Jun 19, 2015), Court Docket (06/19/2015)**

| | |
|---|---|
| **Parties** | Jessie Deandrea Cooper; U.S. Trustee (ust) |
| **Date Filed** | Jun. 19, 2015 |
| **Last Updated** | Jun. 19, 2015 at 08:17 PM |

**309.    Pillow et al v. Frac Tech Services, L.L.C., Docket No. 6:12-cv-00063 (E.D. Tex. Feb 08, 2012), Court Docket (02/08/2012)**

| | |
|---|---|
| **Parties** | Jason Cullum; Frac Tech Services, L.L.C.; Josh Pillow; Joseph Gauthier |
| **Date Filed** | Feb. 08, 2012 |
| **Last Updated** | Dec. 04, 2014 at 01:44 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | LEONARD E. DAVIS |
| **Cause of Action** | 15:2(a) Fair Labor Standards Act |

**310.    Bateman et al v. Frac Tech Services, L.L.C., Docket No. 6:11-cv-00708 (E.D. Tex. Dec 30, 2011), Court Docket (12/30/2011)**

| | |
|---|---|
| **Parties** | Courtenay L Bass; Jason Cullum; Frac Tech Services, L.L.C.; Donald Bateman; Brian Cales; Josh Pillow; Paul Ward, Jr.; Joe Eddie Cozart; Steven Truitt; Joseph Gauthier; Calvin Stoker; Willis Marion Fowler, III |
| **Date Filed** | Dec. 30, 2011 |
| **Last Updated** | Aug. 20, 2014 at 01:03 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | LEONARD E. DAVIS |
| **Cause of Action** | 15:2(a) Fair Labor Standards Act |

# EXHIBIT I

**Related Search Criteria**

| | |
|---|---|
| **Type** | Search (Docket) |
| **Filters** | Attorney or Law Firm: DeLong, Caldwell, Bridgers, Fitzpatrick, & Benjamin, LLC |
| **Sources** | Dockets |
| **Date** | No Date Selection |
| **Request Time** | Wednesday, January 6, 2021 - 6:19 PM |

## Search Results

**1.    Green v. Powell Business Ventures, Inc. et al, Docket No. 1:20-cv-05257 (N.D. Ga. Dec 29, 2020), Court Docket (12/29/2020)**

| | |
|---|---|
| **Parties** | Estes Green; Powell Business Ventures, Inc.; Charles Michael (Mike) Powell |
| **Date Filed** | Dec. 29, 2020 |
| **Last Updated** | Jan. 03, 2021 at 11:47 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | JEAN-PAUL BOULEE |
| **Cause of Action** | 29:216(b) Labor - Minimum wage or overtime compensation |

**2.    Emelike et al v. JRK Residential Group, Inc., Docket No. 1:20-cv-05225 (N.D. Ga. Dec 28, 2020), Court Docket (12/28/2020)**

| | |
|---|---|
| **Parties** | Nkechinonyerem Emelike; JRK Residential Group, Inc.; Erica Barker |
| **Date Filed** | Dec. 28, 2020 |
| **Last Updated** | Dec. 29, 2020 at 09:01 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Mark H. Cohen |
| **Cause of Action** | 29:216(b) Labor - Minimum wage or overtime compensation |

**3.    Adair et al v. Lifeline EMS Emergency Medical Services, LLC et al, Docket No. 1:20-cv-04375 (N.D. Ga. Oct 26, 2020), Court Docket (10/26/2020)**

| | |
|---|---|
| **Parties** | Matthew Adair; Dawn Starling; Lifeline EMS Emergency Medical Services, LLC; Nelson (Skipper) Harmon |
| **Date Filed** | Oct. 26, 2020 |
| **Last Updated** | Dec. 13, 2020 at 11:57 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Charles A. Pannell Jr |
| **Cause of Action** | 29:216(b) Labor - Minimum wage or overtime compensation |

**4.    Alicia Brown v. Nexus Business Solutions, LLC, Docket No. 20-13909 (11th Cir. Oct 19, 2020), Court Docket (10/19/2020)**

| | |
|---|---|
| **Parties** | NEXUS BUSINESS SOLUTIONS, LLC; SERVICE; ALICIA BROWN |
| **Date Filed** | Oct. 19, 2020 |
| **Last Updated** | Oct. 21, 2020 at 10:07 AM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [3710] |

