UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **MATTHEW WRIGHT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | Civil Action No. 4:20-cv-454-KGB |
| | : | |
| **TYLER TECHNOLOGIES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW Plaintiff Matthew Wright, by and through undersigned counsel, and for his Notice of Supplemental Authority, he does state and allege as follows:

1. Now pending before this Court is Plaintiff's Motion for Attorney's Fees (hereinafter "Plaintiff's Motion"). ECF No. 42. Plaintiff's Motion has been fully briefed.

2. Plaintiff submits the attached Order from the case *Suzanne Greene v. Tyler Technologies, Inc.,* Case No. 1:19-cv-1338-AT, in the Northern District of Georgia. *See* Exhibit 1 attached hereto. This Order grants the Plaintiff's Motion for Summary Judgment and was issued on March 16, 2021.

3. The *Greene* case was referenced in Plaintiff's Motion as well as in Defendant's Response to Plaintiff's Motion (ECF No. 43). Defendant claimed that the *Greene* case was so similar to the instant case that the 3.9 hours Mr. Herrington spent on research and drafting discovery were "unnecessary." Defendant's Response, p. 10. The 49-page Order issued in the *Greene* case demonstrates that the case was not a simple copy-paste lawsuit. The two cases presented unique facts, and the time Mr. Herrington spent researching and drafting specific

discovery requests was justified.

4.  Additionally, Mr. Herrington's experience litigating the *Greene* case put him in a uniquely advantageous position to litigate the instant case. The favorable result he and his firm obtained for *Greene* via the March 16 Order granting summary judgment cuts in favor of the sixth *Johnson* factor (the experience, reputation and ability of the attorneys).

5.  Plaintiff also attaches the Order on Plaintiff's Motion for Attorney's Fees and Costs in the Southern District of Texas Case *Louis Sheffield, et al. v. Stewart Builders, Inc.,* 4:19-cv-1030, issued on March 10, 2021. *See* Exhibit 2 attached hereto.

6.  The *Sheffield* Order provides support for Plaintiff's requested hourly rates. In that Order, the Court found that $450.00 per hour was a reasonable rate for Mr. Sanford. In this case, Mr. Sanford's requested hourly rate is $325.00—far less than $450.00, and therefore reasonable, even taking into account geographical variances in hourly rates.

Respectfully submitted,

**PLAINTIFF MATTHEW WRIGHT**

**DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN LLC**
101 Marietta Street, NW
Atlanta, Georgia 30303
Telephone:     (404) 979-3150
Facsimile:      (404) 979-3170

Matthew W. Herrington
Georgia Bar No. 275411
matthew.herrington@dcbflegal.com
*Admitted pro hac vice*

**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone:     (501) 221-0088
Facsimile:      (888) 787-2040

Courtney Lowery
Ark. Bar No. 2019236
courtney@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com