IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MATTHEW WRIGHT, **Plaintiff**, vs. TYLER TECHNOLOGIES, INC., **Defendant.** | No. 4:20-cv-00454-KGB |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO 29 U.S.C. § 216(B)**

1. Currently pending before the Court is Plaintiff Matthew Wright's ("Plaintiff") Motion for Attorney's Fees and Costs Pursuant to 29 U.S.C. § 126(B) ("Motion"). DE 42. Plaintiff's Motion is fully briefed.

2. Defendant Tyler Technologies, Inc. ("Tyler") submits the attached July 14, 2021 order in *Stetson Skender v. Eden Isle Corp.*, No. 4:20-cv-0054-BRW (E.D. Ark.) for the Court's consideration in connection with Plaintiff's Motion. *See* Exhibit 1. The *Eden Isle* order denies Plaintiff's counsel's request for fees and costs pursuant to 29 U.S.C. § 216(B).

3. In *Eden Isle*, Judge Wilson denied fees and costs in a case, like this one, for unpaid overtime under the Fair Labor Standards Act, reasoning Plaintiff's counsel's hourly rates were too high and the number of hours expended was unreasonable. Plaintiff's counsel sought $30,681.70 in fees and $1,225.20 in costs. Judge Wilson awarded $1 in fees and $416 in costs.

4. As was the case in the *Eden Isle*, Tyler opposes Plaintiff's Motion on the grounds that Plaintiff's counsel has submitted unreasonable hourly rates and fees that are excessive in light of

the procedural history of the litigation, staffing of the case, billing for administrative tasks, and numerous vague time entries. *See* DE 43.

5. Tyler respectfully requests that the Court consider the *Eden Isle* ruling in connection with Tyler's opposition to Plaintiff's Motion.

July 27, 2021

*/s/ Amanda E. Brown*
Brian A. Vandiver
AR State Bar No. 2001078
bavandiver@csmfirm.com
Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113-7265
Telephone:  501.954.8073
Facsimile:  501. 954.7856

Paulo B. McKeeby
TX State Bar No. 00784571
(*Pro Hac Vice*)
pmckeeby@reedsmith.com
Amanda E. Brown
TX State Bar No. 24087839
(*Pro Hac Vice*)
aebrown@reedsmith.com
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone:	+1.469.680.4200
Facsimile:	+1.469.680.4200

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 27th day of July, 2021, a true and correct copy of the foregoing document was filed using the Court's ECF filing system that caused a copy to be served upon all counsel of record.

                                                                 */s/ Amanda E. Brown*
                                                                 Amanda E. Brown