THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW WRIGHT                                                                                      PLAINTIFF

v.                                       Case No. 4:20-cv-00454 KGB

TYLER TECHNOLOGIES, INC.                                                                DEFENDANT

## JUDGMENT

Before the Court is the notice of acceptance of offer of judgment of plaintiff Matthew Wright (Dkt. No. 41). Mr. Wright represents that he has accepted defendant Tyler Technologies, Inc.'s offer of judgment dated November 18, 2020. Pursuant to the notice of acceptance of offer of judgment and Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Mr. Wright and against Tyler Technologies, Inc., in the amount of $4,500.00. The Court granted in part and denied in part Mr. Wright's motion for attorneys' fees and costs in a separate Order (Dkt. No. 48). The Clerk is instructed to close the case.

So adjudged this 10th day of January, 2023.

_____
Kristine G. Baker
United States District Judge