**5.    Southeastern Wall & Acoustic, LLC v. The Whiting-Turner Contracting Company, Docket No. 2020CV341402 (Ga. Super. Ct. Oct 13, 2020), Court Docket (10/13/2020)**

| | |
|---|---|
| **Parties** | The Whiting-Turner Contracting Company; Southeastern Wall & Acoustic, LLC |
| **Date Filed** | Oct. 13, 2020 |
| **Last Updated** | Oct. 22, 2020 at 08:10 PM |

**6.    Austin v. Dixie Amusement, LLC et al, Docket No. 3:20-cv-00184 (N.D. Ga. Oct 06, 2020), Court Docket (10/06/2020)**

| | |
|---|---|
| **Parties** | David W. Holt, Jr.; Kevin M. Austin; Dixie Amusement, LLC; Jerry L Green; Salim Khambawala |
| **Date Filed** | Oct. 06, 2020 |
| **Last Updated** | Jan. 02, 2021 at 11:47 PM |
| **Federal Nature of Suit** | Labor: Fair Labor Standards Act [710] |
| **Judge(s)** | Timothy C. Batten Sr |
| **Cause of Action** | 29:201 Fair Labor Standards Act |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**7.     Jones v. Gemu Valves, Inc., Docket No. 1:20-cv-03993 (N.D. Ga. Sep 28, 2020), Court Docket (09/28/2020)**

| | |
|---|---|
| Parties | Tara Jones; Gemu Valves, Inc. |
| Date Filed | Sep. 28, 2020 |
| Last Updated | Dec. 26, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor - Family and Medical Leave Act [751] |
| Judge(s) | Charles A. Pannell Jr |
| Cause of Action | 29:2601 Family and Medical Leave Act |

**8.     Garcia v. Santos Landscaping, Inc. et al, Docket No. 1:20-cv-03725 (N.D. Ga. Sep 09, 2020), Court Docket (09/09/2020)**

| | |
|---|---|
| Parties | Fidencia Garcia; Reynaldo Santos; Santos Landscaping, Inc. |
| Date Filed | Sep. 09, 2020 |
| Last Updated | Dec. 13, 2020 at 11:57 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | William M. Ray II |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**9.     Smith et al v. BFI Waste Services, LLC, Docket No. 1:20-cv-03490 (N.D. Ga. Aug 24, 2020), Court Docket (08/24/2020)**

| | |
|---|---|
| Parties | Jeffrey Hunter; Emmett Thompson; BFI Waste Services, LLC; Ezemond Smith |
| Date Filed | Aug. 24, 2020 |
| Last Updated | Jan. 02, 2021 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Eleanor L Ross |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**10.    Tovar et al v. Fannie's Inc. et al, Docket No. 1:20-cv-03443 (N.D. Ga. Aug 20, 2020), Court Docket (08/20/2020)**

| | |
|---|---|
| Parties | Brandy Smith; Andrew Cargill; ACE-FCE, LLC; Fannie's Inc.; Yesenia Tovar |
| Date Filed | Aug. 20, 2020 |
| Last Updated | Dec. 09, 2020 at 12:06 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Charles A. Pannell Jr |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**11.    Norton v. On the Level Development Group, Inc. et al, Docket No. 1:20-cv-03449 (N.D. Ga. Aug 20, 2020), Court Docket (08/20/2020)**

| | |
|---|---|
| Parties | Denver Carman; Timothy Buice; Robert Brian Travers; Samuel (Ty) Norton; James Thorn, Jr; Jessie Mitchell; On the Level Development Group, Inc. |
| Date Filed | Aug. 20, 2020 |
| Last Updated | Dec. 29, 2020 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brown, Michael Lawrence |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**12.    Smith et al v. Sysco Atlanta, LLC, Docket No. 1:20-cv-03427 (N.D. Ga. Aug 18, 2020), Court Docket (08/18/2020)**

| | |
|---|---|
| Parties | Kenyata Thomas; Kenneth Smith; Sysco Atlanta, LLC |
| Date Filed | Aug. 18, 2020 |
| Last Updated | Dec. 23, 2020 at 12:05 AM |
| Federal Nature of Suit | Labor - Family and Medical Leave Act [751] |
| Judge(s) | Mark H. Cohen |
| Cause of Action | 29:2601 Family and Medical Leave Act |

**13.    McWilson v. North and South Enterprises, LLC et al, Docket No. 1:20-cv-02448 (N.D. Ga. Jun 08, 2020), Court Docket (06/08/2020)**

| | |
|---|---|
| Parties | North and South Enterprises, LLC; Tyrique McWilson; Morgana Freeman; Henry Y. Johnson; Deayunte McWilson |
| Date Filed | Jun. 08, 2020 |
| Last Updated | Dec. 27, 2020 at 11:59 PM |

|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|--|--|--|
|  | Judge(s) | Timothy C. Batten Sr |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**14.   Bethel v. Lazer Spot, Inc., Docket No. 1:20-cv-01835 (N.D. Ga. Apr 28, 2020), Court Docket (04/28/2020)**

|  | Parties | Lazer Spot, Inc.; Antwon Bethel |
|--|--|--|
|  | Date Filed | Apr. 28, 2020 |
|  | Last Updated | Jan. 05, 2021 at 11:50 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Amy Mil Totenberg |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**15.   Rohm GmbH et al v. Bronzino et al, Docket No. 1:20-cv-01433 (N.D. Ga. Apr 02, 2020), Court Docket (04/02/2020)**

|  | Parties | SMW-Autoblok Corporation; Rohm GmbH; Walter Bronzino; Roehm Products of America, Inc.; SMW Autoblok S.P.A.; Gerard Cochard |
|--|--|--|
|  | Date Filed | Apr. 02, 2020 |
|  | Last Updated | Dec. 07, 2020 at 11:52 PM |
|  | Federal Nature of Suit | Contract: Other [190] |
|  | Judge(s) | Thomas W. Thrash Jr. |
|  | Cause of Action | 18:1836(a) Injunction against Misappropriation of Trade Secrets |

**16.   Gardner et al v. West Metro Patrol Services, LLC et al, Docket No. 1:20-cv-00881 (N.D. Ga. Feb 26, 2020), Court Docket (02/26/2020)**

|  | Parties | Algenon Derrick Wilson; West Metro Patrol Services, LLC; Wesley Gardner; Darryl Dennis |
|--|--|--|
|  | Date Filed | Feb. 26, 2020 |
|  | Last Updated | Dec. 17, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Charles A. Pannell Jr |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**17.   Freeman v. BQE Hospitality Group, Inc. et al, Docket No. 1:20-cv-00787 (N.D. Ga. Feb 20, 2020), Court Docket (02/20/2020)**

|  | Parties | Tracey Freeman; Kenya Amos; BQE Hospitality Group, Inc. |
|--|--|--|
|  | Date Filed | Feb. 20, 2020 |
|  | Last Updated | Jan. 03, 2021 at 11:47 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | William M. Ray II |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**18.   Shephard v. Enforcers Protective Service, LLC et al, Docket No. 1:19-cv-04683 (N.D. Ga. Oct 18, 2019), Court Docket (10/18/2019)**

|  | Parties | Enforcers Protective Service, LLC; Lanar Briscoe; Tyrone Shephard |
|--|--|--|
|  | Date Filed | Oct. 18, 2019 |
|  | Last Updated | Dec. 15, 2020 at 11:57 PM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Steve Carmichael Jones |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**19.   Hekmati v. Mindy R. Smith, P.C. et al, Docket No. 1:19-cv-04434 (N.D. Ga. Oct 02, 2019), Court Docket (10/02/2019)**

|  | Parties | Mindy Smith; Sahar Hekmati; Mindy R. Smith, P.C. |
|--|--|--|
|  | Date Filed | Oct. 02, 2019 |
|  | Last Updated | Dec. 17, 2020 at 12:00 AM |
|  | Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
|  | Judge(s) | Eleanor L Ross |
|  | Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**20.   Rhonda Ledbetter v. IDN-Armstrong's, Inc., et al, Docket No. 19-13792 (11th Cir. Sep 25, 2019), Court Docket (09/25/2019)**

|  | Parties | IDN, INC.; RHONDA LEDBETTER; IDN-ARMSTRONG'S, INC.; IDN GLOBAL, INC. |
|--|--|--|

| | |
|---|---|
| Date Filed | Sep. 25, 2019 |
| Last Updated | Sep. 26, 2019 at 03:07 PM |
| Federal Nature of Suit | Labor - Family and Medical Leave Act [3751] |

---

**21.    Spurlock et al v. Complete Cash Holdings, LLC et al, Docket No. 4:19-cv-00219 (N.D. Ga. Sep 24, 2019), Court Docket (09/24/2019)**

| | |
|---|---|
| Parties | Lisa Webster; Complete Cash Holdings, LLC; Workforce Holdings, LLC; Agora Notus, LLC; Chasity Spurlock; Tiffany Thomas; John Doe 1; Relogio, LLC; Holly Elliott; ADP Totalsource FL XVIII, Inc. |
| Date Filed | Sep. 24, 2019 |
| Last Updated | Dec. 20, 2020 at 11:51 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Amy Mil Totenberg |
| Cause of Action | 29:201 Fair Labor Standards Act |

---

**22.    Lucy v. Snapcare Clinic Inc. et al, Docket No. 1:19-cv-04241 (N.D. Ga. Sep 19, 2019), Court Docket (09/19/2019)**

| | |
|---|---|
| Parties | Dr. Maria L. Walker; Ivy Lucy; Snapcare Clinic Inc.; Piedmont Minor Emergency Clinic, P.C. |
| Date Filed | Sep. 19, 2019 |
| Last Updated | Jan. 03, 2021 at 11:47 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Timothy C. Batten Sr |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

---

**23.    Carnes v. Fannie's Inc., Docket No. 1:19-cv-04171 (N.D. Ga. Sep 16, 2019), Court Docket (09/16/2019)**

| | |
|---|---|
| Parties | Suzanne R. Carnes; Fannie's Inc. |
| Date Filed | Sep. 16, 2019 |
| Last Updated | Jan. 05, 2021 at 11:50 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Mark H. Cohen |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

---

**24.    Weakland v. Unique Refinishers, Inc., Docket No. 1:19-cv-02581 (N.D. Ga. Jun 05, 2019), Court Docket (06/05/2019)**

| | |
|---|---|
| Parties | Ronald Kott; Unique Refinishers, Inc.; Joseph Kott; Kyle Parkhurst; E. Guy Weakland |
| Date Filed | Jun. 05, 2019 |
| Last Updated | Dec. 19, 2020 at 11:59 PM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Mark H. Cohen |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

---

**25.    Sanders v. Superior Sign Services, Inc. et al, Docket No. 1:19-cv-02274 (N.D. Ga. May 20, 2019), Court Docket (05/20/2019)**

| | |
|---|---|
| Parties | Superior Sign Services, Inc.; William Powell; Robert Sanders; Craig S. Barclay; Alex Parsons |
| Date Filed | May. 20, 2019 |
| Last Updated | Dec. 14, 2020 at 11:55 PM |
| Federal Nature of Suit | Civil Rights: Employment [442] |
| Judge(s) | Amy Mil Totenberg |
| Cause of Action | 42:1981 Race Discrimination |

---

**26.    Greene v. Tyler Technologies, Inc., Docket No. 1:19-cv-01338 (N.D. Ga. Mar 26, 2019), Court Docket (03/26/2019)**

| | |
|---|---|
| Parties | Tyler Technologies, Inc.; Suzanne Greene |
| Date Filed | Mar. 26, 2019 |
| Last Updated | Oct. 09, 2020 at 12:03 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Amy Mil Totenberg |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

---

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

**27.   CMYK Enterprises, Inc. v. Advanced Print Technologies, LLC et al, Docket No. 1:19-cv-01132 (N.D. Ga. Mar 11, 2019), Court Docket (03/11/2019)**

| | |
|---|---|
| Parties | CMYK Enterprises, Inc.; Frank Fruciano; Advanced Print Technologies, LLC; Clyde B. Tillman; Accessgroup International, LLC |
| Date Filed | Mar. 11, 2019 |
| Last Updated | Dec. 09, 2020 at 11:48 PM |
| Federal Nature of Suit | Contract: Other [190] |
| Judge(s) | Clarence Cooper |
| Cause of Action | 28:1332 Diversity-Breach of Contract |

**28.   Woodell v. Sunrise Medical Solutions, Inc. et al, Docket No. 1:18-cv-05245 (N.D. Ga. Nov 15, 2018), Court Docket (11/15/2018)**

| | |
|---|---|
| Parties | Sunrise Medical Solutions, Inc.; Brian Adkins; Todd May; Kari C. Woodell |
| Date Filed | Nov. 15, 2018 |
| Last Updated | Dec. 17, 2020 at 12:00 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Thomas W. Thrash Jr. |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**29.   Cochard v. Roehm Products of America, Inc., Docket No. 1:18-cv-00301 (D.R.I. Jun 07, 2018), Court Docket (06/07/2018)**

| | |
|---|---|
| Parties | Roehm Products of America, Inc.; SMW Autoblok Corp.; Gerard Cochard |
| Date Filed | Jun. 07, 2018 |
| Last Updated | Nov. 06, 2020 at 11:52 PM |
| Federal Nature of Suit | Contract: Other [190] |
| Judge(s) | Mary S McElroy |
| Cause of Action | 28:1332 Diversity-Other Contract |

**30.   Kellogg v. Fannie's Inc., Docket No. 1:18-cv-01929 (N.D. Ga. May 02, 2018), Court Docket (05/02/2018)**

| | |
|---|---|
| Parties | Cristina Kellogg; William H. (Brian) Parks; Fannie's Inc. |
| Date Filed | May. 02, 2018 |
| Last Updated | Jan. 02, 2021 at 12:01 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Mark H. Cohen |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**31.   United States Securities and Exchange Commission v. Revolutionary Concepts, Inc. et al, Docket No. 1:18-cv-01832 (N.D. Ga. Apr 27, 2018), Court Docket (04/27/2018)**

| | |
|---|---|
| Parties | United States Securities and Exchange Commission; RAINCO Industries, Inc.; Solomon RC Ali; Ronald E. Carter; Nicole C. Singletary; Earnest H. Delong, Jr.; Revolutionary Concepts, Inc. |
| Date Filed | Apr. 27, 2018 |
| Last Updated | Dec. 15, 2020 at 05:47 PM |
| Federal Nature of Suit | Statutes: Securities / Commodities / Exchanges [850] |
| Judge(s) | Richard W. Story |
| Cause of Action | 15:77 Securities Fraud |

**32.   Hurst v. Youngelson, et al, Docket No. 1:15-cv-03560 (N.D. Ga. Oct 07, 2015), Court Docket (10/07/2015)**

| | |
|---|---|
| Parties | John Doe; Surrey White; Latoya Becton; WBY, Inc.; Steven Shine; Caroline Smith; Soraya Barker; Edward "Cain&quot Allen; Steven M. Youngelson; Brezzy Hurst |
| Date Filed | Oct. 07, 2015 |
| Last Updated | Dec. 19, 2020 at 12:02 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Brown, Michael Lawrence |
| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |

**33.   Matthews v. Ultimate Sports Bar, LLC et al, Docket No. 1:13-cv-02353 (N.D. Ga. Jul 16, 2013), Court Docket (07/16/2013)**

| | |
|---|---|
| Parties | Marquisha Matthews; Ultimate Sports Bar, LLC; Alre M. Alston; Blue Star Kitchen, Inc. |
| Date Filed | Jul. 16, 2013 |
| Last Updated | Oct. 22, 2016 at 12:31 AM |
| Federal Nature of Suit | Labor: Fair Labor Standards Act [710] |
| Judge(s) | Thomas W. Thrash Jr. |

**Bloomberg Law** ®

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services

List of Results (33)

| Cause of Action | 29:216(b) Labor - Minimum wage or overtime compensation |
| --- | --- |

© 2021 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Services